# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

**STATE DEFENDANTS' NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1292(a)(1) and Rule 4(a)(1) of the Federal Rules of Appellant Procedure, Defendants the State of Georgia; Brian Kemp, in his official capacity as Governor of Georgia; Brad Raffensperger, in his official capacity as the Secretary of State of Georgia; the Georgia State Election Board, William S. Duffey,[1] Janice Johnston, Edward Lindsey, Matthew Mashburn and Sara Tindall Ghazal, in their official capacities as members of the Georgia State Election Board, and Gregory Edwards, District Attorney for the Dougherty Judicial Circuit, in his official capacity (collectively, "State Defendants"), hereby give notice of their appeal to the United States Court of Appeals for the Eleventh Circuit from the order entered by the district court on August 18, 2023, granting in part Plaintiffs' motion for a preliminary

---

[1] Judge Duffey resigned effective September 1, 2023 and has not yet been replaced.

injunction based on immaterial voting requirements.  *See* Order (ECF No. 613) (attached as Ex. 1).

| | |
|---|---|
| September 18, 2023 | Respectfully submitted, |
| | Christopher M. Carr<br>Attorney General<br>Georgia Bar No. 112505<br>Bryan K. Webb<br>Deputy Attorney General<br>Georgia Bar No. 743580<br>**State Law Department**<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334 |
| | */s/ Gene C. Schaerr*<br>Gene C. Schaerr*<br>Special Assistant Attorney General<br>Erik Jaffe*<br>H. Christopher Bartolomucci*<br>Donald M. Falk*<br>Brian J. Field*<br>Cristina Martinez Squiers*<br>Nicholas P. Miller*<br>Edward H. Trent*<br>Annika B. Barkdull*<br>**SCHAERR | JAFFE LLP**<br>1717 K Street NW, Suite 900<br>Washington, DC 20006<br>(202) 787-1060<br>gschaerr@schaerr-jaffe.com |
| | **Admitted pro hac vice* |
| | Bryan P. Tyson<br>Special Assistant Attorney General<br>Georgia Bar No. 515411<br>btyson@taylorenglish.com |

Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Deborah A. Ausburn
Georgia Bar No. 028610
Daniel H. Weigel
Georgia Bar No. 956419
Tobias C. Tatum, Sr.
Georgia Bar No. 307104
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*