No. 23-13085

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

IN RE: GEORGIA SENATE BILL 202

On Appeal from the U.S. District Court for the Northern District of Georgia,
No. 1:21-mi-55555 (Boulee, C.J.)

# CERTIFICATE OF INTERESTED PERSONS AND
# CORPORATE DISCLOSURE STATEMENT

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
*Lead Counsel for Intervenor-Defendants-Appellants*

No. 23-13085, *In re: Georgia Senate Bill 202*

Per Circuit Rule 26.1, Appellants Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, and Georgia Republican Party, Inc., certify that the following have an interest in the outcome of this appeal:

1. Abbott, Robert, *Defendant*

2. Abudu, Nancy, *Attorney for Plaintiffs-Appellees*

3. ACLU Foundation of Georgia, *Attorneys for Plaintiffs-Appellees*

4. ACLU Foundation of Georgia, Inc., *Attorneys for Plaintiffs-Appellees*

5. Adegbile, Debo, *Attorney for Plaintiffs-Appellees*

6. Aden, Leah, *Attorney for Plaintiffs-Appellees*

7. Advancement Project, *Attorneys for Plaintiffs-Appellees*

8. Ameri, Mana, *Attorney for Plaintiffs-Appellees*

9. American Civil Liberties Union Foundation of Georgia, *Attorneys for Plaintiffs-Appellees*

10. American Civil Liberties Union Foundation, Inc., *Attorneys for Plaintiffs-Appellees*

11. Andrews, Wanda, *Defendant*

12. Aquino, Nora, *Plaintiff-Appellee*

13. Asian Americans Advancing Justice-Asian Law Caucus, *Attorneys for Plaintiffs-Appellees*

14. Asian Americans Advancing Justice-Atlanta, *Plaintiff-Appellee*

15.    Augusta Georgia Law Department, *Attorneys for Defendant*

16.    Ausburn, Deborah, *Attorney for Defendants-Appellants*

17.    Awuku, George, *Defendant*

18.    Banks, Marques, *Attorney for Plaintiffs-Appellees*

19.    Banter, James, *Attorney for Defendant*

20.    Barnes, Sherry, *Defendant*

21.    Barron, Richard, *Defendant*

22.    Bartolomucci, Christopher, *Attorney for Defendants-Appellants*

23.    Beausoleil, William, *Attorney for Plaintiffs-Appellees*

24.    Beck Owen & Murray, *Attorneys for Defendant*

25.    Begakis, Steven, *Attorney for Intervenor-Defendants-Appellants*

26.    Belichick, Joseph, *Attorney for Plaintiffs-Appellees*

27.    Bell, Jordan, *Attorney for Defendant*

28.    Bennette, Matletha, *Attorney for Plaintiffs-Appellees*

29.    Bibb County Board of Elections, *Defendant*

30.    Bibb County Board of Registrars, *Defendant*

31.    Black Voters Matter Fund, *Plaintiff-Appellee*

32.    Blender, Matthew, *Defendant*

33.    Bloodworth, Kristin, *Attorney for Defendant*

34.    Boone, Annika, *Attorney for Defendants-Appellants*

35.    Bowman, Brad, *Attorney for Defendant*

No. 23-13085, *In re: Georgia Senate Bill 202*

36. Boyle, Donald, *Attorney for Defendants-Appellants*

37. Broder, Karl, *Attorney for Defendant*

38. Brooks, Jessica, *Defendant*

39. Brooks, Sofia, *Attorney for Plaintiffs-Appellees*

40. Brown, Marcia, *Defendant*

41. Bruning, Stephen, *Defendant*

42. Bruning, Steven, *Defendant*

43. Bryan, Bennett, *Attorney for Defendant*

44. Burwell, Kaye, *Attorney for Defendant*

45. Campbell-Harris, Dayton, *Attorney for Plaintiffs-Appellees*

46. Carver, William, *Attorney for Intervenor-Defendants-Appellants*

47. Cathey, Thomas, *Attorney for Defendant*

