Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*    11th Circuit Docket Number: ___23-13085___

| | |
|---|---|
| Caption:<br><br>## In Re: Georgia Senate Bill 202 | District and Division: Northern District of Georgia, Atlanta Division<br>Name of Judge: Jean-Paul Boulee<br>Nature of Suit: 1441 Civil Rights Voting |

Date Complaint Filed: 12/23/2021 (date consolidated)
District Court Docket Number: 1:21-mi-55555-JPB
Date Notice of Appeal Filed: 9/18/2023
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes  ☑ No
If Yes, provide
(a)    Caption: _____
(b)    Citation: _____
(c)    Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | See attached pages | | |
| For Appellee:<br>☐ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | See attached pages | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff:<br>$_____ |
| ☐ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant:<br>$_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded:<br>$_____<br>to _____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | |
| | | ☐ Judgment/Jury Verdict | |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Directed Verdict/NOV | Injunctions:<br>☐ TRO<br>☑ Preliminary    ☑ Granted<br>☐ Permanent       ☐ Denied |
| | ☐ 54(b) | ☑ Injunction | |
| | | ☐ Other _____ | |

Page 2                                    11th Circuit Docket Number: 23-13085

Based on your present knowledge:

(1)  Does this appeal involve a question of First Impression?  ☑Yes  ☐No
     What is the issue you claim is one of First Impression? Whether O.C.G.A. §§ 21-2-391, 21-2-386 violate 52 U.S.C. § 10101(a)(2)(B)

(2)  Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☑Yes  ☐No

     If Yes, provide
     (a)  Case Name/Statute  Civil Rights Act of 1964
     (b)  Citation  52 U.S.C. § 10101
     (c)  Docket Number if unreported

(3)  Is there any case now pending or about to be brought before this court or any other court or administrative agency that
     (a)  Arises from substantially the same case or controversy as this appeal?  ☑Yes  ☐No
     (b)  Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☑Yes  ☐No

     If Yes, provide
     (a)  Case Name  In Re: Georgia Senate Bill 202
     (b)  Citation  Nos. 23-13093, 23-13095
     (c)  Docket Number if unreported
     (d)  Court or Agency  Court of Appeals for the Eleventh Circuit

(4)  Will this appeal involve a conflict of law
     (a)  Within the Eleventh Circuit?  ☐Yes  ☑No
     (b)  Among circuits?  ☐Yes  ☑No

     If Yes, explain briefly:

(5)  Issues proposed to be raised on appeal, including jurisdictional challenges:

     Appealing from the grant of a preliminary injunction of O.C.G.A. §§ 21-2-391, 21-2-386 based on the claim that the statutes violate 52 U.S.C. § 10101(a)(2)(B).

     Appealing from the grant of a preliminary injunction of O.C.G.A. § 21-2-414 based on the claim that the statute violates the First Amendment.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 2nd DAY OF October , 2024 .

Gilbert Dickey                                           _____
NAME OF COUNSEL (Print)                                  SIGNATURE OF COUNSEL

# ATTACHMENT A

## ATTORNEY FOR APPELLANTS – INTERVENOR DEFENDANTS:

Cameron T. Norris
CONSOVOY MCCARTHY PLLC -VA
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
703-243-9423
cam@consovoymccarthy.com

Gilbert C. Dickey
CONSOVOY MCCARTHY PLLC -VA
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
703-243-9423
gilbert@consovoymccarthy.com

Tyler R. Green
CONSOVOY MCCARTHY PLLC -UT
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
703-243-9423
tyler@consovoymccarthy.com

Thomas R. McCarthy
CONSOVOY MCCARTHY PLLC -VA
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
703-243-9423
tom@consovoymccarthy.com

Conor D. Woodfin
CONSOVOY MCCARTHY PLLC -VA
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
703-243-9423
conor@consovoymccarthy.com

