No. 23-13085

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

GEORGIA STATE CONFERENCE OF THE NAACP, et al.,
*Plaintiffs-Appellees*,

v.

GOVERNOR OF THE STATE OF GEORGIA, et al.,
*Defendants-Appellants*,

&

REPUBLICAN NATIONAL COMMITTEE, et al.,
*Intervenors-Appellants*,

Appeal from the U.S. District Court for the Northern District of Georgia,
No. 1:21-mi-55555 (Boulee, J.)

## UNOPPOSED MOTION TO CONSOLIDATE

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423

*Lead Counsel for RNC, NRSC, NRCC, and Georgia Republican Party*

Intervenor-Appellants—the Republican National Committee, the National Republican Senatorial Committee, the National Republican Congressional Committee, and the Georgia Republican Party, Inc.—move, under Eleventh Circuit Rule 27, to consolidate their appeal of District Court Order No. 614 with Eleventh Circuit Case No. 23-13095.

On August 18, 2023, the District Court entered two separate preliminary injunctions: Order No. 613 and Order No. 614. On September 18, the Republican committees appealed both orders in a single notice of appeal (Doc. 639). That notice of appeal created this docket, No. 23-13085, which is designated as a multi-appeal. The same day, the State Defendants appealed the two preliminary injunctions in two separate notices of appeal (Docs. 643 & 644). The State Defendants' appeal of Order No. 613 was filed in this docket, No. 23-13085. The State Defendants' appeal of Order No. 614 created a separate docket, No. 23-13095.

Thus, case No. 23-13085 contains three appeals: (1) the Republican committees' appeal of Order No. 613, (2) the Republican committees' appeal of Order No. 614, and (3) the State Defendants' appeal of Order No. 613. Meanwhile, case No. 23-13095 contains the State Defendants' appeal of Order No. 614.

The Republican committees request that the Court consolidate their appeal of Order No. 614 with the State Defendants' appeal of the same order in case No. 23-13095. Consolidation is appropriate when it "is in the interest of judicial economy, such as when multiple appeals raise the same or similar issues." Eleventh Circuit Rule 12-2 (permitting the clerk to consolidate appeals). It is the "proper solution to problems created by the existence of two or more cases involving the same parties and issues,

1

simultaneously pending in the same court." *Hargett v. Valley Fed. Sav. Bank*, 60 F.3d 754, 765-66 (11th Cir. 1995). This Court thus often consolidates cases on its docket that "involve a common question of law or fact." *Id.* The parties' appeals of Order No. 614 involve the same parties, the same questions of law and fact, and the same underlying judgment. The parties' appeals of Order No. 614 should thus be included in the same docket: Case No. 23-13095. Likewise, the parties' appeals of Order No. 613 should remain consolidated with each other, but under a docket number different from the 614 appeals. Although the two orders involve the same parties, they concern different facts and raise different legal issues.

In short, the Republican committees' appeal of Order No. 614 should be moved from case No. 23-13085 to case No. 23-13095. The appeals of Order No. 613 should remain in case No. 23-13085. This motion is not intended to affect Plaintiffs' cross-appeal of Doc. 613, which is docketed as Case No. 23-13245. None of the parties to this appeal oppose this motion.

For these reasons, the Republican committees respectfully ask this Court to grant their motion.

Dated: October 12, 2023.

2

Respectfully submitted,

/s/ *Patrick Strawbridge*

| | |
|---|---|
| William Bradley Carver, Sr. | Patrick Strawbridge |
| Baxter D. Drennon | CONSOVOY MCCARTHY PLLC |
| HALL BOOTH SMITH, P.C. | Ten Post Office Square |
| 191 Peachtree Street NE, Suite 2900 | 8th Floor South PMB #706 |
| Atlanta, Georgia 30303 | Boston, MA 02109 |
| (404) 954-5000 | (703) 243-9423 |
| BCarver@hallboothsmith.com | patrick@consovoymccarthy.com |
| BDrennon@hallboothsmith.com | |
| | Gilbert C. Dickey |
| | Conor D. Woodfin |
| | CONSOVOY MCCARTHY PLLC |
| | 1600 Wilson Boulevard, Suite 700 |
| | Arlington, VA 22209 |
| | (703) 243-9423 |
| | gilbert@consovoymccarthy.com |
| | conor@consovoymccarthy.com |

*Counsel for RNC, NRSC, NRCC, and Georgia Republican Party*

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d)(2)(A) because it contains 470 words, excluding the parts that can be excluded. This motion also complies with Rule 32(a)(5)-(6) because it has been prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: October 12, 2023                    /s/ Patrick Strawbridge

## CERTIFICATE OF SERVICE

I filed this motion with the Court via ECF, which will email everyone requiring notice.

Dated: October 12, 2023                    /s/ Patrick Strawbridge

4