UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 13, 2023

Patrick Strawbridge
Consovoy McCarthy, PLLC
10 POST OFFICE SQ FL 8 S PMB #706
BOSTON, MA 02109

Appeal Number: 23-13085-B
Case Style: In re: Georgia Senate Bill 202
District Court Docket No: 1:21-mi-55555-JPB

## NO ACTION / DEFICIENCY NOTICE

No action will be taken on filing submitted by Georgia Republican Party, Inc., National Republican Congressional Committee, National Republican Senatorial Committee and Republican National Committee. Motion to consolidate appeals [10049627-2]., is deficient for failure to comply with this Court's rules on Certificates of Interested Persons and Corporate Disclosure Statements.

**No deadlines will be extended** as a result of your deficient filing.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")

You failed to comply with the CIP rules by:

- not including a CIP in your filing. See 11th Cir. R. 26.1-1(a)(1).

## ACTION REQUIRED

For motions for reconsideration or petitions for rehearing that are not permitted, no action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include** any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

Please note that any filing submitted out of time must be accompanied by an appropriate motion, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Notice No Action Taken