Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 23-13085

| Caption: | |
|---|---|
| **IN RE: GEORGIA SENATE BILL 202** | District and Division: U.S. District Court, Northern District of Georgia, Atlanta Division |
| | Name of Judge: J. P. Boulee |
| | Nature of Suit: Civil Rights |
| | Date Complaint Filed: 1st Complaint prior to consolidation 3/25/2021 |
| | District Court Docket Number: 1:21-mi-55555-JPB |
| | Date Notice of Appeal Filed: 09/18/2023 |
| | ☑ Cross Appeal   ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☐ Yes   ☑ No |
| | If Yes, provide |
| | (a) Caption: _____ |
| | (b) Citation: _____ |
| | (c) Docket Number: _____ |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | See Appendix A | | |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | See Appendix A | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $_____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions: |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
| | | ☑ Injunction | ☑ Preliminary   ☑ Granted |
| | | ☐ Other _____ | ☐ Permanent   ☐ Denied |

Page 2                                                                                           11th Circuit Docket Number: 23-13085

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?   ☐ Yes   ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☑ Yes   ☐ No

   If Yes, provide
   (a) Case Name/Statute _____
   (b) Citation  O.C.G.A. s.21-2-384, -385, -386; 52 U.S.C. s.10101
   (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
   (a) Arises from substantially the same case or controversy as this appeal?   ☑ Yes   ☐ No
   (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☑ Yes   ☐ No

   If Yes, provide
   (a) Case Name  In Re: Senate Bill 202
   (b) Citation _____
   (c) Docket Number if unreported  23-13095
   (d) Court or Agency  U.S. Court of Appeals for the Eleventh Circuit

(4) Will this appeal involve a conflict of law
   (a) Within the Eleventh Circuit?   ☐ Yes   ☑ No
   (b) Among circuits?   ☐ Yes   ☑ No

   If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

   See Appendix B

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  13th  DAY OF  October , 2023 .

Gene C. Schaerr                                              /s/ Gene C. Schaerr
NAME OF COUNSEL (Print)                                       SIGNATURE OF COUNSEL

# APPENDIX A
# LIST OF COUNSEL

Counsel for State Defendants-Appellants the State of Georgia, Governor of the State of Georgia, Georgia Secretary of State, Georgia State Election Board, Matthew Mashburn, Sara Tindall Ghazal, Edward Lindsey, Janice W. Johnston, William S. Duffey, Jr., and District Attorney for Dougherty County:

Christopher M. Carr
Attorney General
Bryan K. Webb
Deputy Attorney General
State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia 30334
ccarr@law.ga.gov
bwebb@law.ga.gov

Gene C. Schaerr
*Special Assistant Attorney General*
Donald M. Falk
Brian J. Field
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
dfalk@schaerr-jaffe.com
bfield@schaerr-jaffe.com

Bryan P. Tyson
*Special Assistant Attorney General*
Bryan F. Jacoutot
Diane Festin LaRoss
Donald P. Boyle, Jr.
Daniel H. Weigel
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
(678) 336-7197
btyson@taylorenglish.com
bjacoutot@taylorenglish.com
dlaross@taylorenglish.com
dboyle@taylorenglish.com
dweigel@taylorenglish.com

Counsel for Intervenors-Appellants Republican National Committee, National Republican Congressional Committee, National Republican Senatorial Committee, Georgia Republican Party, Inc.:

Patrick Strawbridge
CONSOVOY MCCARTHY, PLLC
10 Post Office Square, Floor 8 S, PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

Gilbert Charles Dickey
Conor Woodfin
CONSOVOY MCCARTHY, PLLC
1600 Wilson Blvd, Suite 700
Arlington, VA 22209
(703) 243-9423
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

William Bradley Carver, Sr.
HALL BOOTH SMITH, PC
191 Peachtree Street NE, Suite 2900
Atlanta, GA 30303
(404) 954-5000
bcarver@hallboothsmith.com

