No. 23-13085-B

# JURISDICTIONAL QUESTION

Please address whether appellants and cross-appellant Southern Christian Leadership Conference have appellate standing. Specifically, please address whether the Intervenor-Defendants and State Defendants were aggrieved by the appealed orders. *See Wolff v. Cash 4 Titles*, 351 F.3d 1348, 1353-54 (11th Cir. 2003) (explaining that litigants must establish their standing to appeal and that only a litigant aggrieved by an order may appeal); *Hawes v. Gleicher*, 745 F.3d 1337, 1342 (11th Cir. 2014) (explaining that, as a general rule, a party may not appeal to protect the rights of others); *Diamond v. Charles*, 476 U.S. 54, 64 (1986) (providing that an intervening defendant can generally "piggyback" on a defendant's standing if that defendant joins the intervenor in appealing). Furthermore, please address whether cross-appellant Southern Christian Leadership Conference, Gregory Edwards, and the State of Georgia have standing given that Southern Christian Leadership Conference filed a stipulation of voluntary dismissal and that Gregory Edwards and the State of Georgia were apparently not named as defendants in the two underlying actions relevant to the order that the State Defendants appeal. *See Mickles on behalf of herself v. Country Club, Inc.*, 887 F.3d 1270, 1278 (11th Cir. 2018) (providing that, in general, only parties to a lawsuit, or those that properly become parties, have standing to appeal an adverse judgment).