# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 16, 2023

Debo P. Adegbile
Wilmer Cutler Pickering Hale & Dorr, LLP
7 WORLD TRADE CENTER
250 GREENWICH ST
NEW YORK, NY 10007

Leah Aden
NAACP Legal Defense & Educational Fund, Inc.
40 RECTOR ST FL 5
NEW YORK, NY 10006

H. Christopher Bartolomucci
Schaerr Jaffe, LLP
1717 K ST NW STE 900
WASHINGTON, DC 20006

Steven Christopher Begakis
Consovoy McCarthy, PLLC
1600 WILSON BLVD STE 700
ARLINGTON, VA 22209

Matletha Bennette
Southern Poverty Law Center
PO BOX 10788
TALLAHASSEE, FL 32302

Donald P. Boyle Jr.
Taylor English Duma, LLP
1600 PARKWOOD CIR STE 200
ATLANTA, GA 30339

Dayton Campbell-Harris
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Christopher Michael Carr
Georgia Department of Law
Attorney General's Office
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

William Bradley Carver Sr.
Hall Booth Smith, PC
191 PEACHTREE ST NE STE 2900
ATLANTA, GA 30303

John Spencer Cusick
NAACP Legal Defense & Educational Fund, Inc.
40 RECTOR ST FL 5
NEW YORK, NY 10006

Gilbert Charles Dickey
Consovoy McCarthy, PLLC
1600 WILSON BLVD STE 700
ARLINGTON, VA 22209

Brian Lawrence Dimmick
ACLU
915 15TH ST NW FL 7
WASHINGTON, DC 20005

Donald Falk
Schaerr Jaffe, LLP
4 EMBARCADERO CTR STE 1400
SAN FRANCISCO, CA 94111

Tania Faransso
Wilmer Cutler Pickering Hale & Dorr, LLP
2100 PENNSYLVANIA AVE NW
WASHINGTON, DC 20037

Brian Field
Schaerr Jaffe, LLP
1717 K ST NW STE 900
WASHINGTON, DC 20006

Lucas L. Fortier
Wilmer Cutler Pickering Hale & Dorr, LLP
60 STATE ST
BOSTON, MA 02109

Rahul Garabadu
American Civil Liberties Union Foundation of Georgia, Inc.
PO BOX 570738
ATLANTA, GA 30357

Tyler Richard Green
Consovoy McCarthy, PLLC
222 S MAIN ST FL 5
SALT LAKE CITY, UT 84101

Jon M. Greenbaum
Lawyers' Committee for Civil Rights Under Law
1500 K ST NW FL 9
WASHINGTON, DC 20005

Mr. John E. Hall Jr.
Hall Booth Smith, PC
191 PEACHTREE ST NE STE 2900
Suite 2900
ATLANTA, GA 30303

Bradley E. Heard
Southern Poverty Law Center
150 E PONCE DE LEON AVE STE 340
DECATUR, GA 30030

Julie Marie Houk
Lawyers' Committee for Civil Rights Under Law
1500 K ST NW FL 9
WASHINGTON, DC 20005

Cory Isaacson
American Civil Liberties Union of Georgia
PO BOX 570738
ATLANTA, GA 30357

Bryan Francis Jacoutot
Taylor English Duma, LLP
1600 PARKWOOD CIR STE 200
ATLANTA, GA 30339

Erik S. Jaffe
Schaerr Jaffe, LLP
1717 K ST NW STE 900
WASHINGTON, DC 20006

Arjun Kent Jaikumar
Attorney General's Office
1 ASHBURTON PL FL 20
BOSTON, MA 02108-1518

Sabrina S. Khan
Advancement Project
1220 L ST NW STE 850
WASHINGTON, DC 20005

Alaizah Koorji
NAACP Legal Defense & Educational Fund, Inc.
40 RECTOR ST FL 5
NEW YORK, NY 10006

Kevin T. Kucharz
Chalmers Adams Backer & Kaufman, LLC
11770 HAYNES BRIDGE RD STE 205-219
ALPHARETTA, GA 30009

Diane Festin LaRoss
Taylor English Duma, LLP
1600 PARKWOOD CIR STE 200
ATLANTA, GA 30339

Sophia Lin Lakin
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Armen N. Nercessian
Fenwick & West, LLP
555 CALIFORNIA ST FL 12
SAN FRANCISCO, CA 94104

