Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 23-13085

| Caption: | |
|---|---|
| IN RE: GEORGIA SENATE BILL 202 | District and Division: U.S. District Court, Northern District of Georgia, Atlanta Division |
| | Name of Judge: J.P. Boulee |
| | Nature of Suit: Civil Rights |
| | Date Complaint Filed: First Complaint filed 03/25/2021 |
| | District Court Docket Number: 1:21-mi-55555-JPB |
| | Date Notice of Appeal Filed: 09/18/2023 |
| | ☑ Cross Appeal    ☐ Class Action |
| | Has this matter previously been before this court? ☐ Yes  ☑ No |
| | If Yes, provide |
| | (a) Caption: _____ |
| | (b) Citation: _____ |
| | (c) Docket Number: _____ |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Please see attached. | | |

| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Please see attached | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $____ |
| ☐ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $____ to ____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | Injunctions: |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | ☐ TRO |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☑ Preliminary   ☑ Granted |
| | | ☑ Injunction | ☐ Permanent    ☐ Denied |
| | | ☐ Other _____ | |

Page 2                                                                                    11th Circuit Docket Number: 23-13085

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?    ☐ Yes    ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?    ☑ Yes    ☐ No

    If Yes, provide
    (a) Case Name/Statute  Materiality Provision of the Civil Rights Act of 1964
    (b) Citation  52 U.S.C. 10101 (a)(2)(B)
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?    ☑ Yes    ☐ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?    ☑ Yes    ☐ No

    If Yes, provide
    (a) Case Name  IN RE: GEORGIA SENATE BILL 202
    (b) Citation  Nos. 23-13093, 23-13095
    (c) Docket Number if unreported _____
    (d) Court or Agency  U.S. Court of Appeals for the Eleventh Circuit

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?    ☐ Yes    ☑ No
    (b) Among circuits?    ☐ Yes    ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

   1. Whether State and Intervenor Defendants-Appellants lack standing to appeal the at-issue injunction order, which denied an injunction as to them and enjoined only actions of county defendants who have not appealed.

   2. Whether the district court erred in limiting its injunction to exclude State Defendants-Appellants on the basis that statewide violation of the Materiality Provisions of the Civil Rights Act are not redressable by or traceable to the State Defendant-Appellants as well as the counties.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  16  DAY OF  October , 2023 .

Laurence F. Pulgram                                              /s/ Laurence F. Pulgram
NAME OF COUNSEL (Print)                                          SIGNATURE OF COUNSEL

# LIST OF COUNSEL

*Counsel for Plaintiff-Appellees Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek*:

Bryan L. Sells
THE LAW OFFICE OF BRYAN SELLS, LLC
PO Box 5493 Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

Gerald Richard Weber Jr.
Law Offices of Gerry Weber, LLC
PO Box 5391
Atlanta, GA 31107
wgerryweber@gmail.com

Jon Greenbaum
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg
erosenberg@lawyerscommittee.org
Julie M. Houk
jhouk@lawyerscommittee.org
Jennifer Nwachukwu
jnwachukwu@lawyerscommittee.org
Heather Szilagyi
hszilagyi@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900 Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Vilia Hayes
vilia.hayes@hugheshubbard.com
Neil Oxford
neil.oxford@hugheshubbard.com
Gregory Farrell
gregory.farrell@hugheshubbard.com
Mana Ameri
mana.ameri@hugheshubbard.com
William Beausoleil
william.beausoleil@hugheshubbard.com
James Henseler
james.henseler@hugheshubbard.com
HUGHES HUBBARD & REED LLP
One Battery Park Plaza New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Laurence F. Pulgram
lpulgram@fenwick.com
Molly Melcher
mmelcher@fenwick.com
Armen Nercessian
anercessian@fenwick.com
Ethan Thomas
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Telephone: (415) 875-2300

Joseph S. Belichick
jbelichick@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
Telephone:  (650) 988-8500

2

Catherine McCord
cmccord@fenwick.com
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
Telephone: (212) 430-2690

*Counsel for Plaintiff-Appellees Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund Georgia, and The Arc of the United States:*

Pichaya Poy Winichakul
poy.winichakul@splcenter.org
Bradley E. Heard
bradley.heard@splcenter.org
Matletha N. Bennette
matletha.bennette@splcenter.org
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30031-1287
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

