No. 23-13085

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

———————————————

IN RE: GEORGIA SENATE BILL 202

———————————————

On Appeal from the United States District Court
for the Northern District of Georgia, Atlanta Division
No. 1:21-mi-55555-JPB

———————————————

**[UNOPPOSED] TIME-SENSITIVE JOINT MOTION OF STATE
DEFENDANTS-APPELLANTS THE STATE OF GEORGIA, GOVERNOR
OF GEORGIA, GEORGIA SECRETARY OF STATE, GEORGIA STATE
ELECTION BOARD, MATTHEW MASHBURN, SARA TINDALL
GHAZAL, EDWARD LINDSEY, JANICE W. JOHNSTON, WILLIAM S.
DUFFEY, JR. AND DISTRICT ATTORNEY FOR DOUGHERTY COUNTY
AND INTERVENOR- APPELLANTS GEORGIA REPUBLICAN PARTY,
INC., NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE,
NATIONAL REPUBLICAN SENATORIAL COMMITTEE AND
REPUBLICAN NATIONAL COMMITTEE FOR EXTENSION
OF TIME TO RESPOND TO MOTION TO DISMISS
APPEAL FOR LACK OF JURISDICTION**

**Time-Sensitive Motion: Current due date Oct. 23**

No. 23-13085

*In Re: Georgia Senate Bill 202*

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1–26.1-3, State Defendants-Appellants The State of Georgia, Governor of the State of Georgia, Georgia Secretary of State, Georgia State Election Board, Matthew Mashburn, Sara Tindall Ghazal, Edward Lindsey, Janice W. Johnston, William S. Duffey, Jr., and District Attorney for Dougherty County, identify all Counsel, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case:

