No. 23-13085

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

IN RE: GEORGIA SENATE BILL 202

Appeal from the U.S. District Court for the Northern District of Georgia,
No. 1:21-mi-55555 (Boulee, J.)

## DECLARATION OF ELLIOT ECHOLS

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423

*Lead Counsel for RNC, NRSC, NRCC, and Georgia Republican Party*

I, Elliott Echols, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2. I am the current Political Director of the Republican National Committee (RNC), which is an intervenor and appellant in the above-captioned action challenging the validity of Georgia's election laws.

3. I have served as Political Director since 2021, and prior to that I served as National Field Director from 2019 to 2021 and Deputy Field Director from 2017 to 2019. Through my work at the RNC, I am intimately familiar with the RNC's political activities nationwide and in individual states including Georgia.

4. I submit this declaration in support of the jurisdictional response filed by the Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, and Republican Party of Georgia.

5. The RNC is the national committee of the Republican Party, as defined by 52 U.S.C. § 30101(14).

6. The RNC manages the Republican Party's business at the national level, supports Republican candidates for public office at all levels, coordinates fundraising and election strategy, and develops and promotes the national Republican platform.

7. The RNC engages in various activities to help elect Republicans in Georgia. One of these activities is providing support to the Republican Party of Georgia

in its efforts to elect Republicans.

8. The district court's preliminary injunction that is the subject of this appeal nullifies the birthdate requirement for absentee ballots for the 2024 election.

9. As a result of the district court's preliminary injunction, the RNC is forced to make substantial changes to its activities with respect to Georgia elections, including fundraising, budgetary allocations, election strategy, the content and targeting of election advertising, and voter education and turnout efforts.

10. Plaintiffs' lawsuit necessarily increases the burden on the RNC in supporting Republicans participating in Georgia elections by forcing it to appropriate additional resources due to the significant rule change surrounding absentee voting in Georgia.

11. For example, the RNC must redirect time and resources toward Georgia to ensure confidence and turnout in upcoming elections. Republican voters tend to be less confident than Democratic voters that absentee or mail-in ballots will be counted accurately.[1] The key election reforms in Georgia Senate Bill 202 enhanced voter confidence and resulted in record-breaking turnout in the last election.[2] The confidence built by SB 202 is harmed when federal courts preliminarily enjoin its provisions at the behest of partisan organizations. And that means the RNC will need to reprioritize

---

[1] *Two Years After Election Turmoil, GOP Voters Remain Skeptical on Elections, Vote Counts* 5-6, Pew Research Center (Oct. 31, 2022), https://perma.cc/425K-4WVC.
[2] *Record Breaking Turnout in Georgia's Runoff Election*, Ga. Sec'y of State (Dec. 7, 2022), https://perma.cc/UR7F-D8V7.

3

rebuilding that confidence before the next election.

12. In addition, to maintain competitive parity with Democratic Party candidates, the RNC will need to change its get-out-the-vote efforts and guidance. This will require additional expenditures and increased transfers of funds to the Republican Party of Georgia. The RNC also engages in a ballot "chase" program whereby it contacts voters, educates them about the absentee-voting process, informs them of court-ordered changes to the absentee-voting process, and encourages them to return their absentee ballots in accordance with those changes. The voter education component is particularly labor intensive. Increased expenditures on voter contact and education efforts are necessary to inform voters of any change in election rules, and court-ordered changes are prone to cause voter confusion.

13. The RNC's current get-out-the-vote plan is based on Georgia's existing system of absentee voting, which generally requires birth dates on absentee ballot envelopes. Changing those rules requires the RNC to alter its guidance, strategies, and activities to ensure voters, poll workers, and election monitors are aware of the rule change and can take advantage of the rule changes to the extent they are able.

14. The RNC's budgetary planning is already well underway for its 2024 "Bank your Vote" get-out-the-vote efforts nationwide, and if the district court's preliminary injunction governs the 2024 election cycle, the RNC would need to adjust and devote more resources towards Georgia to account for the accompanying changes in election processes.

15. The district court's preliminary injunction may materially affect the likelihood of electoral victory by Republican candidates in Georgia elections.

16. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 21, 2023

_____
Elliott Echols