# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 06, 2023

Donald P. Boyle Jr.
Taylor English Duma, LLP
1600 PARKWOOD CIR STE 200
ATLANTA, GA 30339

Donald Falk
Schaerr Jaffe, LLP
4 EMBARCADERO CTR STE 1400
SAN FRANCISCO, CA 94111

Brian Field
Schaerr Jaffe, LLP
1717 K ST NW STE 900
WASHINGTON, DC 20006

Bryan Francis Jacoutot
Taylor English Duma, LLP
1600 PARKWOOD CIR STE 200
ATLANTA, GA 30339

Bryan P. Tyson
Taylor English Duma, LLP
1600 PARKWOOD CIR STE 200
ATLANTA, GA 30339

Daniel H. Weigel
Taylor English Duma, LLP
1600 PARKWOOD CIR STE 200
ATLANTA, GA 30339

Appeal Number: 23-13085-B
Case Style: In re: Georgia Senate Bill 202
District Court Docket No: 1:21-mi-55555-JPB

The following action has been taken in the referenced case:

Motion to withdraw Motion for extension to file response to motion filed by Appellants The State of Georgia, Matthew Mashburn, Edward Lindsey, Janice W. Johnston, Governor of the State of Georgia, Sara Tindall Ghazal, Georgia State Election Board, Georgia Secretary of State, William Duffey, Jr. and District Attorney for Dougherty County filed by District Attorney for Dougherty County, William Duffey, Jr., Georgia Secretary of State, Georgia State Election Board, Sara Tindall Ghazal, Governor of the State of Georgia, Janice W. Johnston, Edward Lindsey and Matthew Mashburn is GRANTED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:   404-335-6100     Attorney Admissions:        404-335-6122
Case Administration:   404-335-6135     Capital Cases:              404-335-6200
CM/ECF Help Desk:      404-335-6125     Cases Set for Oral Argument: 404-335-6141

MOT-2 Notice of Court Action