48. Chalmers, Adams, Backer & Kaufman, LLC, *Attorneys for Defendant*

49. Chatham County Attorney, *Attorneys for Defendant*

50. Chatham County Board of Elections, *Defendant*

51. Chatham County Board of Registrars, *Defendant*

52. Clarke County Board of Election and Voter Registration, *Defendant*

53. Clayton County Board of Elections and Registration, *Defendant*

54. Cobb County Board of Elections and Registration, *Defendant*

55. Cochran, Ken, *Defendant*

56. Columbia County Board of Elections, *Defendant*

57.   Columbia County Board of Registrars, *Defendant*

58.   Common Cause, *Plaintiff-Appellee*

59.   Consovoy McCarthy PLLC, *Attorneys for Intervenor-Defendants-Appellants*

60.   Cramer, Raisa, *Attorney for Plaintiffs-Appellees*

61.   Crawford, Teresa, *Defendant*

62.   Crawford, Teresa, *Defendant*

63.   Crowell & Moring, LLP, *Attorneys for Plaintiffs-Appellees*

64.   Cushman, Ann, *Defendant*

65.   Cusick, John, *Attorney for Plaintiffs-Appellees*

66.   Dasgupta, Riddhi, *Attorney for Defendants-Appellants*

67.   Dave, Charles, *Defendant*

68.   Davenport, Jennifer, *Attorney for Defendant*

69.   Davis Wright Tremaine LLP, *Attorneys for Plaintiffs-Appellees*

70.   Davis, Britton, *Attorney for Plaintiffs-Appellees*

71.   Day, Stephen, *Defendant*

72.   DeKalb County Board of Registrations and Elections, *Defendant*

73.   DeKalb County Law Department, *Attorneys for Defendant*

74.   Delta Sigma Theta Sorority, Inc., *Plaintiff-Appellee*

75.   Denmark, Emilie, *Attorney for Defendant*

76.   Dentons US LLP, *Attorneys for Intervenor-Defendants-Appellants*

77.   Deshazior, Zurich, *Defendant*

No. 23-13085, *In re: Georgia Senate Bill 202*

78.　　DeThomas, Courtney, *Attorney for Plaintiffs-Appellees*

79.　　Dianis, Judith, *Attorney for Plaintiffs-Appellees*

80.　　Dickey, Gilbert, *Attorney for Intervenor-Defendants-Appellants*

81.　　Dicks, Terence, *Defendant*

82.　　Dimmick, Brian, *Attorney for Plaintiffs-Appellees*

83.　　DiStefano, Don, *Defendant*

84.　　Doss, Travis, *Defendant*

85.　　Dozier, Shauna, *Defendant*

86.　　Drennon, Baxter, *Attorney for Intervenor-Defendants-Appellants*

87.　　Duffie, Wanda, *Defendant*

88.　　Durbin, Jauan, *Plaintiff-Appellee*

89.　　Durso, Katherine, *Defendant*

90.　　Edwards, Gregory, *Defendant*

91.　　Elias Law Group LLP, *Attorneys for Plaintiffs-Appellees*

92.　　Ellington, Thomas, *Defendant*

93.　　Enjeti-Sydow, Anjali, *Plaintiff-Appellee*

94.　　Evans-Daniel, Karen, *Defendant*

95.　　Evans, James, *Attorney for Defendant*

96.　　Evans, Rachel, *Attorney for Plaintiffs-Appellees*

97.　　Eveler, Janine, *Defendant*

98.　　Falk, Donald, *Attorney for Defendants-Appellants*

No. 23-13085, *In re: Georgia Senate Bill 202*

99.   Fambrough, Willa, *Defendant*

100.  Faransso, Tania, *Attorney for Plaintiffs-Appellees*

101.  Farrell, Gregory, *Attorney for Plaintiffs-Appellees*

102.  Feldsherov, Ilya, *Attorney for Plaintiffs-Appellees*

103.  Fenwick & West, LLP, *Attorneys for Plaintiffs-Appellees*

104.  Field, Brian, *Attorney for Defendants-Appellants*

105.  First Congregational Church, United Church of Christ Incorporated, *Plaintiff-Appellee*

106.  Fogelson, Matthew, *Attorney for Plaintiffs-Appellees*

107.  Forsyth County Board of Voter Registrations and Elections, *Defendant*