John E. Hall , Jr.
HALL BOOTH SMITH, P.C. - ATL
191 Peachtree Street Northeast, Ste. 2900
Atlanta, GA 30303
404-954-5000
Fax: 404-954-5020
JHall@hallboothsmith.com

William B. Carver
HALL BOOTH SMITH, P.C. - ATL
191 Peachtree Street Northeast, Ste. 2900
Atlanta, GA 30303
404-954-5000
Fax: 404-954-5020
bcarver@hallboothsmith.com

Baxter D. Drennon
HALL BOOTH SMITH, P.C. -AR
200 River Market Avenue, Ste. 500
Little Rock, AR 72201
501-265-9927
Fax: 501-604-5566
bdrennon@hallboothsmith.com

**ATTORNEY FOR APPELLANTS – DEFENDANTS:**

Gene C. Schaerr
SCHAERR JAFFE LLP
1717 K Street NW
Washington, DC 20006
202-787-1060
Fax: 202-776-0136
gschaerr@schaerr-jaffe.com

H. Christopher Bartolomucci
SCHAERR JAFFE LLP
1717 K Street NW
Washington, DC 20006
202-787-1060
Fax: 202-776-0136
cbartolomucci@schaerr-jaffe.com

Annika M. Boone
SCHAERR JAFFE LLP
1717 K. Street, Northwest
Washington, DC 20006
202-735-1124
aboone@schaerr-jaffe.com

Brian Field
SCHAERR JAFFE LLP
1717 K Street NW
Washington, DC 20006
202-787-1060
bfield@schaerr-jaffe.com

Bryan Francis Jacoutot
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
770-434-6868
Fax: 770-434-7376
bjacoutot@taylorenglish.com

Bryan P. Tyson
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
770-434-6868
Fax: 770-434-7376
btyson@taylorenglish.com

Charlene S McGowan
OFFICE OF THE GEORGIA ATTORNEY GENERAL
40 Capitol Square SW
Atlanta, GA 30334
404-458-3658
cmcgowan@law.ga.gov

Cristina Martinez Squiers
SCHAERR JAFFE LLP
1717 K Street NW
Washington, DC 20006
202-787-1060
csquiers@schaerr-jaffe.com

Edward H Trent
SCHAERR JAFFE LLP
1717 K Street NW
Washington, DC 20006
202-787-1060
etrent@schaerr-jaffe.com

Erik Scott Jaffe
SCHAERR JAFFE LLP
1717 K Street NW
Washington, DC 20006
202-787-1060
ejaffe@schaerr-jaffe.com

Loree Anne Paradise
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
770-434-6868
Fax: 770-434-7376
lap@gobergroup.com

Nicholas Patrick Miller , I
SCHAERR JAFFE LLP
1717 K. Street, Northwest
Washington, DC 20006
202-787-1060
nmiller@schaerr-jaffe.com

Riddhi Dasgupta
SCHAERR JAFFE LLP
1717 K. Street, Northwest
Washington, DC 20006
202-787-1060

Daniel H Weigel
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
606-356-1935
dweigel@taylorenglish.com

Deborah Ann Ausburn
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
770-434-6868
Fax: 678-229-0341
dausburn@taylorenglish.com

Diane Festin LaRoss
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
678-336-7169
 dlaross@taylorenglish.com

Donald P. Boyle , Jr.
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
770-434-6868
 dboyle@taylorenglish.com

Elizabeth Marie Wilson Vaughan
DEPARTMENT OF LAW - DIVISION 5
40 Capitol Square, SW
Atlanta, GA 30334
404-458-3549
 evaughan@law.ga.gov

Tobias C. Tatum , Sr
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
404-640-5947
 ttatum@taylorenglish.com

**ATTORNEYS FOR APPELLEES – PLAINTIFFS:**

Uzoma N. Nkwonta
ELIAS LAW GROUP LLP
10 G St. NE, Suite 600
Washington, D.C. 20002
(202) 968-4490
unkwonta@elias.law