Counsel for Plaintiffs-Appellees-Cross-Appellants Common Cause, Galeo Latino Community Development Fund, Inc., Georgia Coalition for the People's Agenda, Inc., Georgia State Conference of the NAACP, League of Women Voters of Georgia, Inc. and Lower Muskogee Creek Tribe:

Julie M. Houk
Jennifer Nwachukwu
Ezra D. Rosenberg
Jon M. Greenbaum
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Floor 9
Washington, DC 20005
(202) 662-8314
jhouk@lawyerscommittee.org
jnwachukwu@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org

Gerald Richard Weber, Jr.
LAW OFFICES OF GERRY WEBER, LLC
PO Box 5391
Atlanta, GA 31107
(404) 522-0507
wgerryweber@gmail.com

Heather Szilagyi
Law Office of Heather Szilagyi
1607 5th Street NW
Washington, DC 20001
(631) 513-0440
hszilagyi@lawyerscommittee.org

    Laurence Fairlie Pulgram
    Armen N. Nercessian
    FENWICK & WEST, LLP
    555 California Street, Floor 12
    San Francisco, CA 94104
    (415) 875-2300
    lpulgram@fenwick.com
    anercessian@fenwick.com

Counsel for Plaintiffs-Appellees-Cross-Appellants Common Cause, Galeo Latino Community Development Fund, Inc., Georgia Coalition for the People's Agenda, Inc., Georgia State Conference of the NAACP, League of Women Voters of Georgia, Inc., Lower Muskogee Creek Tribe and Plaintiff-Appellee The Urban League of Greater Atlanta, Inc.:

    Bryan L. Sells
    LAW OFFICE OF BRYAN L. SELLS, LLC
    PO Box 5493
    Atlanta, GA 31107-0493
    (404) 480-4212
    bryan@bryansellslaw.com

Counsel for Plaintiffs-Appellees-Cross-Appellants Common Cause, Galeo Latino Community Development Fund, Inc., Georgia ADAPT, Georgia Advocacy Office, Georgia Coalition for the People's Agenda, Inc., Georgia State Conference of the NAACP, League of Women Voters of Georgia, Inc., Lower Muskogee Creek Tribe, Delta Sigma Theta Sorority, Inc., Sixth District of the African Methodist Episcopal Church, Southern Christian Leadership Conference; and Plaintiffs-Appellees Georgia Muslim Voter Project and The Urban League of Greater Atlanta, Inc.:

    Davin McKay Rosborough
    American Civil Liberties Union Foundation
    125 Broad Street, Floor 18
    New York, NY 10004
    (212) 549-2633
    drosborough@aclu.org

Counsel for Plaintiffs-Appellees Black Voters Matter Fund, Jauan Durbin, Fannie Marie Jackson Gibbs, Rise, Inc., Elbert Solomon and The New Georgia Project:

> Adam M. Sparks
> KREVOLIN & HORST, LLC
> 1201 W Peachtree Street NW, Suite 3250
> 1 Atlantic Center
> Atlanta, GA 30309
> (404) 888-9700
> sparks@khlawfirm.com
>
> Melinda K. Johnson
> Uzoma Nkwonta
> Samuel Ward-Packard
> ELIAS LAW GROUP, LLP
> 250 Massachusetts Avenue NW, Suite 400
> Washington, DC 20001
> (202) 968-4517
> mjohnson@elias.law
> unkwonta@elias.law
> swardpackard@elias.law

Counsel for Plaintiffs-Appellees Black Voters Matter Fund and The New Georgia Project:

> Tina Meng Morrison
> ELIAS LAW GROUP, LLP
> 250 Massachusetts Avenue NW, Suite 400
> Washington, DC 20001
> (718) 909-8665
> tmengmorrison@elias.law

Counsel for Plaintiffs-Appellees Black Voters Matter Fund, Rise, Inc. and The New Georgia Project:

>Jacob D. Shelly
>Marcos Mocine-McQueen
>ELIAS LAW GROUP, LLP
>250 Massachusetts Avenue NW, Suite 400
>Washington, DC 20001
>(202) 968-4492
>jshelly@elias.law
>mmcqueen@elias.law

Counsel for Plaintiffs-Appellees-Cross-Appellants Georgia State Conference of the NAACP; Georgia Coalition for the People's Agenda, Inc.; League of Women Voters of Georgia, Inc.; GALEO Latino Community Development Fund, Inc.; Common Cause; Lower Muskogee Creek Tribe; Delta Sigma Theta Sorority, Inc.; Georgia ADAPT; Georgia Advocacy Office; Sixth District of the African Methodist Episcopal Church; Southern Christian Leadership Conference; Georgia Muslim Voter Project:

> Leah Aden
> NAACP Legal Defense & Educational Fund, Inc.
> 40 Rector Street, Floor 5
> New York, NY 10006
> (212) 965-2259
> laden@naacpldf.org

Counsel for Plaintiffs-Appellees-Cross-Appellants Delta Sigma Theta Sorority, Inc., Georgia ADAPT; Georgia Advocacy Office; Sixth District of the African Methodist Episcopal Church:

> Anuja D. Thatte
> NAACP Legal Defense & Educational Fund, Inc.
> 700 14th Street NW, Suite 600
> Washington, DC 20005
> athatte@naacpldf.org
>
> John S. Cusick
> Alaizah Koorji
> NAACP Legal Defense & Educational Fund, Inc.
> 40 Rector Street, Floor 5
> New York, NY 10006
> (212) 965-2259
> jcusick@naacpldf.org
> akoorji@naacpldf.org

Counsel for Plaintiffs-Appellees-Cross-Appellants Delta Sigma Theta Sorority, Inc., Georgia ADAPT, Georgia Advocacy Office, Sixth District of the African Methodist Episcopal Church and Southern Christian Leadership Conference:

> Cory Isaacson
> American Civil Liberties Union of Georgia
> PO Box 570738
> Atlanta, GA 30357
> cisaacson@acluga.org
>
> Sophia Lin Lakin
> WILMER CUTLER PICKERING HALE & DORR, LLP
> 60 State Street
> Boston, MA 02109
> (617) 526-6000
> slakin@aclu.org
>
> Jonathan Topaz
> Dayton Campbell-Harris
> American Civil Liberties Union Foundation
> 125 Broad Street, Floor 18
> New York, NY 10004
> (212) 549-2633
> jtopaz@aclu.org
> dcampbell-harris@aclu.org

Counsel for Plaintiffs-Appellees-Cross Appellants Delta Sigma Theta Sorority, Inc., Georgia ADAPT, Georgia Advocacy Office, Sixth District of the African Methodist Episcopal Church, Southern Christian Leadership Conference and Georgia Muslim Voter Project:

> Bradley E. Heard
> Pichaya Poy Winichakul
> Southern Poverty Law Center
> 150 E. Ponce De Leon Avenue, Suite 340
> Decatur, GA 30030
> bradley.heard@splcenter.org
> poy.winichakul@splcenter.org

# APPENDIX B
## Statement of Issues to be Raised on Appeal

1. Whether the district court erred in holding that Plaintiffs had standing.

2. Whether the district court erred in holding that Plaintiffs had established a substantial likelihood of success on the merits of their claim that the Birthdate Requirement violates the Materiality Provision of the Civil Rights Act of 1964.

3. Whether the district court erred in holding that Plaintiffs had a demonstrated that they would suffer irreparable harm absent an injunction, which outweighed any harm an injunction would impose on the State of Georgia or the public.

4. Whether the district court erred in holding that injunctive relief was available notwithstanding the Supreme Court's guidance in *Purcell v. Gonzalez*, 549 U.S. 1 (2006).