Cameron Thomas Norris
Consovoy McCarthy, PLLC
1600 WILSON BLVD STE 700
ARLINGTON, VA 22209

Jennifer Nwachukwu
Lawyers' Committee for Civil Rights Under Law
1500 K ST NW FL 9
WASHINGTON, DC 20005

Laura E. Powell

Wilmer Cutler Pickering Hale & Dorr, LLP
2100 PENNSYLVANIA AVE NW
WASHINGTON, DC 20037

Laurence Fairlie Pulgram
Fenwick & West, LLP
555 CALIFORNIA ST FL 12
SAN FRANCISCO, CA 94104

Davin McKay Rosborough
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Ezra D. Rosenberg
Lawyers' Committee for Civil Rights Under Law
1500 K ST NW FL 9
WASHINGTON, DC 20005

Gene C. Schaerr
Schaerr Jaffe, LLP
1717 K ST NW STE 900
WASHINGTON, DC 20006

Bryan L. Sells
Law Office of Bryan L. Sells, LLC
PO BOX 5493
ATLANTA, GA 31107-0493

Casey Katharine Smith
American Civil Liberties Union Foundation
179 UPPER TURNPIKE RD
NORWICH, VT 05055

Cristina Martinez Squiers
Schaerr Jaffe, LLP
1717 K ST NW STE 900
WASHINGTON, DC 20006

Patrick Strawbridge
Consovoy McCarthy, PLLC
10 POST OFFICE SQ FL 8 S PMB #706
BOSTON, MA 02109

Stuart Fallin Sumner
Hall Booth Smith, PC

191 PEACHTREE ST NE STE 2900
ATLANTA, GA 30303

Heather Szilagyi
Law Office of Heather Szilagyi
1607 5TH ST NW
WASHINGTON, DC 20001

Anuja Diwakar Thatte
NAACP Legal Defense & Educational Fund, Inc.
700 14TH ST NW STE 600
WASHINGTON, DC 20005

Jonathan Topaz
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Edward Howard Trent
Schaerr Jaffe, LLP
1717 K ST NW STE 900
WASHINGTON, DC 20006

Bryan P. Tyson
Taylor English Duma, LLP
1600 PARKWOOD CIR STE 200
ATLANTA, GA 30339

George P. Varghese
Wilmer Cutler Pickering Hale & Dorr, LLP
60 STATE ST
BOSTON, MA 02109

Bryan K. Webb
Georgia Department of Law
Attorney General's Office
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

Gerald Richard Weber Jr.
Law Offices of Gerry Weber, LLC
PO BOX 5391
ATLANTA, GA 31107

Daniel H. Weigel
Taylor English Duma, LLP

1600 PARKWOOD CIR STE 200
ATLANTA, GA 30339

William Dowdy White
Hall Booth Smith, PC
191 PEACHTREE ST NE STE 2900
ATLANTA, GA 30303

Pichaya Poy Winichakul
Southern Poverty Law Center
150 E PONCE DE LEON AVE STE 340
DECATUR, GA 30030

Conor Woodfin
Consovoy McCarthy, PLLC
1600 WILSON BLVD STE 700
ARLINGTON, VA 22209

Appeal Number: 23-13085-B
Case Style: In re: Georgia Senate Bill 202
District Court Docket No: 1:21-mi-55555-JPB

NOTICE OF APPEAL FILED: September 18, 2023

After review of the district court docket entries, order and/or judgment appealed from, and the notice of appeal, it appears that this court may lack jurisdiction over this appeal. If it is determined that this court is without jurisdiction, this appeal will be dismissed.

The parties are requested to simultaneously advise the court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question(s) set forth on the attached page. Counsel must submit their response electronically, and do not need to provide paper copies. The responses must include a Certificate of Interested Persons and Corporate Disclosure Statement as described in Fed.R.App.P. 26.1 and the corresponding circuit rules. Requests for extensions of time to file a response are disfavored.

After fourteen (14) days, this court will consider any response(s) filed and any portion of the record that may be required to resolve the jurisdictional issue(s). Please note that the issuance of a jurisdictional question does not stay the time for filing appellant's briefs otherwise provided by 11th Cir. R. 31-1.

Counsel who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

JUR-1 Resp reqd JQ