Jess Unger
jess.unger@splcenter.org
Sabrina S. Khan
sabrina.khan@splcenter.org
SOUTHERN POVERTY
LAW CENTER
1101 17th Street NW, Suite 705
Washington, DC 20036
Telephone: (202) 728-9557

3

Adam S. Sieff
adamsieff@dwt.com
Brittni Hamilton
brittnihamilton@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Matthew Jedreski
mjedreski@dwt.com
Grace Thompson
gracethompson@dwt.com
Danielle Eun Kim
daniellekim@dwt.com
Kate Kennedy
katekennedy@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

David M. Gossett
davidgossett@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C. 20005-7048
Telephone: (202) 973-4288
Facsimile: (202) 973-4499

4

*Counsel for Plaintiff-Appellees Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, and Georgia Advocacy Office:*

Leah C. Aden
laden@naacpldf.org
Alaizah Koorji
akoorji@naacpldf.org
John S. Cusick
jcusick@naacpldf.org
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

Anuja D. Thatte
athatte@naacpldf.org
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington D.C., 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312

Rahul Garabadu
rgarabadu@acluga.org
Caitlin May
cmay@acluga.org
Cory Isaacson
cisaacson@acluga.org
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

Sophia Lin Lakin
slakin@aclu.org
Davin M. Rosborough
drosborough@aclu.org
Jonathan Topaz
jtopaz@aclu.org
Dayton Campbell-Harris
dcampbell-harris@aclu.org
Casey Smith
csmith@aclu.org
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

Susan P. Mizner
smizner@aclu.org
ACLU FOUNDATION, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0781

Brian Dimmick
bdimmick@aclu.org
ACLU FOUNDATION, INC.
915 15th Street NW
Washington, D.C. 20005
Telephone: (202) 731-2395

Debo P. Adegbile
debo.adegbile@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

George P. Varghese
george.varghese@wilmerhale.com
Lucas L. Fortier
lucas.fortier@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Tania Faransso
tania.faransso@wilmerhale.com
Laura E. Powell
laura.powell@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Counsel for State Defendants-Appellants the State of Georgia, Governor of the State of Georgia, Georgia Secretary of State, Georgia State Election Board, Matthew Mashburn, Sara Tindall Ghazal, Edward Lindsey, Janice W. Johnston, William S. Duffey, Jr.:*

Christopher M. Carr
Attorney General
Bryan K. Webb
Deputy Attorney General
State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia 30334
ccarr@law.ga.gov
bwebb@law.ga.gov

Gene C. Schaerr
*Special Assistant Attorney General*
Donald M. Falk
Brian J. Field
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
dfalk@schaerr-jaffe.com
bfield@schaerr-jaffe.com

Bryan P. Tyson
*Special Assistant Attorney General*
Bryan F. Jacoutot
Diane Festin LaRoss
Donald P. Boyle, Jr.
Daniel H. Weigel
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
(678) 336-7197
btyson@taylorenglish.com
bjacoutot@taylorenglish.com
dlaross@taylorenglish.com
dboyle@taylorenglish.com
dweigel@taylorenglish.com

*Counsel for Intervenor-Appellants Republican National Committee, National Republican Congressional Committee, National Republican Senatorial Committee, Georgia Republican Party, Inc.:*

Cameron T. Norris
Gilbert C. Dickey
Thomas R. McCarthy
Conor D. Woodfin
CONSOVOY MCCARTHY PLLC -VA
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
703-243-9423
cam@consovoymccarthy.com
gilbert@consovoymccarthy.com
tom@consovoymccarthy.com
conor@consovoymccarthy.com

Tyler R. Green
CONSOVOY MCCARTHY PLLC -UT
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
703-243-9423
tyler@consovoymccarthy.com

John E. Hall , Jr.
William B. Carver
Baxter D. Drennon
HALL BOOTH SMITH, P.C. - ATL
191 Peachtree Street Northeast, Ste. 2900
Atlanta, GA 30303
404-954-5000
Fax: 404-954-5020
JHall@hallboothsmith.com
bcarver@hallboothsmith.com
bdrennon@hallboothsmith.com