1.    Abbott, Robert, *Defendant*;

2.    Abudu, Nancy, *Attorney for Plaintiffs-Appellees*;

3.    ACLU Foundation of Georgia, *Counsel for Plaintiffs-Appellees*;

4.    ACLU Foundation of Georgia, Inc., *Counsel for Plaintiffs-Appellees*;

5.    Aden, Leah, *Counsel for Plaintiffs-Appellees*;

6.    Advancement Project, *Counsel for Plaintiffs-Appellees*;

7.    Ameri, Mana, *Counsel for Plaintiffs-Appellees*;

8.    American Civil Liberties Union Foundation of Georgia, *Counsel for Plaintiffs-Appellees*;

9.    American Civil Liberties Union Foundation, Inc., *Counsel for Plaintiffs-Appellees*;

No. 23-13085
*In Re: Georgia Senate Bill 202*

10. Andrews, Wanda, *Defendant*;

11. Aquino, Nora, *Plaintiff-Appellee*;

12. Asian Americans Advancing Justice-Asian Law Caucus, *Counsel for Plaintiffs-Appellees*;

13. Asian Americans Advancing Justice-Atlanta, *Plaintiff-Appellee*;

14. Augusta Georgia Law Department, *Counsel for Defendant*;

15. Ausburn, Deborah, *Counsel for State Defendants-Appellants*;

16. Awuku, George, *Defendant*;

17. Banks, Marques, *Counsel for Plaintiffs-Appellees*;

18. Banter, James, *Counsel for Defendant*;

19. Barkdull, Annika Boone, *Counsel for State Defendants-Appellants*;

20. Barnes, Sherry, *Defendant*;

21. Barron, Richard, *Defendant*;

22. Bartolomucci, H. Christopher, *Counsel for State Defendants-Appellants*;

23. Beausoleil, William, *Counsel for Plaintiffs-Appellees*;

24. BECK OWEN & MURRAY, *Counsel for Defendant*;

25. Betakes, Steven, *Counsel for Intervenor-Defendants-Appellants*;

26. Belichick, Joseph, *Counsel for Plaintiffs-Appellees*;

27. Bell, Jordan, *Counsel for Defendant*;

No. 23-13085

*In Re: Georgia Senate Bill 202*

28.    Bennette, Matlacha, *Counsel for Plaintiffs-Appellees*;

29.    Black Voters Matter Fund, *Plaintiff-Appellee*;

30.    Blender, Matthew, *Defendant*;

31.    Bloodworth, Kristin, *Counsel for Defendant*;

32.    Boulee, Honorable J. P., *United States District Court Judge*;

33.    Bowman, Brad, *Counsel for Defendant*;

34.    Boyle, Donald, *Counsel for State Defendants-Appellants*;

35.    Broder, Karl, *Counsel for Defendant*;

36.    Brooks, Jessica, *Defendant*;

37.    Brooks, Sofia, *Counsel for Plaintiffs-Appellees*;

38.    Brown, Marcia, *Defendant*;

39.    Bruning, Stephen, *Defendant*;

40.    Bruning, Steven, *Defendant*;

41.    Bryan, Bennett, *Counsel for Defendant*;

42.    Burwell, Kaye, *Counsel for Defendant*;

43.    Campbell-Harris, Dayton, *Counsel for Plaintiffs-Appellees*;

44.    Carr, Christopher M., Attorney General of the State of Georgia, *Counsel for State Defendants-Appellants*;

45.    Carver, William, *Counsel for Intervenor-Defendants-Appellants*;

No. 23-13085

*In Re: Georgia Senate Bill 202*

46.  Cathey, Thomas, *Counsel for Defendant*;

47.  CHALMERS, ADAMS, BACKER & KAUFMAN, LLC, *Counsel for Defendant*;

48.  Chatham County Attorney, *Counsel for Defendant*;

49.  Chatham County Board of Elections, *Defendant*;

50.  Chatham County Board of Registrars, *Defendant*;

51.  Clarke County Board of Elections and Voter Registration, *Defendant*;

52.  Clayton County Board of Elections and Registration, *Defendant*;

53.  Cobb County Board of Elections and Registration, *Defendant*;

54.  Cochran, Ken, *Defendant*;

55.  Columbia County Board of Elections, *Defendant*;

56.  Columbia County Board of Registrars, *Defendant*;

57.  Common Cause, *Plaintiff-Appellee*;

58.  CONSOVOY MCCARTHY PLLC, *Counsel for Intervenor-Defendants-Appellants*;

59.  Cramer, Raisa, *Counsel for Plaintiffs-Appellees*;

60.  Crawford, Teresa, *Defendant*;

61.  CROWELL & MORING, LLP, *Counsel for Plaintiffs-Appellees*;

62.  Cushman, Ann, *Defendant*;

63.  Cusick, John, *Counsel for Plaintiffs-Appellees*;

No. 23-13085
*In Re: Georgia Senate Bill 202*

64.   Dasgupta, Riddhi, *Counsel for Defendants-Appellants*;

65.   Dave, Charles, *Defendant*;

66.   Davenport, Jennifer, *Counsel for Defendant*;

67.   DAVIS WRIGHT TREMAINE LLP, *Counsel for Plaintiffs-Appellees*;

68.   Davis, Britton, *Counsel for Plaintiffs-Appellees*;

69.   Day, Stephen, *Defendant*;

70.   DeKalb County Board of Registrations and Elections, *Defendant*;

71.   DeKalb County Law Department, *Counsel for Defendant*;

72.   Delta Sigma Theta Sorority, Inc., *Plaintiff-Appellee*;

73.   Denmark, Emilie, *Counsel for Defendant*;

74.   DENTONS US LLP, *Counsel for Intervenor-Defendants-Appellants*;

75.   Deshazior, Zurich, *Defendant*;

76.   DeThomas, Courtney, *Counsel for Plaintiffs-Appellees*;

77.   Dianis, Judith, *Counsel for Plaintiffs-Appellees*;

78.   Dickey, Gilbert, *Counsel for Intervenor-Defendants-Appellants*;

79.   Dicks, Terence, *Defendant*;

80.   Dimmick, Brian, *Counsel for Plaintiffs-Appellees*;

81.   DiStefano, Don, *Defendant*;

82.   Doss, Travis, *Defendant*;

No. 23-13085
*In Re: Georgia Senate Bill 202*

83.    Dozier, Shauna, *Defendant*;

84.    Drennon, Baxter, *Counsel for Intervenor-Defendants-Appellants*;

85.    Duffie, Wanda, *Defendant*;

86.    Durbin, Jauan, *Plaintiff-Appellee*;

87.    Durso, Katherine, *Defendant*;

88.    Edwards, Gregory, *State Defendant*;

89.    ELIAS LAW GROUP LLP, *Counsel for Plaintiffs-Appellees*;

90.    Ellington, Thomas, *Defendant*;

91.    Enjeti-Sydow, Anjali, *Plaintiff-Appellee*;

92.    Evans-Daniel, Karen, *Defendant*;

93.    Evans, James, *Counsel for Defendant*;

94.    Evans, Rachel, *Counsel for Plaintiffs-Appellees*;

95.    Eveler, Janine, *Defendant*;

96.    Falk, Donald M., *Counsel for State Defendants-Appellants*;

97.    Fambrough, Willa, *Defendant*;

98.    Faransso, Tania, *Counsel for Plaintiffs-Appellees*;

99.    Farrell, Gregory, *Counsel for Plaintiffs-Appellees*;

100.    Feldsherov, Ilya, *Counsel for Plaintiffs-Appellees*;

101.    FENWICK & WEST, LLP, *Counsel for Plaintiffs-Appellees*;

No. 23-13085

*In Re: Georgia Senate Bill 202*

102.    Field, Brian J., *Counsel for State Defendants-Appellants*;

103.    First Congregational Church, United Church of Christ Incorporated, *Plaintiff-Appellee*;

104.    Fogelson, Matthew, *Counsel for Plaintiffs-Appellees*;

105.    Forsyth County Board of Voter Registrations and Elections, *Defendant*;

106.    Fortier, Lucas, *Counsel for Plaintiffs-Appellees*;

107.    Foster, Mikayla, *Counsel for Plaintiffs-Appellees*;

108.    FREEMAN MATHIS & GARY, LLP, *Counsel for Defendant*;

109.    Fulton County Attorney's Office, *Counsel for Defendant*;

110.    Fulton County Registration and Elections Board, *Defendant*;

111.    Galeo Latino Community Development Fund, Inc., *Plaintiff-Appellee*;

112.    Gammage, Keith, *Defendant*;

113.    Garabadu, Rahul, *Counsel for Plaintiffs-Appellees*;

114.    Gartland, Pat, *Defendant*;

115.    Gay, Nancy, *Defendant*;

116.    Geiger, Debra, *Defendant*;

117.    Georgia Adapt, *Plaintiff-Appellee*;

118.    Georgia Advocacy Office, *Plaintiff-Appellee*;

119.    Georgia Coalition for the People's Agenda, Inc., *Plaintiff-Appellee*;

No. 23-13085

*In Re: Georgia Senate Bill 202*

120.  Georgia Department of Law, *Counsel for Defendants-Appellants*;

121.  Georgia Latino Alliance for Human Rights, Inc., *Plaintiff-Appellee*;

122.  Georgia Muslim Voter Project, *Plaintiff-Appellee*;

123.  Georgia Republican Party, Inc., *Intervenor-Defendant-Appellant*;

124.  Georgia State Conference of the NAACP, *Plaintiff-Appellee*;

125.  Georgia State Election Board, *Defendant*;

126.  Ghazal, Sara, *State Defendant*;

127.  Gibbs, Fannie, *Plaintiff-Appellee*;

128.  Gillon, Thomas, *Defendant*;

129.  Givens, Diane, *Defendant*;

130.  Gossett, David, *Counsel for Plaintiffs-Appellees*;

131.  Green, Tyler, *Counsel for Intervenor-Defendants-Appellants*;

132.  Greenbaum, Jon, *Counsel for Plaintiffs-Appellees*;

133.  GREENBERG TRAURIG, LLP, *Counsel for Defendant*;

134.  Groves, Angela, *Counsel for Plaintiffs-Appellees*;

135.  Gwinnett County Board of Registrations and Elections, *Defendant*;

136.  Gwinnett County Department of Law, *Counsel for Defendant*;

137.  Hall Booth Smith, P.C., *Counsel for Intervenor-Defendants-Appellants*;

138.  Hall County Board of Elections and Registration, *Defendant*;

No. 23-13085
*In Re: Georgia Senate Bill 202*

139.  Hall County Government, *Counsel for Defendant*;

140.  Hall, Dorothy, *Defendant*;

141.  Hall, John, *Counsel for Intervenor-Defendants-Appellants*;

142.  Hamilton, Brittni, *Counsel for Plaintiffs-Appellees*;

143.  Hancock, Jack, *Counsel for Defendant*;

144.  Hart, Ralph, *Counsel for Defendant*;

145.  Hart, Twyla, *Defendant*;

146.  Hasselberg, Emily, *Counsel for Plaintiffs-Appellees*;

147.  Hayes, Vilia, *Counsel for Plaintiffs-Appellees*;

148.  HAYNIE, LITCHFIELD & WHITE, PC, *Counsel for Defendant*;

149.  Hazard, Joel, *Defendant*;

150.  Heard, Bradley, *Counsel for Plaintiffs-Appellees*;

151.  Heimes, Marianne, *Defendant*;

152.  Henseler, James, *Counsel for Plaintiffs-Appellees*;

153.  Herren, Thomas, *Counsel for Plaintiffs-Appellees*;

154.  Hiatt, Alexandra, *Counsel for Plaintiffs-Appellees*;

155.  Ho, Dale, *Counsel for Plaintiffs-Appellees*;

156.  Hodge, Malinda, *Defendant*;

157.  Houk, Julie, *Counsel for Plaintiffs-Appellees*;

No. 23-13085
*In Re: Georgia Senate Bill 202*

158. Hoyos, Luis, *Counsel for Plaintiffs-Appellees*;

159. HUGHES HUBBARD & REED, *Counsel for Plaintiffs-Appellees*;

160. Hughes, Aileen, *Counsel for Plaintiffs-Appellees*;

161. HULL BARRETT, PC, *Counsel for Defendant*;

162. Ingram, Randy, *Defendant*;

163. Jacoutot, Bryan, *Counsel for State Defendants-Appellants*;

164. Jaffe, Erik S., *Counsel for State Defendants-Appellants*;

165. Jahangiri, Mahroh, *Counsel for Plaintiffs-Appellees*;