108.  Fortier, Lucas, *Attorney for Plaintiffs-Appellees*

109.  Foster, Mikayla, *Attorney for Plaintiffs-Appellees*

110.  Freeman Mathis & Gary, LLP, *Attorneys for Defendant*

111.  Fulton County Attorney's Office, *Attorneys for Defendant*

112.  Fulton County Registration and Elections Board, *Defendant*

113.  Galeo Latino Community Development Fund, Inc., *Plaintiff-Appellee*

114.  Gammage, Keith, *Defendant*

115.  Garabadu, Rahul, *Attorney for Plaintiffs-Appellees*

116.  Gartland, Pat, *Defendant*

117.  Gartland, Pat, *Defendant*

118.  Gay, Nancy, *Defendant*

119.  Geiger, Debra, *Defendant*

120.  Georgia Adapt, *Plaintiff-Appellee*

121.  Georgia Advocacy Office, *Plaintiff-Appellee*

122.  Georgia Coalition for the People's Agenda, Inc., *Plaintiff-Appellee*

123.  Georgia Department of Law, *Attorneys for Defendants-Appellants*

124.  Georgia Latino Alliance for Human Rights, Inc., *Plaintiff-Appellee*

125.  Georgia Muslim Voter Project, *Plaintiff-Appellee*

126.  Georgia Republican Party, Inc., *Intervenor-Defendant-Appellant*

127.  Georgia State Conference of the NAACP, *Plaintiff-Appellee*

128.  Georgia State Election Board, *Defendant*

129.  Ghazal, Sara, *Defendant*

130.  Gibbs, Fannie, *Plaintiff-Appellee*

131.  Gillon, Thomas, *Defendant*

132.  Givens, Diane, *Defendant*

133.  Gossett, David, *Attorney for Plaintiffs-Appellees*

134.  Green, Tyler, *Attorney for Intervenor-Defendants-Appellants*

135.  Greenbaum, Jon, *Attorney for Plaintiffs-Appellees*

136.  Greenberg Traurig, LLP, *Attorneys for Defendant*

137.  Groves, Angela, *Attorney for Plaintiffs-Appellees*

138.  Gwinnett County Board of Registrations and Elections, *Defendant*

139.  Gwinnett County Department of Law, *Attorneys for Defendant*

No. 23-13085, *In re: Georgia Senate Bill 202*

140.  Hall Booth Smith, P.C., *Attorneys for Intervenor-Defendants-Appellants*

141.  Hall County Board of Elections and Registration, *Defendant*

142.  Hall County Government, *Attorneys for Defendant*

143.  Hall, Dorothy, *Defendant*

144.  Hall, John, *Attorney for Intervenor-Defendants-Appellants*

145.  Hamilton, Brittni, *Attorney for Plaintiffs-Appellees*

146.  Hancock, Jack, *Attorney for Defendant*

147.  Hart, Ralph, *Attorney for Defendant*

148.  Hart, Twyla, *Defendant*

149.  Hasselberg, Emily, *Attorney for Plaintiffs-Appellees*

150.  Hayes, Vilia, *Attorney for Plaintiffs-Appellees*

151.  Haynie, Litchfield & White, PC, *Attorneys for Defendant*

152.  Hazard, Joel, *Defendant*

153.  Heard, Bradley, *Attorney for Plaintiffs-Appellees*

154.  Heimes, Marianne, *Defendant*

155.  Henseler, James, *Attorney for Plaintiffs-Appellees*

156.  Herren, Thomas, *Attorney for Plaintiffs-Appellees*

157.  Hiatt, Alexandra, *Attorney for Plaintiffs-Appellees*

158.  Ho, Dale, *Attorney for Plaintiffs-Appellees*

159.  Hodge, Malinda, *Defendant*

160.  Houk, Julie, *Attorney for Plaintiffs-Appellees*

161.   Hoyos, Luis, *Attorney for Plaintiffs-Appellees*

162.   Hughes Hubbard & Reed, *Attorneys for Plaintiffs-Appellees*

163.   Hughes, Aileen, *Attorney for Plaintiffs-Appellees*

164.   Hull Barrett, PC, *Attorneys for Defendant*

165.   Ingram, Randy, *Defendant*

166.   Jacoutot, Bryan, *Attorney for Defendants-Appellants*