Jyoti Jasrasaria
ELIAS LAW GROUP LLP
10 G St. NE, Suite 600
Washington, D.C. 20002
(202) 968-4490
jjasrasaria@elias.law

Spencer McCandless
ELIAS LAW GROUP LLP
10 G St. NE, Suite 600
Washington, D.C. 20002
(202) 968-4490
smccandless@elias.law

Tina Meng
ELIAS LAW GROUP LLP
10 G St. NE, Suite 600
Washington, D.C. 20002
(202) 968-4490
tmeng@elias.law

Marcos Mocine-McQueen
ELIAS LAW GROUP LLP
10 G St. NE, Suite 600
Washington, D.C. 20002
(202) 968-4490
mmcqueen@elias.law

Jacob D. Shelly
ELIAS LAW GROUP LLP
10 G St. NE, Suite 600
Washington, D.C. 20002
(202) 968-4490
jshelly@elias.law

Halsey G. Knapp, Jr.
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
(404) 888-9700
Fax: (404) 888-9577
hknapp@khlawfirm.com

Joyce Gist Lewis
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
(404) 888-9700
Fax: (404) 888-9577
jlewis@khlwafirm.com

Adam M. Sparks
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
(404) 888-9700
Fax: (404) 888-9577
sparks@khlawfirm.com

Bradley E. Heard
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30030
(404) 521-6700
Fax: (404) 221-5857
bradley.heard@splcenter.org

Pichaya Poy Winichakul
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30030
(404) 521-6700
Fax: (404) 221-5857
poy.winichakul@splcenter.org

Nancy G. Abudu
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30030
(404) 521-6700
Fax: (404) 221-5857
nancy.abudu@splcenter.org

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
(213) 633-6800
Fax: (213) 633-6899
adamsieff@dwt.com

Daniel Leigh
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
(213) 633-6800
Fax: (213) 633-6899
danielleigh@dwt.com

Brittni A. Hamilton
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
(213) 633-6800
Fax: (213) 633-6899
brittnihamilton@dwt.com

David M. Gossett
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C. 20005-7048
(202) 973-4288
Fax: (202) 973-4499
davidgossett@dwt.com

Courtney T. DeThomas
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C. 20005-7048
(202) 973-4288
Fax: (202) 973-4499
courtneydethomas@dwt.com

Kate Kennedy
DAVIS WRIGHT TREMAINE, LLP - WA
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206-757-8075
katekennedy@dwt.com

Matthew R. Jedreski
DAVID WRIGHT TREMAINE, LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206-622-3150
Fax: 206-757-7700
mjedreski@dwt.com

Grace Katherine Thompson
DAVIS WRIGHT TREMAINE, LLP - WA
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206-757-8331
Fax: 206-757-7331
gracethompson@dwt.com

Danielle E. Kim
DAVIS WRIGHT TREMAINE, LLP - WA
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206-757-8331
Fax: 206-757-7331
daniellekim@dwt.com

Kate Kennedy
DAVIS WRIGHT TREMAINE, LLP - WA
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206-757-8331
Fax: 206-757-7331
katekennedy@dwt.com

Shontee Pant
DAVIS WRIGHT TREMAINE, LLP - WA
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206-757-8331
Fax: 206-757-7331
ShonteePant@dwt.com

Sophia Lin Lakin
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 519-7836
Fax: (212) 549-2539
slakin@aclu.org

Davin M. Rosborough
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 519-7836
Fax: (212) 549-2539
drosborough@aclu.org

Jonathan S. Topaz
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 519-7836
Fax: (212) 549-2539
jtopaz@aclu.org

Dale E. Ho
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 519-7836
Fax: (212) 549-2539
dho@aclu.org

Susan P. Mizner
ACLU FOUNDATION, INC.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
smizner@aclu.org