166. Jaikumar, Arjun, *Counsel for Plaintiffs-Appellees*;

167. JAMES BATES BRANNAN GROOVER LLP, *Counsel for Defendant*;

168. JARRARD & DAVIS, LLP, *Counsel for Defendant*;

169. Jasrasaria, Jyoti, *Counsel for Plaintiffs-Appellees*;

170. Jaugstetter, Patrick, *Counsel for Defendant*;

171. Jedreski, Matthew, *Counsel for Plaintiffs-Appellees*;

172. Jester, Alfred, *Defendant*;

173. Jester, Nancy, *Defendant*;

174. Jhaveri, Sejal, *Counsel for Plaintiffs-Appellees*;

175. Johnson, Aaron, *Defendant*;

176. Johnson, Ben, *Defendant*;

No. 23-13085

*In Re: Georgia Senate Bill 202*

177.   Johnson, Darlene, *Defendant*;

178.   Johnson, Melinda, *Counsel for Plaintiffs-Appellees*;

179.   Johnston, Janice, *State Defendant*;

180.   Joiner, Amelia, *Counsel for Defendant*;

181.   Kanu, Nkechi, *Counsel for Plaintiffs-Appellees*;

182.   Kaplan, Mike, *Defendant*;

183.   KASTORF LAW, LLC, *Counsel for Plaintiffs-Appellees*;

184.   Kastorf, Kurt, *Counsel for Plaintiffs-Appellees*;

185.   Kaufman, Alex, *Counsel for Intervenor-Defendants-Appellants*;

186.   KEKER VAN NEST & PETERS LLP, *Counsel for Plaintiffs-Appellees*;

187.   Kemp, Brian, Governor of the State of Georgia, *State Defendant-
       Appellant;*

188.   Kennedy, David, *Defendant*;

189.   Kennedy, Kate, *Counsel for Plaintiffs-Appellees*;

190.   Keogh, William, *Counsel for Defendant*;

191.   Khan, Sabrina, *Counsel for Plaintiffs-Appellees*;

192.   Kim, Danielle, *Counsel for Plaintiffs-Appellees*;

193.   Kingsolver, Justin, *Counsel for Plaintiffs-Appellees*;

194.   Klein, Spencer, *Counsel for Plaintiffs-Appellees*;

No. 23-13085

*In Re: Georgia Senate Bill 202*

195.   Knapp, Halsey, *Counsel for Plaintiffs-Appellees*;

196.   Koorji, Alaizah, *Counsel for Plaintiffs-Appellees*;

197.   KREVOLIN & HORST, LLC, *Counsel for Plaintiffs-Appellees*;

198.   Kucharz, Kevin, *Counsel for Defendant*;

199.   Lakin, Sophia, *Counsel for Plaintiffs-Appellees*;

200.   Lam, Leo, *Counsel for Plaintiffs-Appellees*;

201.   Lang, Antan, *Defendant*;

202.   LaRoss, Diane, *Counsel for State Defendants-Appellants*;

203.   Latino Community Fund of Georgia, *Plaintiff-Appellee*;

204.   Lauridsen, Adam, *Counsel for Plaintiffs-Appellees*;

205.   LAW OFFICE OF GERALD R WEBER, LLC, *Counsel for Plaintiffs-Appellees*;

206.   Lawyers' Committee for Civil Rights Under Law, *Counsel for Plaintiffs-Appellees*;

207.   League of Women Voters of Georgia, Inc., *Plaintiff-Appellee*;

208.   Leung, Kimberly, *Counsel for Plaintiffs-Appellees*;

209.   Lewis, Anthony, *Defendant*;

210.   Lewis, Joyce, *Counsel for Plaintiffs-Appellees*;

211.   Lin, Stephanie, *Counsel for Plaintiffs-Appellees*;

No. 23-13085
*In Re: Georgia Senate Bill 202*

212.  Lindsey, Edward, *State Defendant*;

213.  Lower Muskogee Creek Tribe, *Plaintiff-Appellee*;

214.  Lowman, David, *Counsel for Defendant*;

215.  Ludwig, Jordan, *Counsel for Plaintiffs-Appellees*;

216.  Luth, Barbara, *Defendant*;

217.  Ma, Eileen, *Counsel for Plaintiffs-Appellees*;

218.  Mack, Rachel, *Counsel for Defendant*;

219.  Macon-Bibb County Board of Elections, *Defendant*;

220.  Mahoney, Thomas, *Defendant*;

221.  Manifold, Zach, *Defendant*;

222.  Martin, Grace Simms, *Counsel for Defendants*;

223.  Mashburn, Matthew, *State Defendant-Appellant*;

224.  May, Caitlin, *Counsel for Plaintiffs-Appellees*;

225.  Maynard, Darius*, Former Defendant*;

226.  McAdams, Issac, *Defendant*;

227.  McCandless, Spencer, *Counsel for Plaintiffs-Appellees*;

228.  McCarthy, Thomas, *Counsel for Intervenor-Defendants-Appellants*;

229.  McClain, Roy, *Defendant*;

230.  McCord, Catherine, *Counsel for Plaintiffs-Appellees*;

No. 23-13085
*In Re: Georgia Senate Bill 202*

231.  McFalls, Tim, *Defendant*;

232.  McFarland, Ernest, *Counsel for Plaintiffs-Appellees*;

233.  McGowan, Charlene, *Counsel for State Defendants-Appellants*;

234.  Mcrae, Colin, *Defendant*;

235.  Melcher, Molly, *Counsel for Plaintiffs-Appellees*;

236.  Metropolitan Atlanta Baptist Ministers Union, Inc., *Plaintiff-Appellee*;

237.  Miller, Nicholas, *Counsel for State Defendants-Appellants*;

238.  Milord, Sandy, *Counsel for Defendant*;

239.  Minnis, Terry, *Counsel for Plaintiffs-Appellees*;

240.  Mizner, Susan, *Counsel for Plaintiffs-Appellees*;

241.  Mocine-McQueen, Marcos, *Counsel for Plaintiffs-Appellees*;

242.  Momo, Shelley, *Counsel for Defendant*;

243.  Morrison, Tina, *Counsel for Plaintiffs-Appellees*;

244.  Mosbacher, Jennifer, *Defendant*;

245.  Motter, Susan, *Defendant*;

246.  Murchie, Laura, *Counsel for Plaintiffs-Appellees*;

247.  Murray, Karen, *Defendant*;

248.  NAACP Legal Defense and Education Fund, Inc., *Counsel for Plaintiffs-Appellees*;

No. 23-13085
*In Re: Georgia Senate Bill 202*

249.  National Republican Congressional Committee, *Intervenor-Defendant-Appellant*;

250.  National  Republican Senatorial Committee, *Intervenor-Defendant-Appellant;*

251.  Natt, Joel, *Defendant*;

252.  Nemeth, Miriam, *Counsel for Plaintiffs-Appellees*;

253.  Nercessian, Armen, *Counsel for Plaintiffs-Appellees*;

254.  Newland, James, *Defendant*;

255.  Nguyen, Candice, *Counsel for Plaintiffs-Appellees*;

256.  Nguyen, Phi, *Counsel for Plaintiffs-Appellees*;

257.  Nkwonta, Uzoma, *Counsel for Plaintiffs-Appellees*;

258.  Noa, Jack, *Defendant*;

259.  NOLAND LAW FIRM, LLC, *Counsel for Defendants;*

260.  Noland, William H., *Counsel for Defendant*s;

261.  Norris, Cameron, *Counsel for Intervenor-Defendants-Appellants*;

262.  Norse, William, *Defendant*;

263.  Nwachukwu, Jennifer, *Counsel for Plaintiffs-Appellees*;

264.  O'Brien, James, *Defendant*;

265.  O'Connor, Eileen, *Counsel for Plaintiffs-Appellees*;

No. 23-13085
*In Re: Georgia Senate Bill 202*

266.  O'Lenick, Alice, *Defendant*;

267.  Olm, Rylee, *Counsel for Plaintiffs-Appellees*;

268.  Oxford, Neil, *Counsel for Plaintiffs-Appellees*;

269.  Paik, Steven, *Plaintiff-Appellee*;

270.  Pant, Shontee, *Counsel for Plaintiffs-Appellees*;

271.  Paradise, Loree, *Counsel for State Defendants-Appellants*;

272.  Parker, Warrington, *Counsel for Plaintiffs-Appellees*;

273.  Pelletier, Susan, *Counsel for Plaintiffs-Appellees*;

274.  Porter, Megan, *Counsel for Plaintiffs-Appellees*;

275.  Powell, Laura, *Counsel for Plaintiffs-Appellees*;

276.  Prince, Joshua, *Counsel for State Defendants-Appellants*;

277.  Pulgram, Laurence, *Counsel for Plaintiffs-Appellees*;

278.  Pullar, Patricia, *Defendant*;

279.  Qadir, Hunaid, *Defendant*;

280.  Radzikinas, Carla, *Defendant*;

281.  Raffensperger, Brad, Secretary of State of Georgia, *State Defendant-Appellant*;

282.  Raffle, Rocky, *Defendant*;

283.  Ramahi, Zainab, *Counsel for Plaintiffs-Appellees*;

No. 23-13085

*In Re: Georgia Senate Bill 202*

284. Rich, James, *Counsel for Plaintiffs-Appellees*;

285. Richardson, Jasmyn, *Counsel for Plaintiffs-Appellees*;

286. Richmond County Board of Elections, *Defendant*;

287. Ringer, Cheryl, *Counsel for Defendant*;

288. Rise, Inc., *Plaintiff-Appellee*;

289. Rodriguez, Anthony, *Defendant*;

290. Rosborough, Davin, *Counsel for Plaintiffs-Appellees*;

291. Rosenberg, Ezra, *Counsel for Plaintiffs-Appellees*;

292. Rosenberg, Steven, *Counsel for Defendant*;

293. Russ, John, *Counsel for Plaintiffs-Appellees*;

294. Ruth, Kathleen, *Defendant*;

295. Ryan, Elizabeth, *Counsel for Plaintiffs-Appellees*;

296. Sabzevari, Arash, *Counsel for Defendant*;

297. Sachdeva, Niharika, *Counsel for Plaintiffs-Appellees*;

298. Schaerr, Gene C., *Counsel for State Defendants-Appellants*;

299. SCHAERR|JAFFE, LLP, *Counsel for State Defendants-Appellants*;

300. Scott, William, *Counsel for Defendant*;

301. Seals, Veronica, *Defendant*;

302. Segarra, Esperanza, *Counsel for Plaintiffs-Appellees*;

No. 23-13085

*In Re: Georgia Senate Bill 202*

303. Sells, Bryan, *Counsel for Plaintiffs-Appellees*;

304. Shah, Niyati, *Counsel for Plaintiffs-Appellees*;

305. Sheats, Gala, *Defendant*;

306. Shelly, Jacob, *Counsel for Plaintiffs-Appellees*;

307. Shirley, Adam, *Defendant*;

308. Sieff, Adam, *Counsel for Plaintiffs-Appellees*;

309. Silas, Tori, *Defendant*;

310. Sixth District of the African Methodist Episcopal Church, *Plaintiff-Appellee*;

311. Smith, Casey, *Counsel for Plaintiffs-Appellees*;

312. Smith, Dele, *Defendant*;

313. Smith, Mandi, *Defendant*;

314. Solh, Chavira, *Counsel for Plaintiffs-Appellees*;

315. Solomon, Elbert, *Plaintiff-Appellee*;

316. Sosebee, Charlotte, *Defendant*;

317. Southern Poverty Law Center, *Counsel for Plaintiffs-Appellees*;

318. Sowell, Gregory, *Counsel for Defendant*;

319. Spangler, Herbert, *Former Defendant*;

320. Sparks, Adam, *Counsel for Plaintiffs-Appellees*;

No. 23-13085

*In Re: Georgia Senate Bill 202*

321.  Squiers, Cristina, *Counsel for State Defendants-Appellants*;

322.  State of Georgia, *State Defendant-Appellant;*

323.  STEWART MELVIN & FROST, LLP, *Counsel for Defendant*;

324.  Strawbridge, Patrick, *Counsel for Intervenor-Defendants-Appellants*;

325.  Sumner, Stuart, *Counsel for Intervenor-Defendants-Appellants*;

326.  Sung, Connie, *Counsel for Plaintiffs-Appellees*;

327.  Swift, Karli, *Defendant*;

328.  Szilagyi, Heather, *Counsel for Plaintiffs-Appellees*;

329.  Tatum, Tobias, *Counsel for State Defendants-Appellants*;

330.  TAYLOR ENGLISH DUMA LLP, *Counsel for State Defendants-Appellants*;

331.  Taylor, Wandy, *Defendant*;

332.  Thatte, Anuja, *Counsel for Plaintiffs-Appellees*;

333.  The ACLU Foundation Disability Rights Program, *Counsel for Plaintiffs-Appellees*;

334.  The Arc of the United States, *Plaintiff-Appellee*;