167.   Jaffe, Erik, *Attorney for Defendants-Appellants*

168.   Jahangiri, Mahroh, *Attorney for Plaintiffs-Appellees*

169.   Jaikumar, Arjun, *Attorney for Plaintiffs-Appellees*

170.   James-Bates-Brannan-Groover-LLP, *Attorneys for Defendant*

171.   Jarrard & Davis, LLP, *Attorneys for Defendant*

172.   Jasrasaria, Jyoti, *Attorney for Plaintiffs-Appellees*

173.   Jaugstetter, Patrick, *Attorney for Defendant*

174.   Jedreski, Matthew, *Attorney for Plaintiffs-Appellees*

175.   Jester, Alfred, *Defendant*

176.   Jester, Nancy, *Defendant*

177.   Jhaveri, Sejal, *Attorney for Plaintiffs-Appellees*

178.   Johnson, Aaron, *Defendant*

179.   Johnson, Ben, *Defendant*

180.   Johnson, Darlene, *Defendant*

181.   Johnson, Melinda, *Attorney for Plaintiffs-Appellees*

182. Johnston, Janice, *Defendant*

183. Joiner, Amelia, *Attorney for Defendant*

184. Kanu, Nkechi, *Attorney for Plaintiffs-Appellees*

185. Kaplan, Mike, *Defendant*

186. Kastorf Law, LLC, *Attorneys for Plaintiffs-Appellees*

187. Kastorf, Kurt, *Attorney for Plaintiffs-Appellees*

188. Kaufman, Alex, *Attorney for Intervenor-Defendants-Appellants*

189. Keker Van Nest & Peters LLP, *Attorneys for Plaintiffs-Appellees*

190. Keker Van Nest & Peters LLP, *Attorneys for Plaintiffs-Appellees*

191. Kemp, Brian, *Defendant-Appellant*

192. Kennedy, David, *Defendant*

193. Kennedy, Kate, *Attorney for Plaintiffs-Appellees*

194. Keogh, William, *Attorney for Defendant*

195. Khan, Sabrina, *Attorney for Plaintiffs-Appellees*

196. Khan, Sabrina, *Attorney for Plaintiffs-Appellees*

197. Kim, Danielle, *Attorney for Plaintiffs-Appellees*

198. Kingsolver, Justin, *Attorney for Plaintiffs-Appellees*

199. Klein, Spencer, *Attorney for Plaintiffs-Appellees*

200. Knapp, Halsey, *Attorney for Plaintiffs-Appellees*

201. Koorji, Alaizah, *Attorney for Plaintiffs-Appellees*

202. Krevolin & Horst, LLC, *Attorneys for Plaintiffs-Appellees*

203.   Kucharz, Kevin, *Attorney for Defendant*

204.   Lakin, Sophia, *Attorney for Plaintiffs-Appellees*

205.   Lam, Leo, *Attorney for Plaintiffs-Appellees*

206.   Lang, Antan, *Defendant*

207.   LaRoss, Diane, *Attorney for Defendants-Appellants*

208.   Latino Community Fund of Georgia, *Plaintiff-Appellee*

209.   Lauridsen, Adam, *Attorney for Plaintiffs-Appellees*

210.   Law Office of Gerald R Weber, LLC, *Attorneys for Plaintiffs-Appellees*

211.   Lawyers' Committee for Civil Rights Under Law, *Attorneys for Plaintiffs-Appellees*

212.   League of Women Voters of Georgia, Inc., *Plaintiff-Appellee*

213.   Leung, Kimberly, *Attorney for Plaintiffs-Appellees*

214.   Lewis, Anthony, *Defendant*

215.   Lewis, Joyce, *Attorney for Plaintiffs-Appellees*

216.   Lin, Stephanie, *Attorney for Plaintiffs-Appellees*

217.   Lindsey, Edward, *Defendant*

218.   Lower Muskogee Creek Tribe, *Plaintiff-Appellee*

219.   Lowman, David, *Attorney for Defendant*

220.   Ludwig, Jordan, *Attorney for Plaintiffs-Appellees*

221.   Luth, Barbara, *Defendant*

222.   Ma, Eileen, *Attorney for Plaintiffs-Appellees*

223.  Mack, Rachel, *Attorney for Defendant*

224.  Mahoney, Thomas, *Defendant*

225.  Manifold, Zach, *Defendant*

226.  Martin, Grace, *Attorney for Defendant*

227.  Mashburn, Matthew, *Defendant-Appellant*