Brian Dimmick
ACLU FOUNDATION, INC.
915 15th Street NW
Washington, D.C. 20005
(202) 731-2395
bdimmick@aclu.org

Rahul Garabadu
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
(678) 981-5295
Fax: (770) 303-0060
rgarabadu@acluga.org

Jordan Harris
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
(206) 622-3150
Fax: (206) 757-7700
jordanharris@dwt.com

Bryan L. Sells
THE LAW OFFICE OF BRYAN SELLS, LLC
PO Box 5493
Atlanta, Georgia 31107
Tel: (404) 480-4212
bryan@bryansellslaw.com

Jon Greenbaum
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
(202) 662-8600
Fax: (202) 783-0857
greenbaum@lawyerscommittee.org

Ezra D. Rosenberg
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
(202) 662-8600
Fax: (202) 783-0857
erosenberg@lawyerscommittee.org

Julie M. Houk
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
(202) 662-8600
Fax: (202) 783-0857
jhouk@lawyerscommittee.org

Jennifer Nwachukwu
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
(202) 662-8600
Fax: (202) 783-0857
jnwachukwu@lawyerscommittee.org

Heather Szilagyi
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
(202) 662-8600
Fax: (202) 783-0857
hszilagyi@lawyerscommittee.org

Neil J. Oxford
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
212-837-6843
neil.oxford@hugheshubbard.com

Vilia Hayes
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
212-837-6839
vilia.hayes@hugheshubbard.com

Gregory Farrell
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, N.Y. 10004-1482
(212) 837-6000
Fax: (212) 422-4726
gregory.farrell@hugheshubbard.com

Catherine McCord
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
(212) 430-2690
cmccord@fenwick.com

Leah C. Aden
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
(212) 965-2200
Fax: (212) 226-7592
laden@naacpldf.org

John S. Cusick
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
(212) 965-2200
Fax: (212) 226-7592
jcusick@naacpldf.org

Debo P. Adegbile
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
(212) 230-8800
Fax: (212) 230-8888
debo.adegbile@wilmerhale.com

Ilya Feldsherov
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
(212) 230-8800
Fax: (212) 230-8888
ilya.feldsherov@wilmerhale.com

George P. Varghese
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
Fax: (617) 526-5000
george.varghese@wilmerhale.com

Stephanie Lin
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
Fax: (617) 526-5000
stephanie.lin@wilmerhale.com

Arjun K. Jaikumar
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
arjun.jaikumar@wilmerhale.com

Mikayla C. Foster
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
mikayla.foster@wilmerhale.com

Sofia C. Brooks
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
sofie.brooks@wilmerhale.com

Tania Faransso
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
(202) 663-6000
Fax: (202) 663-6363
tania.faransso@wilmerhale.com

Nana Wilberforce
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
(213) 443-5300
Fax: (213) 443-5400
nana.wilberforce@wilmerhale.com

Kurt Kastorf (GA Bar No. 315315)
KASTORF LAW, LLC
1387 Iverson Street, N.E., Suite 100
Atlanta, GA 30307
404-900-0330
kurt@kastorflaw.com

Judith Browne Dianis
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, DC 20005
(202) 728-9557
Jbrowne@advancementproject.org

Angela A. Groves
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, DC 20005
(202) 728-9557
agroves@advancementproject.org

Clifford J. Zatz
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 624-2500
CZatz@crowell.com

Justin D. Kingsolver
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 624-2500
JKingsolver@crowell.com

William Tucker
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 624-2500
WTucker@crowell.com

Jordan Ludwig
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
(213) 443-5524
JLudwig@crowell.com

Laurence F. Pulgram
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
415.875.2300
lpulgram@fenwick.com

Molly Melcher
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
415.875.2300
mmelcher@fenwick.com

Armen Nercessian
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
415.875.2300
anercessian@fenwick.com

Ethan Thomas
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
415.875.2300
ethomas@fenwick.com