335.  The Concerned Black Clergy of Metropolitan Atlanta, Inc., *Plaintiff-Appellee*;

336.  The Georgia State Election Board, *State Defendant*;

337.  The Justice Initiative, Inc., *Plaintiff-Appellee*;

No. 23-13085
*In Re: Georgia Senate Bill 202*

338. THE LAW OFFICE OF BRYAN L. SELLS, LLC, *Counsel for Plaintiffs-Appellees*;

339. The New Georgia Project, *Plaintiff-Appellee*;

340. The Republican National Committee, *Intervenor-Defendant-Appellant*;

341. The Urban League of Greater Atlanta, Inc., *Plaintiff-Appellee*;

342. Thomas, Ethan, *Counsel for Plaintiffs-Appellees*;

343. Thompson, Grace, *Counsel for Plaintiffs-Appellees*;

344. Till, Ann, *Defendant*;

345. Topaz, Jonathan, *Counsel for Plaintiffs-Appellees*;

346. Trent, Edward, *Counsel for State Defendants-Appellants*;

347. Tucker, William, *Counsel for Plaintiffs-Appellees*;

348. Tyson, Bryan, *Counsel for State Defendants-Appellants*;

349. Uddullah, Angelina, *Plaintiff-Appellee*;

350. Unger, Jess, *Counsel for Plaintiffs-Appellees*;

351. United States Department of Justice, *Counsel for Plaintiffs-Appellees*;

352. United States of America, *Plaintiff-Appellee*;

353. Van Stephens, Michael, *Counsel for Defendant*;

354. Vander Els, Irene, *Counsel for Defendant*;

355. Varghese, George, *Counsel for Plaintiffs-Appellees*;

No. 23-13085

*In Re: Georgia Senate Bill 202*

356.  Varner, Johnny, *Defendant*;

357.  Vasquez, Jorge, *Counsel for Plaintiffs-Appellees*;

358.  Vaughan, Elizabeth, *Counsel for State Defendants-Appellants*;

359.  Waite, Tristen, *Counsel for Defendant*;

360.  Wang, Emily, *Counsel for Plaintiffs-Appellees*;

361.  Ward-Packard, Samuel, *Counsel for Plaintiffs-Appellees*;

362.  Wardenski, Joseph, *Counsel for Plaintiffs-Appellees*;

363.  Watson, Jeanetta R., *Former Defendant*;

364.  Webb, Brian K., *Counsel for State Defendants-Appellants*;

365.  Weber, Gerald, *Counsel for Plaintiffs-Appellees*;

366.  Weigel, Daniel, *Counsel for State Defendants-Appellants*;

367.  Wesley, Carol, *Defendant*;

368.  White, Daniel, *Counsel for Defendant*;

369.  White, William, *Counsel for Intervenor-Defendants-Appellants*;

370.  Wiggins, Larry, *Defendant*;

371.  Wilberforce, Nana, *Counsel for Plaintiffs-Appellees*;

372.  Wilborn, Eric, *Counsel for Defendant*;

373.  Willard, Russell D., *Counsel for State Defendants-Appellants*;

374.  Williams, Gilda, *Counsel for Plaintiffs-Appellees*;

375. Williams, Tuwanda, *Counsel for Defendant*;

376. WILMER CUTLER PICKERING HALE AND DORR LLP, *Counsel for Plaintiffs- Appellees*;

377. Wilson, Jacob C., *Counsel for Defendants*;

378. Wilson, Melanie, *Counsel for Defendant*;

379. Wingate, Mark, *Defendant*;

380. Winichakul, Pichaya, *Counsel for Plaintiffs-Appellees*;

381. Women Watch Afrika, *Plaintiff-Appellee*;

382. Woodfin, Conor, *Counsel for Intervenor-Defendants-Appellants*;

383. Woolard, Cathy, *Defendant*;

384. Wurtz, Lori, *Defendant*;

385. Yoon, Meredyth, *Counsel for Plaintiffs-Appellees*;

386. Young, Sean, *Counsel for Plaintiffs-Appellees*; and

387. Zatz, Clifford, *Counsel for Plaintiffs-Appellees*.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, State Defendants-Appellants state that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

## TIME SENSITIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION

State Defendants-Appellants the State of Georgia, Governor of Georgia, Georgia Secretary of State, Georgia State Election Board, Matthew Mashburn, Sara Tindall Ghazal, Edward Lindsey, Janice W. Johnston, William S. Duffey, Jr. and District Attorney for Dougherty County, and Intervenors-Appellants Georgia Republican Party, Inc., National Republican Congressional Committee, National Republican Senatorial Committee and Republican National Committee respectfully move this Court for a two-week extension of time to respond to the Motion to Dismiss Appeal for Lack of Jurisdiction filed October 13, 2023. We respectfully request that the new due date for the response to the Motion be November 6, 2023, and, if this Motion for an Extension is granted, that the time for Plaintiffs/Appellees/Cross-Appellants ("Appellees") to file their reply in support of their motion be extended to November 21, 2023.

Appellees do not oppose State Defendants and Intervenors-Appellants' ("Appellants") request to extend the date for filing an Opposition to the Motion To Dismiss for Lack of Jurisdiction (ECF No. 70) from October 23 to November 6, 2023 conditioned, as Appellants have agreed, upon (i) Appellees' date for filing their Reply in support of the Motion to Dismiss will be extended to November 21, 2023, and (ii) all Appellants will file their Opening Brief in this appeal on November 30, 2023, and without requests for further extension.

**Immediate relief is necessary** because State Defendants-Appellants' response is currently due Monday, October 26, 2023

As explained below, good cause exists to grant this motion.

This is an appeal from a preliminary injunction barring enforcement of a provision of Georgia law that requires a voter returning an absentee ballot to print his or her date of birth on the outer oath envelope, O.G.C.A. § 21-2-385(a), and requires the county registrar or clerk to reject ballots where the outer envelope lacks a birthdate or the birthdate does not match the information in the voter's registration record, *id.* § 21-2-386(a)(1)(C). *See* Order, *In re Senate Bill 202*, No. 1:21-mi-55555-JPB, ECF No. 613 (Aug. 18, 2023).

Appellants filed their appeals from the district court's preliminary injunction on September 18, 2023. ECF Nos. 1 & 2. Nearly a month later, on October 13, 2023, Appellees filed their Motion to Dismiss Appeal for Lack of Jurisdiction, ECF No. 70.

Responding to that dispositive motion will require substantial effort and resources. Appellants seek an extension of time to respond to the motion to dismiss because of conflicting obligations in this case in the district court. In particular, on October 30, Appellants will be filing seven motions for summary judgment totaling nearly 300 pages, along with a statement of undisputed facts of up to one thousand paragraphs. The district court order setting the summary judgment schedule is attached as Exhibit 1 to the Falk Declaration. That order adopted the parties' joint proposal as to the consolidated statements of facts, *see* Falk Dec. Ex. 2, at 4, and adopted the State Defendants' proposal for the structure of the motions, *see id.* at 8–9. The court recently extended the time to file the motions for summary judgment to October 30. *See* Falk Dec. Ex. 3.

2

Preparing the summary judgment motions in this consolidated case is an enormous task. An extension of time is necessary so that Appellants can provide this Court with adequate briefing on the jurisdictional issues raised by Appellees' motion.

No party will be prejudiced by the grant of this extension. In addition to the motion to dismiss the appeal, a motion to consolidate is pending, and this Court has also issued a jurisdictional question for the parties to address. And Appellants have agreed to submit their opening briefs on the merits no later than November 30.

## CONCLUSION

State Defendants-Appellants and Intervenor-Appellants request that their time to respond to the Motion to Dismiss for Lack of Jurisdiction be extended to November 6, 2023, and that the time for Plaintiffs/Appellees/Cross-Appellants ("Appellees") to file their reply in support of their motion be extended to November 21, 2023.

October 18, 2023

Respectfully submitted,

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Gene C. Schaerr*
Gene C. Schaerr
*Special Assistant Attorney General*
Donald M. Falk
Brian J. Field
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
dfalk@schaerr-jaffe.com
bfield@schaerr-jaffe.com

Bryan P. Tyson
*Special Assistant Attorney General*
Bryan F. Jacoutot
Diane Festin LaRoss
Donald P. Boyle, Jr.
Daniel H. Weigel
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
(678) 336-7197
btyson@taylorenglish.com
bjacoutot@taylorenglish.com
dlaross@taylorenglish.com
dboyle@taylorenglish.com
dweigel@taylorenglish.com

*Counsel for State*
*Defendants-Appellants*

4

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548

Gilbert C. Dickey
Conor D. Woodfin*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

William Bradley Carver, Sr.
Baxter D. Drennon
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
*Application for admission forthcoming

*Counsel for Intervenor-Defendants-Appellants*

**CERTIFICATE OF COMPLIANCE**

The foregoing motion complies with the type volume limitation of Fed. R. App. P. 27(d)(2) because it contains 672 words.

This opposition also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Gene C. Schaerr*
Gene C. Schaerr

No. 23-13085

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

IN RE GEORGIA SENATE BILL 202

On Appeal from the United States District Court
for the Northern District of Georgia, Atlanta Division
No. 1:22-mi-55555-JPB

## DECLARATION OF DONALD M. FALK

I, Donald M. Falk, declare under penalty of perjury that the following statements are true and accurate to the best of my knowledge:

1.    Attached as Exhibit 1 is a true and correct copy of an order of the district court in *In re Senate Bill 202*, No. 1:21-mi-55555-JPB, ECF No. 580 (June 16, 2023).

2.    Attached as Exhibit 2 is a true and correct copy of the status report referenced in that order, *In re Senate Bill 202*, No. 1:21-mi-55555-JPB, ECF No. 571 (June 2, 2023).

3.    Attached as Exhibit 3 is a true and correct copy of the electronic notification of an unnumbered docket entry in *In re Senate Bill 202*, No. 1:21-mi-55555-JPB (Oct. 4, 2023).