228.  May, Caitlin, *Attorney for Plaintiffs-Appellees*

229.  McAdams, Issac, *Defendant*

230.  McCandless, Spencer, *Attorney for Plaintiffs-Appellees*

231.  McCarthy, Thomas, *Attorney for Intervenor-Defendants-Appellants*

232.  McClain, Roy, *Defendant*

233.  McCord, Catherine, *Attorney for Plaintiffs-Appellees*

234.  McFalls, Tim, *Defendant*

235.  McFarland, Ernest, *Attorney for Plaintiffs-Appellees*

236.  McGowan, Charlene, *Attorney for Defendants-Appellants*

237.  Mcrae, Colin, *Defendant*

238.  Melcher, Molly, *Attorney for Plaintiffs-Appellees*

239.  Metropolitan Atlanta Baptist Ministers Union, Inc., *Plaintiff-Appellee*

240.  Miller, Nicholas, *Attorney for Defendants-Appellants*

241.  Milord, Sandy, *Attorney for Defendant*

242.  Minnis, Terry, *Attorney for Plaintiffs-Appellees*

243.  Mizner, Susan, *Attorney for Plaintiffs-Appellees*

244.  Mocine-McQueen, Marcos, *Attorney for Plaintiffs-Appellees*

245.  Momo, Shelley, *Attorney for Defendant*

246.  Morrison, Tina, *Attorney for Plaintiffs-Appellees*

247.  Mosbacher, Jennifer, *Defendant*

248.  Motter, Susan, *Defendant*

249.  Murchie, Laura, *Attorney for Plaintiffs-Appellees*

250.  Murray, Karen, *Defendant*

251.  NAACP Legal Defense and Education Fund, Inc., *Attorneys for Plaintiffs-Appellees*

252.  National Republican Congressional Committee, *Intervenor-Defendant-Appellant*

253.  National Republican Senatorial Committee, *Intervenor-Defendant-Appellant*

254.  Natt, Joel, *Defendant*

255.  Nemeth, Miriam, *Attorney for Plaintiffs-Appellees*

256.  Nercessian, Armen, *Attorney for Plaintiffs-Appellees*

257.  Newland, James, *Defendant*

258.  Nguyen, Candice, *Attorney for Plaintiffs-Appellees*

259.  Nguyen, Phi, *Attorney for Plaintiffs-Appellees*

260.  Nkwonta, Uzoma, *Attorney for Plaintiffs-Appellees*

261.  Noa, Jack, *Defendant*

262.  Noland Law Firm, LLC, *Attorneys for Defendant*

263. Noland, William, *Attorney for Defendant*

264. Norris, Cameron, *Attorney for Intervenor-Defendants-Appellants*

265. Norse, William, *Defendant*

266. Nwachukwu, Jennifer, *Attorney for Plaintiffs-Appellees*

267. O'Brien, James, *Defendant*

268. O'Connor, Eileen, *Attorney for Plaintiffs-Appellees*

269. O'Lenick, Alice, *Defendant*

270. Olm, Rylee, *Attorney for Plaintiffs-Appellees*

271. Oxford, Neil, *Attorney for Plaintiffs-Appellees*

272. Paik, Steven, *Plaintiff-Appellee*

273. Pant, Shontee, *Attorney for Plaintiffs-Appellees*

274. Paradise, Loree, *Attorney for Defendants-Appellants*

275. Parker, Warrington, *Attorney for Plaintiffs-Appellees*

276. Pelletier, Susan, *Attorney for Plaintiffs-Appellees*

277. Porter, Megan, *Attorney for Plaintiffs-Appellees*

278. Powell, Laura, *Attorney for Plaintiffs-Appellees*

279. Prince, Joshua, *Attorney for Defendants-Appellants*

280. Pulgram, Laurence, *Attorney for Plaintiffs-Appellees*

281. Pullar, Patricia, *Defendant*

282. Qadir, Hunaid, *Defendant*

283. Radzikinas, Carla, *Defendant*

No. 23-13085, *In re: Georgia Senate Bill 202*

284. Raffensperger, Brad, *Defendant-Appellant*

285. Raffle, Rocky, *Defendant*

286. Ramahi, Zainab, *Attorney for Plaintiffs-Appellees*

287. Rich, James, *Attorney for Plaintiffs-Appellees*