4.    On October 17 and 18, 2023, I communicated with Plaintiffs-Appellees' counsel, Laurence Pulgram, by telephone and email.   Mr.

Pulgram informed me that Plaintiffs-Appellees do not oppose an extension of time to November 6 to respond to the motion to dismiss for lack of jurisdiction, and requested inclusion of this language, which appears in the Motion for an Extension:

Plaintiffs/Appellees/Cross-Appellants ("Appellees") do not oppose State Defendants and Intervenors/Appellants' ("Appellants") request to extend the date for filing an Opposition to the Motion To Dismiss for Lack of Jurisdiction (ECF 70) from October 23 to November 6, 2023 conditioned, as Appellants have agreed, upon (i) Appellees' date for filing their Reply in support of the Motion to Dismiss will be extended to November 21, 2023, and (ii) all Appellants will file their Opening Brief in this appeal on November 30, 2023, and without requests for further extension.

5.     On October 18, 2023, Conor Woodfin, counsel for Intervenor-Appellants, informed me that Intervenor-Appellants wish to join this

motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and accurate to the best of my knowledge, information, and belief.

October 18, 2023

Donald M. Falk

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: GEORGIA SENATE BILL 202

No. 1:21-MI-55555-JPB
ALL CASES

## ORDER

This matter is before the Court on the parties' Joint Status Report and Proposals Regarding Summary Judgment [Doc. 571]. The Joint Status Report addressed the timing for the summary judgment briefing, the topics for the summary judgment briefing and the structure of the motions for summary judgment.

**1.   Timing**

As to the timing of the motions for summary judgment, the parties' proposals are reasonable. As such, the following deadlines shall apply:

| Event | Deadline |
|---|---|
| Motions for Summary Judgment | Nine weeks after the last reply brief is filed relating to the pending motions for preliminary injunction |
| Oppositions to Motions for Summary Judgment | Eight weeks after the motions for summary judgment are filed |
| Reply Briefs in Support of Motions for Summary Judgment | Ten weeks after the oppositions to the motions for summary judgment are filed |

2.   **Structure**

The parties' agreement as to the filing of a consolidated set of facts is

**APPROVED** and fully incorporated herein.  As to the manner of presenting the

motions to the Court, the Court finds that State Defendants' Proposal advances this

litigation in the most efficient manner.  As such, State Defendants' Proposal is

**ADOPTED** and fully incorporated herein.  Intervenor Defendants' Proposal is also

**ADOPTED** and fully incorporated herein.

**SO ORDERED** this 16th day of June, 2023.

J. P. BOULEE
United States District Judge

# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.<br><br>1:21-MI-55555-JPB |

## JOINT STATUS REPORT AND PROPOSALS REGARDING SUMMARY JUDGMENT

Pursuant to the Court's March 17, 2023 Order (Doc. 496) and May 25, 2023 Docket Entry, the Consolidated Plaintiffs, State Defendants, and Intervenor Defendants submit the following status report and proposals regarding summary judgment briefing.

**1.  Timing for Summary Judgment Briefing and Any Remaining Motions for Preliminary Injunction Related to the 2024 Election**

Because the Plaintiffs have filed motions for preliminary injunction seeking relief in advance of the 2024 election (*see* Doc. Nos. 535, 537, 546, 547, 548 & 566), the parties propose that motions for summary judgment be due after the briefing for the motions for preliminary injunction is complete.  Accordingly, the Consolidated Plaintiffs, State Defendants, and Intervenor Defendants propose the following schedule for summary judgment motions:

| Event | Deadline |
|---|---|
| Filing any other motions for preliminary injunction seeking to affect the 2024 election | June 9, 2023 |
| Motions for summary judgment | 9 weeks after the last reply brief is filed relating to motions for preliminary injunction* |
| Oppositions to motions for summary judgment | 8 weeks after motions for summary judgment are filed |
| Reply briefs in support of motions for summary judgment | Plaintiffs propose that reply briefs be due 6 weeks after oppositions to the motions for summary judgment are filed.<br><br>State Defendants propose that reply briefs be due 10 weeks after oppositions to the motions for summary judgment are filed.** |

\* State Defendants and Intervenor Defendants reserve the right to seek to amend the deadline to file motions for summary judgment if the Court schedules hearing(s) on the motions for preliminary injunction.

** Considering that State Defendants will be filing at least six separate reply briefs, they do not believe it is feasible to complete that task in just 6 weeks. Indeed, even 10 weeks will be an ambitious schedule for that many briefs.

### 2.    Topics for Summary Judgment

The Consolidated Plaintiffs will not file a motion for summary judgment on any of their claims that arise under Section 2 of the Voting Rights Act, 52 U.S.C. § 10301 or that allege that Senate Bill 202 was filed with the intent to discriminate in violation of the Fourteenth and Fifteenth Amendments to the United States Constitution.[1]  If any of the Consolidated Plaintiffs file a motion for summary judgment, they will file a single, joint motion on one claim.

State Defendants plan to file motions for summary judgment on the claims in each consolidated case, including jurisdictional issues where appropriate. State Defendants propose separate briefing on jurisdiction and by topic, as discussed below.

The Intervenor Defendants plan to seek summary judgment on all claims. To avoid duplicative briefing, the Intervenor Defendants intend to join as much of the State Defendants' briefing as possible, and may file a single brief for all cases addressing key issues for the Court to resolve on summary judgment.

---

[1]   Due to the typically fact-intensive nature of intent and other claims, Plaintiffs maintain that summary judgment is not the appropriate vehicle to resolve these claims given the record developed here.  *See, e.g.*, *Hunt v. Cromartie*, 526 U.S. 541, 549 (1999) (finding that a legislature's "motivation is itself a factual question").  State Defendants disagree with Plaintiffs' suggestion, as they will demonstrate in their forthcoming motion for summary judgment.

3

**3.      Structure of Motions for Summary Judgment**

Pursuant to the Court's March 17, 2023 Order (Doc. 496), the parties

discussed various options for the most efficient way to present summary judgment

motions.  The parties reached agreement on the filing of consolidated sets of facts,

but not on the structure of the motions.  Accordingly, the parties propose that they

file consolidated statements of facts that will pertain to all cases as follows:

- State Defendants and Intervenor Defendants will file one statement of material facts in support of their summary judgment motions, pursuant to LR 56.1(B)(1), limited to 1,000 paragraphs.

- Consolidated Plaintiffs will file one statement of material facts in support of their summary judgment motion, pursuant to LR 56.1(B)(1), limited to 1,000 paragraphs.

- State Defendants and Intervenor Defendants will file one statement of additional facts, pursuant to LR 56.1(B)(2)(b), limited to 1,000 paragraphs.

- Consolidated Plaintiffs will file one statement of additional facts, pursuant to LR 56.1(B)(2)(b), limited to 1,000 paragraphs.

The parties were unable to reach agreement on the most efficient way to present

the motions and each present their proposals below.

### a.      Consolidated Plaintiffs' Proposal

The Consolidated Plaintiffs propose that one motion for summary judgment may be submitted per side in each of the six cases, addressing all relevant issues in that case (including any jurisdictional issues), but the parties may incorporate by reference arguments made in other motions so as to eliminate duplication.  This structure will result in six motions filed by the Defendants (one per case) and, as noted above, at most, one motion filed by the Consolidated Plaintiffs.

Dividing the motions for summary judgment by case, and allowing for parts of other briefs to be incorporated by reference, is the most appropriate and efficient structure for several reasons.  First, separating the challenged provisions into different motions does not allow for proper consideration of the Plaintiffs' claims under Section 2 of the Voting Rights Act, 52 U.S.C. § 10301 or the Fourteenth and Fifteenth Amendments to the United States Constitution, which requires a consideration of the "totality of circumstances."  52 U.S.C. § 10301(b). To succeed under Section 2, "Plaintiffs must either prove [discriminatory] intent, or, alternatively, must show that the challenged system or practice, in the context of *all the circumstances in the jurisdiction in question*, results in minorities being denied equal access to the political process." *Chisom v. Roemer*, 501 U.S. 380, 394 n.21 (1991) (emphasis added) (quoting S. Rep. No. 97-417, at 27 (1982)); *see also*

*United States v. Georgia*, 574 F. Supp. 3d 1245, 1251 (N.D. Ga. 2021) (quoting

*Chisom*, 501 U.S. at 394 n.21).  Here, the Plaintiffs allege that the challenged

provisions, both standing alone and taken together, bear more heavily on minority

voters as a group than on white voters—an important starting point for an intent

inquiry.  *See Village of Arlington Heights v. Metro. Hous. Dev. Corp.*, 429 U.S.

252, 266 (1977); *Clingman v. Beaver*, 544 U.S. 581, 607-08 (2005) ("A panoply of

regulations, each apparently defensible when considered alone, may nevertheless

have the combined effect of severely restricting participation and competition.")

(O'Connor, J., concurring in part and concurring in the judgment).

Second, the State Defendants have indicated that they desire to file a single

combined jurisdictional motion spanning all cases.  Any motion challenging the

standing of a plaintiff will, by necessity, be very fact-specific and case-

specific.  *See Friends of the Earth, Inc. v. Laidlaw Env't Servs. (TOC), Inc.*, 528

U.S. 167, 180-81 (2000) (requirements needed to establish standing under Article

III of the United States Constitution).  Having one summary judgment motion per

case, and including in it any jurisdictional issues, would allow for the plaintiffs in

each separate case to address their own, specific facts in conjunction with the

merits of their claims.  The combined briefing across cases that Defendants request

would require duplicating facts for each of the dozens of Plaintiffs across numerous separate briefs for standing and for other issues.