288. Richardson, Jasmyn, *Attorney for Plaintiffs-Appellees*

289. Richmond County Board of Elections, *Defendant*

290. Ringer, Cheryl, *Attorney for Defendant*

291. Rise, Inc., *Plaintiff-Appellee*

292. Rodriguez, Anthony, *Defendant*

293. Rosborough, Davin, *Attorney for Plaintiffs-Appellees*

294. Rosenberg, Ezra, *Attorney for Plaintiffs-Appellees*

295. Rosenberg, Steven, *Attorney for Defendant*

296. Russ, John, *Attorney for Plaintiffs-Appellees*

297. Ruth, Kathleen, *Defendant*

298. Ryan, Elizabeth, *Attorney for Plaintiffs-Appellees*

299. Sabzevari, Arash, *Attorney for Defendant*

300. Sachdeva, Niharika, *Attorney for Plaintiffs-Appellees*

301. Schaerr | Jaffe LLP, *Attorneys for Defendants-Appellants*

302. Schaerr, Gene, *Attorney for Defendants-Appellants*

303. Scott, William, *Attorney for Defendant*

304. Seals, Veronica, *Defendant*

305.   Segarra, Esperanza, *Attorney for Plaintiffs-Appellees*

306.   Sells, Bryan, *Attorney for Plaintiffs-Appellees*

307.   Shah, Niyati, *Attorney for Plaintiffs-Appellees*

308.   Sheats, Gala, *Defendant*

309.   Shelly, Jacob, *Attorney for Plaintiffs-Appellees*

310.   Shirley, Adam, *Defendant*

311.   Sieff, Adam, *Attorney for Plaintiffs-Appellees*

312.   Silas, Tori, *Defendant*

313.   Sixth District of the African Methodist Episcopal Church, *Plaintiff-Appellee*

314.   Smith, Casey, *Attorney for Plaintiffs-Appellees*

315.   Smith, Dele, *Defendant*

316.   Smith, Mandi, *Defendant*

317.   Solh, Chahira, *Attorney for Plaintiffs-Appellees*

318.   Solomon, Elbert, *Plaintiff-Appellee*

319.   Sosebee, Charlotte, *Defendant*

320.   Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

321.   Sowell, Gregory, *Attorney for Defendant*

322.   Sparks, Adam, *Attorney for Plaintiffs-Appellees*

323.   Squiers, Cristina, *Attorney for Defendants-Appellants*

324.   Stewart Melvin & Frost, LLP, *Attorneys for Defendant*

325.   Sumner, Stuart, *Attorney for Intervenor-Defendants-Appellants*

326. Sung, Connie, *Attorney for Plaintiffs-Appellees*

327. Sung, Connie, *Attorney for Plaintiffs-Appellees*

328. Swift, Karli, *Defendant*

329. Szilagyi, Heather, *Attorney for Plaintiffs-Appellees*

330. Tatum, Tobias, *Attorney for Defendants-Appellants*

331. Taylor English Duma LLP, *Attorneys for Defendants-Appellants*

332. Taylor, Wandy, *Defendant*

333. Thatte, Anuja, *Attorney for Plaintiffs-Appellees*

334. The ACLU Foundation Disability Rights Program, *Attorneys for Plaintiffs-Appellees*

335. The Arc of the United States, *Plaintiff-Appellee*

336. The Concerned Black Clergy of Metropolitan Atlanta, Inc., *Plaintiff-Appellee*

337. The Georgia State Election Board, *Defendant*

338. The Justice Initiative, Inc., *Plaintiff-Appellee*

339. The Law Office of Bryan L. Sells, LLC, *Attorneys for Plaintiffs-Appellees*

340. The New Georgia Project, *Plaintiff-Appellee*

341. The Republican National Committee, *Intervenor-Defendant-Appellant*

342. The State of Georgia, *Defendant-Appellant*

343. The United States of America, *Plaintiff-Appellee*

344. The Urban League of Greater Atlanta, Inc., *Plaintiff-Appellee*

No. 23-13085, *In re: Georgia Senate Bill 202*

345.  Thomas, Ethan, *Attorney for Plaintiffs-Appellees*

346.  Thompson, Grace, *Attorney for Plaintiffs-Appellees*