Third, keeping motions for summary judgment assigned by case will aid in the administration of the cases.  Once the Court issues decisions in each case, it will be clear which plaintiffs and/or which claims have been decided and which remain.

### b.   State Defendants' Proposal

State Defendants propose that the parties file summary-judgment motions divided by challenged provision of SB 202, rather than motions separated by case. State Defendants maintain that this structure will reduce the inefficiency of discussing the same challenged provision in multiple motions, as there is substantial overlap in challenged provisions across the various cases.

**Jurisdictional Motion**

State Defendants propose a single, omnibus jurisdictional motion for any jurisdictional issues in the six cases that were consolidated for discovery that would specify each plaintiff group and case to which it applied. State Defendants anticipate this brief would need to be no longer than 75 pages. A similar jurisdiction-only motion assisted with the resolution of *Fair Fight Action, Inc. v. Raffensperger*, No. 1:18-CV-5391-SCJ, 2021 U.S. Dist. LEXIS 261570, at *16

(N.D. Ga. Feb. 16, 2021). Having a single jurisdictional motion reduces the overall number of motions the Court must resolve, especially when the legal issues of standing and mootness will largely be the same across cases. Unlike the merits, which have different factual and legal issues cutting across the various cases, issues of jurisdiction will largely overlap.

**Merits Motions**

State Defendants propose six separate merits motions, divided primarily by challenged provisions, as follows, with the proposed number of pages:

(1)    Summary judgment on challenges to the prohibition on providing things of value to voters in line (25 pages);

(2)    Summary judgment on challenges to absentee-ballot provisions (e.g., pre-filling prohibition; anti-duplication provision; disclaimer provision; ban on government entities mailing unsolicited applications; limitations on who may handle applications; and identification and signature requirements) (75 pages);

(3)    Summary judgment on challenges to rules governing drop boxes and mobile voting units (25 pages);

(4)    Summary judgment on challenges to changes in timing (e.g., timing for federal runoff elections; provisions for early voting times; and the deadlines for requesting, mailing, and submitting absentee-ballot applications) (35 pages);

(5)     Summary judgment on intentional discrimination claims (35 pages); and

(6)     Summary judgment on various other provisions, including the rules governing out of precinct provisional voting, voter challenges, and the SEB's power to suspend local election superintendents (25 pages).

State Defendants believe that dividing the motions by topic, while not completely avoiding duplication, is the most efficient way to deal with the common and overlapping facts across the six cases. For example, while different Plaintiff groups challenge the prohibition on providing things of value to voters in line on differing legal theories, the facts to which those different legal theories would apply are the same. Instead of having to restate those facts or create a complicated cross-referencing chart to track legal arguments and facts across multiple motions, dividing by topic allows the least amount of overall duplication—stating a common set of facts, then applying each legal theory from the various cases to those facts.

In a similar broad-based challenge to Georgia election laws following the 2018 election, the Court concluded that, while it ordinarily preferred "to link its conclusions to causes of action, as delineated in the Complaint"; "due to the nature of this case, it is impractical to follow this preferred practice. To this regard, the

9

Court's analysis and conclusion address claims, more so than causes of action."

*Fair Fight Action, Inc. v. Brad Raffensperger*, No. 1:18-CV-5391-SCJ, 2021 U.S.

Dist. LEXIS 261570, at *80 n.34 (N.D. Ga. Feb. 16, 2021). State Defendants

submit that a similar process of focusing on claims instead of causes of action fits

here.

**Hearing**

State Defendants also propose that the Court hold a hearing or status

conference regarding the best path forward on the upcoming motions to allow full

discussion of the best options for moving this case toward a resolution on the

merits.

### c.    Intervenor Defendants' Proposal

Intervenor Defendants agree with the State Defendants' proposed briefing

structure but, as a different party with different interests, believe that a different

structure of briefing from Intervenors may better aid the Court. Consistent with

their pledge to reduce duplicative briefing, Intervenors request permission to file:

(1) a single 60-page brief in support of summary judgment for all cases, (2) a

single 30-page reply in support of summary judgment, and (3) a single response to

Plaintiffs' consolidated summary judgment motions, with a page limit equal to the

page limit of Plaintiffs' motions.

Date:  June 2, 2023

Respectfully submitted,

RYAN K. BUCHANAN
United States Attorney
Northern District of Georgia

/s/ *Aileen Bell Hughes*
AILEEN BELL HUGHES
Georgia Bar No. 375505
Assistant U.S. Attorney
Office of the United States Attorney
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
Phone: (404) 581-6000
Fax: (404) 581-6181

ELISE BODDIE
Principal Deputy Assistant
Attorney General

/s/ *Maura Eileen O'Connor*
T. CHRISTIAN HERREN, JR.
JOHN A. RUSS IV
JASMYN G. RICHARDSON
RACHEL R. EVANS
ERNEST A. MCFARLAND
MAURA EILEEN O'CONNOR
ELIZABETH M. RYAN
SEJAL JHAVERI
J. ERIC RICH
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.139
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
jasmyn.richardson@usdoj.gov

*Counsel for Plaintiff United States*

Christopher M. Carr
Attorney General
Georgia Bar No. 112505

Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Elizabeth Vaughan
Assistant Attorney General
Georgia Bar No. 7627156
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

Gene C. Schaerr*
Special Assistant Attorney General
Erik Jaffe*
H. Christopher Bartolomucci*
Donald M. Falk*
Brian J. Field*
Cristina Martinez Squiers*
Edward H. Trent*
Nicholas P. Miller*
Joshua J. Prince*
Annika Boone Barkdull*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
*Admitted pro hac vice

*/s/Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272

12

bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Donald P. Boyle, Jr.
Georgia Bar No. 073519
dboyle@taylorenglish.com
Deborah A. Ausburn
Georgia Bar No. 028610
dausburn@taylorenglish.com
Daniel H. Weigel
Georgia Bar No. 956419
dweigel@taylorenglish.com
Tobias C. Tatum, Sr.
Georgia Bar No. 307104
ttatum@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*

*/s/ William Bradley Carver*
JOHN E. HALL, JR.
WILLIAM BRADLEY CARVER, SR.
BAXTER D. DRENNON
JAKE EVANS
Hall Booth Smith, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000

CAMERON T. NORRIS*
GILBERT C. DICKEY*
TYLER R. GREEN*

13

Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-9423

*admitted pro hac vice

*Counsel for Intervenor Defendants*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)

Pursuant to Local Rule 7.1(D), I certify that the foregoing document was

prepared in Times New Roman 14-point font in compliance with Local

Rule 5.1(C).

*/s/ Maura Eileen O'Connor*
Maura Eileen O'Connor
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Maura Eileen O'Connor*
Maura Eileen O'Connor
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice

# EXHIBIT 3

**Wednesday, October 18, 2023 at 11:16:30 Pacific Daylight Time**

---

**Subject:** Activity in Case 1:21-mi-55555-JPB IN RE GEORGIA SENATE BILL 202 Order on Motion for Extension of Time

**Date:** Wednesday, October 4, 2023 at 11:11:35 AM Pacific Daylight Time

**From:** ganddb_efile_notice@gand.uscourts.gov

**To:** CourtMail@gand.uscourts.gov

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Northern District of Georgia**

**Notice of Electronic Filing**

The following transaction was entered on 10/4/2023 at 2:10 PM EDT and filed on 10/4/2023

**Case Name:**      IN RE GEORGIA SENATE BILL 202

**Case Number:**    1:21-mi-55555-JPB

**Filer:**

**Document Number:** No document attached

**Docket Text:**
<span style="color:blue">**ORDER: The [663] Motion for Extension of Time is GRANTED IN PART. IT IS HEREBY ORDERED that State Defendants' deadline for filing their motions for summary judgment is extended through October 30, 2023. The Court is willing to grant Plaintiffs an extension of their response deadline if needed. So ordered by Judge J. P. Boulee on 10/4/2023. (jkl)**</span>

**1:21-mi-55555-JPB Notice has been electronically mailed to:**

Adam Sieff      adamsieff@dwt.com, GAVotingRights_Service@dwt.com, yvettemerino@dwt.com

Adam Martin Sparks      sparks@khlawfirm.com, dovie@khlawfirm.com, patina@khlawfirm.com

Aileen Bell Hughes      aileen.bell.hughes@usdoj.gov, allante.joquin@usdoj.gov, CaseView.ECF@usdoj.gov, katrina.price@usdoj.gov, Pam.Oliver@usdoj.gov,

USAGAN.CivilECFmail@usdoj.gov, USAGAN.SSA@usdoj.gov

Alex Benjamin Kaufman    akaufman@chalmersadams.com, acrisa@hallboothsmith.com

Amelia Michele Joiner    amelia.joiner@fultoncountyga.gov,
jennifer.beharie@fultoncountyga.gov, joshua.braswell@fultoncountyga.gov,
tammy.walton@fultoncountyga.gov