347.  Till, Ann, *Defendant*

348.  Topaz, Jonathan, *Attorney for Plaintiffs-Appellees*

349.  Trent, Edward, *Attorney for Defendants-Appellants*

350.  Tucker, William, *Attorney for Plaintiffs-Appellees*

351.  Tyson, Bryan, *Attorney for Defendants-Appellants*

352.  Uddullah, Angelina, *Plaintiff-Appellee*

353.  Unger, Jess, *Attorney for Plaintiffs-Appellees*

354.  United States Department of Justice, *Attorneys for Plaintiffs-Appellees*

355.  Van Stephens, Michael, *Attorney for Defendant*

356.  Vander Els, Irene, *Attorney for Defendant*

357.  Varghese, George, *Attorney for Plaintiffs-Appellees*

358.  Varner, Johnny, *Defendant*

359.  Vasquez, Jorge, *Attorney for Plaintiffs-Appellees*

360.  Vaughan, Elizabeth, *Attorney for Defendants-Appellants*

361.  Waite, Tristen, *Attorney for Defendant*

362.  Wang, Emily, *Attorney for Plaintiffs-Appellees*

363.  Ward-Packard, Samuel, *Attorney for Plaintiffs-Appellees*

364.  Wardenski, Joseph, *Attorney for Plaintiffs-Appellees*

365.  Weber, Gerald, *Attorney for Plaintiffs-Appellees*

366. Weigel, Daniel, *Attorney for Defendants-Appellants*

367. Wesley, Carol, *Defendant*

368. White, Daniel, *Attorney for Defendant*

369. White, William, *Attorney for Intervenor-Defendants-Appellants*

370. Wiggins, Larry, *Defendant*

371. Wilberforce, Nana, *Attorney for Plaintiffs-Appellees*

372. Wilborn, Eric, *Attorney for Defendant*

373. Williams, Gilda, *Attorney for Plaintiffs-Appellees*

374. Williams, Tuwanda, *Attorney for Defendant*

375. Wilmer Cutler Pickering Hale and Dorr LLP, *Attorneys for Plaintiffs-Appellees*

376. Wilson, Jacob, *Attorney for Defendant*

377. Wilson, Melanie, *Attorney for Defendant*

378. Wingate, Mark, *Defendant*

379. Winichakul, Pichaya, *Attorney for Plaintiffs-Appellees*

380. Women Watch Afrika, *Plaintiff-Appellee*

381. Woodfin, Conor, *Attorney for Intervenor-Defendants-Appellants*

382. Woolard, Cathy, *Defendant*

383. Wurtz, Lori, *Defendant*

384. Yoon, Meredyth, *Attorney for Plaintiffs-Appellees*

385. Young, Sean, *Attorney for Plaintiffs-Appellees*

386. Zatz, Clifford, *Attorney for Plaintiffs-Appellees*

No. 23-13085, *In re: Georgia Senate Bill 202*

The Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, and the Georgia Republican Party, Inc., have no parent corporation, and no corporation owns 10% or more of their stock. No publicly traded company or corporation has an interest in the outcome of this case or appeal. Per Circuit Rule 26.1-2(c), Appellants certify that the CIP contained in this motion is complete.

Dated: October 2, 2023          */s/ Patrick Strawbridge*
                               Counsel for Intervenor-*Defendant*s-Appellants

Respectfully submitted,

William Bradley Carver, Sr.
Baxter D. Drennon
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000

*/s/ Patrick Strawbridge*

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548

Gilbert C. Dickey
Conor D. Woodfin*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

*Application for admission forthcoming

*Counsel for Intervenor-Defendants-Appellants*

## CERTIFICATE OF SERVICE

I e-filed this document on ECF, which will email everyone requiring notice.

Dated: October 2, 2023                */s/ Patrick Strawbridge*