Angela A. Groves    agroves@advancementproject.org

Annika M. Boone    aboone@schaerr-jaffe.com

Anuja Diwakar Thatte    athatte@naacpldf.org

Arash A. Sabzevari    asabzevari@fmglaw.com, Nyaijah.Waller@fmglaw.com,
tglover@fmglaw.com

Armen Nercess Nercessian    Anercessian@fenwick.com, armen-nercessian-
7311@ecf.pacerpro.com, vschmitt@fenwick.com

Baxter D. Drennon    bdrennon@hallboothsmith.com, bschoening@hallboothsmith.com,
jskelton@hallboothsmith.com

Bennett Davis Bryan    bdbryan@dekalbcountyga.gov, glmcfadden@dekalbcountyga.gov,
tlburkhalter@dekalbcountyga.gov

Brad M. Bowman    brad.bowman@fultoncountyga.gov, jennifer.beharie@fultoncountyga.gov,
joshua.braswell@fultoncountyga.gov, mystical.studaway@fultoncountyga.gov

Bradley Erik Heard    bradley.heard@splcenter.org, 7579661420@filings.docketbird.com

Brian Field    bfield@schaerr-jaffe.com

Brian Lawrence Dimmick    bdimmick@aclu.org, uabid@aclu.org

Brittni Abra Hamilton    brittnihamilton@dwt.com, Lit-Docket@dwt.com,
TonyaFrazier@dwt.com

Bryan Francis Jacoutot    bjacoutot@taylorenglish.com, vlawrence@taylorenglish.com

Bryan Ludington Sells    bryan@bryansellslaw.com

Bryan P. Tyson    btyson@taylorenglish.com, 6444643420@filings.docketbird.com,
bryan.tyson@tysonstrategies.com, rahuja@taylorenglish.com

Caitlin Felt May    cmay@acluga.org, 1744376420@filings.docketbird.com

Cameron T. Norris    cam@consovoymccarthy.com, conor@consovoymccarthy.com

Candice Mai Khanh Nguyen    cnguyen@keker.com, candice-nguyen-0773@ecf.pacerpro.com, efiling@keker.com, sandy-giminez-6735@ecf.pacerpro.com

Carey Allen Miller    cmiller@robbinsfirm.com, dbutler@robbinsfirm.com, jenglish@robbinsfirm.com, kmccuiston@robbinsfirm.com, opowers@robbinsfirm.com, rmeier@robbinsfirm.com

Casey Katharine Smith    csmith@aclu.org, ascott@aclu.org, druiz@aclu.org, mgaryantes@aclu.org, mlarondeking@aclu.org

Catherine Harding McCord    cmccord@fenwick.com

Clifford Zatz    CZatz@crowell.com, clifford-zatz-7882@ecf.pacerpro.com

Connie P. Sung    csung@keker.com, efiling@keker.com

Cory Isaacson    cisaacson@acluga.org, 1148439420@filings.docketbird.com

Cristina Martinez Squiers    csquiers@schaerr-jaffe.com

Daniel H Weigel    dweigel@taylorenglish.com, rahuja@taylorenglish.com, vlawrence@taylorenglish.com

Daniel Walter White    dwhite@hlw-law.com

David Morris Gossett    davidgossett@dwt.com

David R. Lowman    david.lowman@fultoncountyga.gov, Jene.Gipson@fultoncountyga.gov, Leslie.simmons@fultoncountyga.gov

Davin M. Rosborough    drosborough@aclu.org, ascott@aclu.org, druiz@aclu.org, mgaryantes@aclu.org, mlarondeking@aclu.org

Dayton Campbell-Harris    dcampbell-harris@aclu.org, ascott@aclu.org, druiz@aclu.org, mgaryantes@aclu.org, mlarondeking@aclu.org

Debo P. Adegbile    debo.adegbile@wilmerhale.com

Deborah Ann Ausburn    dausburn@taylorenglish.com, wfarria@taylorenglish.com

Diane Festin LaRoss    dlaross@taylorenglish.com, mwilson@taylorenglish.com, twells@taylorenglish.com

Donald M. Falk    dfalk@schaerr-jaffe.com

Donald P. Boyle , Jr    dboyle@taylorenglish.com, bjones@taylorenglish.com, mwilson@taylorenglish.com

Edward H Trent      etrent@schaerr-jaffe.com

Eileen Jean Ma      eileenm@advancingjustice-alc.org, ECF@advancingjustice-alc.org

Elizabeth M. Ryan      elizabeth.ryan@usdoj.gov

Elizabeth Marie Wilson Vaughan      evaughan@law.ga.gov

Emilie Omer Denmark      emilie.denmark@fultoncountyga.gov, jennifer.beharie@fultoncountyga.gov, joshua.braswell@fultoncountyga.gov, steven.rosenberg@fultoncountyga.gov

Emily A. Hasselberg      ehasselberg@keker.com

Eric Paul Wilborn      ewilborn@smf-law.com

Erik Scott Jaffe      ejaffe@schaerr-jaffe.com

Ernest Alan McFarland      ernest.a.mcfarland@usdoj.gov

Ethan Michael Thomas      ethomas@fenwick.com, ethan-thomas-2866@ecf.pacerpro.com, rpelayo@fenwick.com

Ezra D Rosenberg      erosenberg@lawyerscommittee.org, ezra-rosenberg-8295@ecf.pacerpro.com

Gary K. Hunter , Jr      ghunter@holtzmanvogel.com, kdaines@holtzmanvogel.com, mjazil@holtzmanvogel.com, zbennington@holtzmanvogel.com

Gene C. Schaerr      gschaerr@schaerr-jaffe.com, krobinson@schaerr-jaffe.com

George P. Varghese      george.varghese@wilmerhale.com

Gerald R. Weber      wgerryweber@gmail.com

Gilbert Charles Dickey      gilbert@consovoymccarthy.com

Grace Katherine Thompson      gracethompson@dwt.com

Grace Simms Martin      grace@nolandlawfirmllc.com

Gregory Farrell      gregory.farrell@hugheshubbard.com, gregory-farrell-4940@ecf.pacerpro.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com

Gregory C. Sowell      gsowell@jamesbatesllp.com

H. Christopher Bartolomucci    cbartolomucci@schaerr-jaffe.com, bfield@schaerr-jaffe.com, jheilpern@schaerr-jaffe.com, krobinson@schaerr-jaffe.com, sdasgupta@schaerr-jaffe.com

Halsey G. Knapp , Jr    hknapp@khlawfirm.com, daniella@khlawfirm.com, patina@khlawfirm.com

Harry W. MacDougald    hmacdougald@CCEDlaw.com, kbeaulieu@cpdlawyers.com

Heather Jean Szilagyi    hszilagyi@lawyerscommittee.org

Holly Anne Pierson    hpierson@piersonlawllc.com

Jack Reynolds Hancock    jhancock@fmglaw.com, asabzevari@fmglaw.com, Nyaijah.Waller@fmglaw.com, tglover@fmglaw.com

Jacob Colby Wilson    jacob@nolandlawfirmllc.com

Jacob D Shelly    jshelly@elias.law, jacob-shelly-1794@ecf.pacerpro.com

James Cullen Evans    jake.evans@gtlaw.com, johnsonkis@gtlaw.com, Mikayla.Mobley@gtlaw.com

James Eric Rich    j.rich@usdoj.gov

James F. Banter    jbanter@jamesbatesllp.com, jcrutchfield@jamesbatesllp.com, josteen@jamesbatesllp.com

Jasmyn Gabrielle Richardson    jasmyn.richardson@usdoj.gov

Jay Alan Sekulow    sekulow@aclj.org

Jennifer Nwachukwu    jnwachukwu@lawyerscommittee.org

Jennifer R. Davenport    jdavenport@chathamcounty.org

Jess Unger    jess.unger@splcenter.org

John A Russ , IV    john.russ@usdoj.gov, autumn.l.payne@usdoj.gov, elizabeth.ryan@usdoj.gov, joi.hyatte@usdoj.gov

John E. Hall , Jr    JHall@hallboothsmith.com

John Spencer Cusick    jcusick@naacpldf.org

Jon M. Greenbaum    jgreenbaum@lawyerscommittee.org, jon-greenbaum-5373@ecf.pacerpro.com

Jonathan Topaz    jtopaz@aclu.org, ascott@aclu.org, druiz@aclu.org, mgaryantes@aclu.org,

mlarondeking@aclu.org

Jordan Bell    jbell@hullbarrett.com, drenaldi@hullbarrett.com

Jordan Lee Ludwig    jludwig@crowell.com, jordan-ludwig-7797@ecf.pacerpro.com

Joseph S. Belichick    jbelichick@fenwick.com, joseph-belichick-6581@ecf.pacerpro.com,
ssanford@fenwick.com

Joyce Gist Lewis    jlewis@khlawfirm.com, patina@khlawfirm.com

Julie Marie Houk    jhouk@lawyerscommittee.org, julie-houk-0620@ecf.pacerpro.com,
kajackson@lawyerscommittee.org, tlawson@naacpnet.org

K. Alex Khoury    akhoury@sgrlaw.com, ddaley@balch.com

Karl Patrick Broder    kbroder@beckowen.com

Kate Kennedy    katekennedy@dwt.com

Kaye Woodard Burwell    Kaye.Burwell@fultoncountyga.gov,
Grethelyn.piper@fultoncountyga.gov, Jennifer.Beharie@fultoncountyga.gov,
Joshua.Braswell@fultoncountyga.gov

Kaylan L. Phillips    kphillips@publicinterestlegal.org

Kevin T. Kucharz    kkucharz@chalmersadams.com

Kimberly Leung    kimberlyl@advancingjustice-alc.org

Kristin K Bloodworth    kbloodworth@smf-law.com

Kurt G. Kastorf    kurt.kastorf@gmail.com

Laura E. Powell    laura.powell@wilmerhale.com

Laura Jean Murchie    lmurchie@advancingjustice-atlanta.org

Laurence F. Pulgram    lpulgram@fenwick.com, dwalls-stewart@fenwick.com

Leah C. Aden    laden@naacpldf.org, rrozos@naacpldf.org

Leo L. Lam    llam@kvn.com, efiling@keker.com, laura-lind-0223@ecf.pacerpro.com, leo-lam-
2799@ecf.pacerpro.com, llind@keker.com

Luis G. Hoyos    lhoyos@keker.com, luis-g--hoyos-0245@ecf.pacerpro.com,
nyoung@keker.com

Marcos Mocine-McQueen      mmcqueen@elias.law, marcos-mocine-mcqueen-2697@ecf.pacerpro.com

Matletha N. Bennette      matletha.bennette@splcenter.org

Matthew A. Fogelson      mfogelson@advancementproject.org, clamprecht@advancementproject.org, dnorwood@advancementproject.org

Matthew R. Jedreski      mjedreski@dwt.com, carolhuerta@dwt.com

Maura Eileen O'Connor      eileen.o'connor2@usdoj.gov

Melanie Felicia Wilson      Melanie.wilson@gwinnettcounty.com, daniel.amaral@gwinnettcounty.com

Melinda K. Johnson      mjohnson@elias.law

Meredyth Yoon      myoon@advancingjustice-atlanta.org, kmin@advancingjustice-atlanta.org

Michael Van Stephens , II      van.stephens@gwinnettcounty.com

Mikayla C. Foster      mikayla.foster@wilmerhale.com

Molly Melcher      mmelcher@fenwick.com

Neil J. Oxford      neil.oxford@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, neil-oxford-9763@ecf.pacerpro.com

Nicholas Patrick Miller , I      nmiller@schaerr-jaffe.com

Niharika Simran Sachdeva      nsachdeva@keker.com, klove@keker.com

Niyati Shah      nshah@advancingjustice-aajc.org

Page Anthony Pate      emily@patejohnson.com, emily@pagepate.com, support1@patejohnson.com

Patrick D. Jaugstetter      patrickj@jarrard-davis.com, kmarshall@jarrard-davis.com

Pichaya Poy Winichakul      poy.winichakul@splcenter.org, 1856465420@filings.docketbird.com

R. Adam Lauridsen      alauridsen@keker.com, efiling@keker.com, rcirelli@keker.com

Rachel Nicole Mack      rmack@augustaga.gov

Rachel Renae Evans      rachel.evans@usdoj.gov

Rahul Garabadu      rgarabadu@acluga.org, 6952765420@filings.docketbird.com,

ibarker@acluga.org

Ralph Jonathan Hart     rjhart@chathamcounty.org

Rylee Kercher Olm     rolm@keker.com, dawn-curran-3389@ecf.pacerpro.com, efiling@keker.com, lhoyos@keker.com, luis-g--hoyos-0245@ecf.pacerpro.com, rylee-olm-1659@ecf.pacerpro.com

Samuel T. Ward-Packard     swardpackard@elias.law

Sandy Milord     Sandy.Milord@fultoncountyga.gov, jennifer.beharie@fultoncountyga.gov, mystical.studaway@fultoncountyga.gov

Sejal Jhaveri     sejal.jhaveri@usdoj.gov

Shelley Driskell Momo     sdmomo@dekalbcountyga.gov, caodum@dekalbcountyga.gov

Sophia Lin Lakin     slakin@aclu.org, ascott@aclu.org, druiz@aclu.org, mgaryantes@aclu.org, mlarondeking@aclu.org

Spencer W. Klein     sklein@elias.law

Stefan Charles Passantino     stefan.passantino@electionlawllc.com, courtmail@michaelbest.com, MKBradford@michaelbest.com

Steven Christopher Begakis     steven@consovoymccarthy.com

Stuart Fallin Sumner     ssumner@hallboothsmith.com, akhosravani@hallboothsmith.com

Tania Christine Faransso     tania.faransso@wilmerhale.com, WHDocketing@wilmerhale.com

Thomas McCarthy     tom@consovoymccarthy.com

Tina Meng Morrison     tmengmorrison@elias.law, tina-meng-2692@ecf.pacerpro.com

Tobias C. Tatum , Sr     ttatum@taylorenglish.com, smayo@taylorenglish.com

Tristen N. Waite     tnwaite@dekalbcountyga.gov

Tyler R. Green     tyler@consovoymccarthy.com

Uzoma Nkwonta     unkwonta@elias.law, cgutrich@elias.law, mdepass@elias.law, mshostek@elias.law

Vilia Hayes     vilia.hayes@hugheshubbard.com, managing-attorney-4212@ecf.pacerpro.com, managingattorney@hugheshubbard.com, vilia-hayes-6707@ecf.pacerpro.com

William Tucker     wtucker@crowell.com

William Bradley Carver    bcarver@hallboothsmith.com, cstone@hallboothsmith.com, milliebrown@hallboothsmith.com

William Dowdy White    dwhite@hallboothsmith.com, ekirby@hallboothsmith.com

William H. Noland    william@nolandlawfirmllc.com, kathy@nolandlawfirmllc.com, susan@nolandlawfirmllc.com

William J. Keogh , III    wkeogh@hullbarrett.com, amosley@hullbarrett.com, llacharite@hullbarrett.com

Zainab Omar Ramahi    zramahi@keker.com, dionne-d-meadows-2287@ecf.pacerpro.com, dmeadows@keker.com

**1:21-mi-55555-JPB Notice has been delivered by other means to:**

Alaizah Koorji
NAACP Legal Defense and Education Fund, Inc.-NY
5th Floor
40 Rector Street
New York, NY 10006

Alexandra Hiatt
Wilmer Cutler Pickering Hale and Dorr LLP
250 Greenwich Street
7 World Trade Center
New York, NY 10007

Amicus Curiae
2110 Williams Ave.
Clarkston, WV 26301

Arjun Kent Jaikumar
Wilmer Cutler Pickering Hale and Dorr LLP-MA
60 State Street
Boston, MA 02109

Chahira Solh
Crowell & Moring, LLP - I CA
3 Park Plaza
20th Floor
Irvine, CA 92614

Chase S. Martin
Foundation for Government Accountability
15275 Collier Blvd
Suite 201

Naples, FL 34119

Conor Woodfin
Consovoy McCarthy PLLC -VA
1600 Wilson Blvd.
Suite 700
Arlington, VA 22209

Courtney Turco DeThomas
Davis, Wright, Tremaine LLP - DC
1301 K Street NW
Washington, DC 20005

Danielle Eun Kim
Davis Wright Tremaine, LLP - WA
920 Fifth Avenue
Suite 3300
Seattle, WA 98104

Emily Lu Wang
Keker Van Nest & Peters LLP-CA
633 Battery Street
San Francisco, CA 94111

James Henseler
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY 10004

Judith Browne Dianis
Advancement Project
1220 L Street NW
Suite 850
Washington, DC 20005

Justin Kingsolver
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Lucas L. Fortier
Wilmer Cutler Pickering Hale and Dorr LLP-MA
60 State Street
Boston, MA 02109

Mana Ameri
Hughes Hubbard & Reed
One Battery Park Plaza

New York, NY 10004

Maureen Shawn Riordan
Public Interest Legal Foundation - IN
Suite 1675
32 E. Washington St.
Indianapolis, IN 46204

Nana Wilberforce
Wilmer Cutler Pickering Hale and Dorr, LLP -CA
350 South Grand Avenue
Los Angeles, CA 90071

Nkechi Kanu
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Riddhi Dasgupta
Schaerr | Jaffe LLP -DC
1717 K. Street, Northwest
Washington, DC 20006

Sabrina S. Khan
Southern Poverty Law Center - DC
1101 17th Avenue NW
Washington, DC 20036

Shontee Pant
Davis Wright Tremaine, LLP-S. WA
Suite 3300
950 Fifth Avenue
Seattle, WA 98104-1610

Sofia Caroline Brooks
Wilmer Cutler Pickering Hale and Dorr LLP-MA
60 State Street
Boston, MA 02109

Stephanie Lin
Wilmer Cutler Pickering Hale and Dorr LLP-MA
60 State Street
Boston, MA 02109

Stewart Whitson
Foundation for Government Accountability
15275 Collier Blvd
Suite 201

Naples, FL 34119

Susan Mizner
The ACLU Foundation Disability Rights Program
39 Drumm Street
Francisco, CA 94111

Terry Ao Minnis
Asian Americans Advancing Justice - DC
1620 L Street NW
#1020
Washington, DC 20036

Thomas Christian Herren , Jr
Office of the United States Attorney-Civil
Civil Division
950 Pennsylvania Avenue, N.W.
Room 7254 NWB
Washington, DC 20530

Warrington S. Parker , III
Crowell & Moring, LLC - SF CA
3 Embarcadero Center
26th Floor
San Francisco, CA 94111

William Beausoleil
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY 10004