No. 23-13085

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

IN RE: GEORGIA SENATE BILL 202

Appeal from the U.S. District Court
for the Northern District of Georgia
No. 1:21-mi-55555 (Boulee, J.)

## INTERVENOR-APPELLANTS' MOTION TO EXPEDITE CONSIDERATION OF MOTION TO CONSOLIDATE AND CARRY JURISDICTIONAL ISSUES WITH CASE

William Bradley Carver, Sr.
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
BCarver@hallboothsmith.com
BDrennon@hallboothsmith.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423
patrick@consovoymccarthy.com

Gilbert C. Dickey
Conor D. Woodfin
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

*Counsel for RNC, NRSC, NRCC, and Georgia Republican Party*

No. 23-13085, *In re: Georgia Senate Bill 202*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Circuit Rule 26.1, Appellants Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, and Georgia Republican Party, Inc., certify that the following have an interest in the outcome of this appeal:

1. Abbott, Robert, *Defendant*

2. Abudu, Nancy, *Attorney for Plaintiffs-Appellees*

3. ACLU Foundation of Georgia, *Attorneys for Plaintiffs-Appellees*

4. ACLU Foundation of Georgia, Inc., *Attorneys for Plaintiffs-Appellees*

5. Adegbile, Debo, *Attorney for Plaintiffs-Appellees*

6. Aden, Leah, *Attorney for Plaintiffs-Appellees*

7. Advancement Project, *Attorneys for Plaintiffs-Appellees*

8. Ameri, Mana, *Attorney for Plaintiffs-Appellees*

9. American Civil Liberties Union Foundation of Georgia, *Attorneys for Plaintiffs-Appellees*

10. American Civil Liberties Union Foundation, Inc., *Attorneys for Plaintiffs-Appellees*

11. Andrews, Wanda, *Defendant*

12. Aquino, Nora, *Plaintiff-Appellee*

13. Asian Americans Advancing Justice-Asian Law Caucus, *Attorneys for Plaintiffs-Appellees*

14. Asian Americans Advancing Justice-Atlanta, *Plaintiff-Appellee*

No. 23-13085, *In re: Georgia Senate Bill 202*

15.   Augusta Georgia Law Department, *Attorneys for Defendant*

16.   Ausburn, Deborah, *Attorney for Defendants-Appellants*

17.   Awuku, George, *Defendant*

18.   Banks, Marques, *Attorney for Plaintiffs-Appellees*

19.   Banter, James, *Attorney for Defendant*

20.   Barnes, Sherry, *Defendant*

21.   Barron, Richard, *Defendant*

22.   Bartolomucci, Christopher, *Attorney for Defendants-Appellants*

23.   Beausoleil, William, *Attorney for Plaintiffs-Appellees*

24.   Beck Owen & Murray, *Attorneys for Defendant*

25.   Begakis, Steven, *Attorney for Intervenor-Defendants-Appellants*

26.   Belichick, Joseph, *Attorney for Plaintiffs-Appellees*

27.   Bell, Jordan, *Attorney for Defendant*

28.   Bennette, Matletha, *Attorney for Plaintiffs-Appellees*

29.   Bibb County Board of Elections, *Defendant*

30.   Bibb County Board of Registrars, *Defendant*

31.   Black Voters Matter Fund, *Plaintiff-Appellee*

32.   Blender, Matthew, *Defendant*

33.   Bloodworth, Kristin, *Attorney for Defendant*

34.   Boone, Annika, *Attorney for Defendants-Appellants*

35.   Boulee, Jean-Paul, *District Court Judge*

36.   Bowman, Brad, *Attorney for Defendant*

37.   Boyle, Donald, *Attorney for Defendants-Appellants*

38.   Broder, Karl, *Attorney for Defendant*

39.   Brooks, Jessica, *Defendant*

40.   Brooks, Sofia, *Attorney for Plaintiffs-Appellees*

41.   Brown, Marcia, *Defendant*

42.   Bruning, Stephen, *Defendant*

43.   Bruning, Steven, *Defendant*

44.   Bryan, Bennett, *Attorney for Defendant*

45.   Burwell, Kaye, *Attorney for Defendant*

46.   Campbell-Harris, Dayton, *Attorney for Plaintiffs-Appellees*

47.   Carver, William, *Attorney for Intervenor-Defendants-Appellants*

48.   Cathey, Thomas, *Attorney for Defendant*

49.   Chalmers, Adams, Backer & Kaufman, LLC, *Attorneys for Defendant*

50.   Chatham County Attorney, *Attorneys for Defendant*

51.   Chatham County Board of Elections, *Defendant*

52.   Chatham County Board of Registrars, *Defendant*

53.   Clarke County Board of Election and Voter Registration, *Defendant*

54.   Clayton County Board of Elections and Registration, *Defendant*

55.   Cobb County Board of Elections and Registration, *Defendant*

56.   Cochran, Ken, *Defendant*

57.   Columbia County Board of Elections, *Defendant*

58.   Columbia County Board of Registrars, *Defendant*

59.   Common Cause, *Plaintiff-Appellee*

60.   Consovoy McCarthy PLLC, *Attorneys for Intervenor-Defendants-Appellants*

No. 23-13085, *In re: Georgia Senate Bill 202*

61. Cramer, Raisa, *Attorney for Plaintiffs-Appellees*

62. Crawford, Teresa, *Defendant*

63. Crawford, Teresa, *Defendant*

64. Crowell & Moring, LLP, *Attorneys for Plaintiffs-Appellees*

65. Cushman, Ann, *Defendant*

66. Cusick, John, *Attorney for Plaintiffs-Appellees*

67. Dasgupta, Riddhi, *Attorney for Defendants-Appellants*

68. Dave, Charles, *Defendant*

69. Davenport, Jennifer, *Attorney for Defendant*

70. Davis Wright Tremaine LLP, *Attorneys for Plaintiffs-Appellees*

71. Davis, Britton, *Attorney for Plaintiffs-Appellees*

72. Day, Stephen, *Defendant*

73. DeKalb County Board of Registrations and Elections, *Defendant*

74. DeKalb County Law Department, *Attorneys for Defendant*

75. Delta Sigma Theta Sorority, Inc., *Plaintiff-Appellee*

76. Denmark, Emilie, *Attorney for Defendant*

77. Dentons US LLP, *Attorneys for Intervenor-Defendants-Appellants*

78. Deshazior, Zurich, *Defendant*

79. DeThomas, Courtney, *Attorney for Plaintiffs-Appellees*

80. Dianis, Judith, *Attorney for Plaintiffs-Appellees*

81. Dickey, Gilbert, *Attorney for Intervenor-Defendants-Appellants*

82. Dicks, Terence, *Defendant*

83. Dimmick, Brian, *Attorney for Plaintiffs-Appellees*

No. 23-13085, *In re: Georgia Senate Bill 202*

84. DiStefano, Don, *Defendant*

85. Doss, Travis, *Defendant*

86. Dozier, Shauna, *Defendant*

87. Drennon, Baxter, *Attorney for Intervenor-Defendants-Appellants*

88. Duffie, Wanda, *Defendant*

89. Durbin, Jauan, *Plaintiff-Appellee*

90. Durso, Katherine, *Defendant*

91. Edwards, Gregory, *Defendant*

92. Elias Law Group LLP, *Attorneys for Plaintiffs-Appellees*

93. Ellington, Thomas, *Defendant*

94. Enjeti-Sydow, Anjali, *Plaintiff-Appellee*

95. Evans, James, *Attorney for Defendant*

96. Evans, Rachel, *Attorney for Plaintiffs-Appellees*

97. Evans-Daniel, Karen, *Defendant*

98. Eveler, Janine, *Defendant*

99. Exousia Lighthouse International C.M., Inc, *Plaintiff*

100. Faith In Action Network, *Plaintiff*

101. Falk, Donald, *Attorney for Defendants-Appellants*

102. Fambrough, Willa, *Defendant*

103. Faransso, Tania, *Attorney for Plaintiffs-Appellees*

104. Farrell, Gregory, *Attorney for Plaintiffs-Appellees*

105. Feldsherov, Ilya, *Attorney for Plaintiffs-Appellees*

106. Fenwick & West, LLP, *Attorneys for Plaintiffs-Appellees*

107. Field, Brian, *Attorney for Defendants-Appellants*

108. First Congregational Church, United Church of Christ Incorporated, *Plaintiff-Appellee*

109. Fogelson, Matthew, *Attorney for Plaintiffs-Appellees*

110. Forsyth County Board of Voter Registrations and Elections, *Defendant*

111. Fortier, Lucas, *Attorney for Plaintiffs-Appellees*

112. Foster, Mikayla, *Attorney for Plaintiffs-Appellees*

113. Freeman Mathis & Gary, LLP, *Attorneys for Defendant*

114. Fulton County Attorney's Office, *Attorneys for Defendant*

115. Fulton County Registration and Elections Board, *Defendant*

116. Galeo Latino Community Development Fund, Inc., *Plaintiff-Appellee*

117. Gammage, Keith, *Defendant*

118. Garabadu, Rahul, *Attorney for Plaintiffs-Appellees*

119. Gartland, Pat, *Defendant*

120. Gartland, Pat, *Defendant*

121. Gay, Nancy, *Defendant*

122. Geiger, Debra, *Defendant*

123. Georgia Adapt, *Plaintiff-Appellee*

124. Georgia Advocacy Office, *Plaintiff-Appellee*

125. Georgia Coalition for the People's Agenda, Inc., *Plaintiff-Appellee*

126. Georgia Department of Law, *Attorneys for Defendants-Appellants*

127. Georgia Latino Alliance for Human Rights, Inc., *Plaintiff-Appellee*

128. Georgia Muslim Voter Project, *Plaintiff-Appellee*

No. 23-13085, *In re: Georgia Senate Bill 202*

129.    Georgia Republican Party, Inc., *Intervenor-Defendant-Appellant*

130.    Georgia State Conference of the NAACP, *Plaintiff-Appellee*

131.    Georgia State Election Board, *Defendant*

132.    Ghazal, Sara, *Defendant*

133.    Gibbs, Fannie, *Plaintiff-Appellee*

134.    Gillon, Thomas, *Defendant*

135.    Givens, Diane, *Defendant*

136.    Gossett, David, *Attorney for Plaintiffs-Appellees*

137.    Greater Works Ministries Network, Inc., *Plaintiff*

138.    Green, Tyler, *Attorney for Intervenor-Defendants-Appellants*

139.    Greenbaum, Jon, *Attorney for Plaintiffs-Appellees*

140.    Greenberg Traurig, LLP, *Attorneys for Defendant*

141.    Groves, Angela, *Attorney for Plaintiffs-Appellees*

142.    Gwinnett County Board of Registrations and Elections, *Defendant*

143.    Gwinnett County Department of Law, *Attorneys for Defendant*

144.    Hall Booth Smith, P.C., *Attorneys for Intervenor-Defendants-Appellants*

145.    Hall County Board of Elections and Registration, *Defendant*

146.    Hall County Government, *Attorneys for Defendant*

147.    Hall, Dorothy, *Defendant*

148.    Hall, John, *Attorney for Intervenor-Defendants-Appellants*

149.    Hamilton, Brittni, *Attorney for Plaintiffs-Appellees*

150.    Hancock, Jack, *Attorney for Defendant*

151.    Hart, Ralph, *Attorney for Defendant*

152.   Hart, Twyla, *Defendant*

153.   Hasselberg, Emily, *Attorney for Plaintiffs-Appellees*

154.   Hayes, Vilia, *Attorney for Plaintiffs-Appellees*

155.   Haynie, Litchfield & White, PC, *Attorneys for Defendant*

156.   Hazard, Joel, *Defendant*

157.   Heard, Bradley, *Attorney for Plaintiffs-Appellees*

158.   Heimes, Marianne, *Defendant*

159.   Henseler, James, *Attorney for Plaintiffs-Appellees*

160.   Herren, Thomas, *Attorney for Plaintiffs-Appellees*

161.   Hiatt, Alexandra, *Attorney for Plaintiffs-Appellees*

162.   Ho, Dale, *Attorney for Plaintiffs-Appellees*

163.   Hodge, Malinda, *Defendant*

164.   Houk, Julie, *Attorney for Plaintiffs-Appellees*

165.   Hoyos, Luis, *Attorney for Plaintiffs-Appellees*

166.   Hughes Hubbard & Reed, *Attorneys for Plaintiffs-Appellees*

167.   Hughes, Aileen, *Attorney for Plaintiffs-Appellees*

168.   Hull Barrett, PC, *Attorneys for Defendant*

169.   Ingram, Randy, *Defendant*

170.   Jacoutot, Bryan, *Attorney for Defendants-Appellants*

171.   Jaffe, Erik, *Attorney for Defendants-Appellants*

172.   Jahangiri, Mahroh, *Attorney for Plaintiffs-Appellees*

173.   Jaikumar, Arjun, *Attorney for Plaintiffs-Appellees*

174.   James-Bates-Brannan-Groover-LLP, *Attorneys for Defendant*

No. 23-13085, *In re: Georgia Senate Bill 202*

175.  Jarrard & Davis, LLP, *Attorneys for Defendant*

176.  Jasrasaria, Jyoti, *Attorney for Plaintiffs-Appellees*

177.  Jaugstetter, Patrick, *Attorney for Defendant*

178.  Jedreski, Matthew, *Attorney for Plaintiffs-Appellees*

179.  Jester, Alfred, *Defendant*

180.  Jester, Nancy, *Defendant*

181.  Jhaveri, Sejal, *Attorney for Plaintiffs-Appellees*

182.  Johnson, Aaron, *Defendant*

183.  Johnson, Ben, *Defendant*

184.  Johnson, Darlene, *Defendant*

185.  Johnson, Melinda, *Attorney for Plaintiffs-Appellees*

186.  Johnston, Janice, *Defendant*

187.  Joiner, Amelia, *Attorney for Defendant*

188.  Kanu, Nkechi, *Attorney for Plaintiffs-Appellees*

189.  Kaplan, Mike, *Defendant*

190.  Kastorf Law, LLC, *Attorneys for Plaintiffs-Appellees*

191.  Kastorf, Kurt, *Attorney for Plaintiffs-Appellees*

192.  Kaufman, Alex, *Attorney for Intervenor-Defendants-Appellants*

193.  Keker Van Nest & Peters LLP, *Attorneys for Plaintiffs-Appellees*

194.  Keker Van Nest & Peters LLP, *Attorneys for Plaintiffs-Appellees*

195.  Kemp, Brian, *Defendant-Appellant*

196.  Kennedy, David, *Defendant*

197.  Kennedy, Kate, *Attorney for Plaintiffs-Appellees*

198.  Keogh, William, *Attorney for Defendant*

199.  Khan, Sabrina, *Attorney for Plaintiffs-Appellees*

200.  Khan, Sabrina, *Attorney for Plaintiffs-Appellees*

201.  Kim, Danielle, *Attorney for Plaintiffs-Appellees*

202.  Kingsolver, Justin, *Attorney for Plaintiffs-Appellees*

203.  Klein, Spencer, *Attorney for Plaintiffs-Appellees*

204.  Knapp, Halsey, *Attorney for Plaintiffs-Appellees*

205.  Koorji, Alaizah, *Attorney for Plaintiffs-Appellees*

206.  Krevolin & Horst, LLC, *Attorneys for Plaintiffs-Appellees*

207.  Kucharz, Kevin, *Attorney for Defendant*

208.  Lakin, Sophia, *Attorney for Plaintiffs-Appellees*

209.  Lam, Leo, *Attorney for Plaintiffs-Appellees*

210.  Lang, Antan, *Defendant*

211.  LaRoss, Diane, *Attorney for Defendants-Appellants*

212.  Latino Community Fund of Georgia, *Plaintiff-Appellee*

213.  Lauridsen, Adam, *Attorney for Plaintiffs-Appellees*

214.  Law Office of Gerald R Weber, LLC, *Attorneys for Plaintiffs-Appellees*

215.  Lawyers' Committee for Civil Rights Under Law, *Attorneys for Plaintiffs-Appellees*

216.  League of Women Voters of Georgia, Inc., *Plaintiff-Appellee*

217.  Leung, Kimberly, *Attorney for Plaintiffs-Appellees*

218.  Lewis, Anthony, *Defendant*

219.  Lewis, Joyce, *Attorney for Plaintiffs-Appellees*

No. 23-13085, *In re: Georgia Senate Bill 202*

220.  Lin, Stephanie, *Attorney for Plaintiffs-Appellees*

221.  Lindsey, Edward, *Defendant*

222.  Lower Muskogee Creek Tribe, *Plaintiff-Appellee*

223.  Lowman, David, *Attorney for Defendant*

224.  Ludwig, Jordan, *Attorney for Plaintiffs-Appellees*

225.  Luth, Barbara, *Defendant*

226.  Ma, Eileen, *Attorney for Plaintiffs-Appellees*

227.  Mack, Rachel, *Attorney for Defendant*

228.  Mahoney, Thomas, *Defendant*

229.  Manifold, Zach, *Defendant*

230.  Martin, Grace, *Attorney for Defendant*

231.  Mashburn, Matthew, *Defendant-Appellant*

232.  May, Caitlin, *Attorney for Plaintiffs-Appellees*

233.  McAdams, Issac, *Defendant*

234.  McCandless, Spencer, *Attorney for Plaintiffs-Appellees*

235.  McCarthy, Thomas, *Attorney for Intervenor-Defendants-Appellants*

236.  McClain, Roy, *Defendant*

237.  McCord, Catherine, *Attorney for Plaintiffs-Appellees*

238.  McFalls, Tim, *Defendant*

239.  McFarland, Ernest, *Attorney for Plaintiffs-Appellees*

240.  McGowan, Charlene, *Attorney for Defendants-Appellants*

241.  Mcrae, Colin, *Defendant*

242.  Melcher, Molly, *Attorney for Plaintiffs-Appellees*

No. 23-13085, *In re: Georgia Senate Bill 202*

243. Metropolitan Atlanta Baptist Ministers Union, Inc., *Plaintiff-Appellee*

244. Mijente, Inc., *Plaintiff*

245. Miller, Nicholas, *Attorney for Defendants-Appellants*

246. Milord, Sandy, *Attorney for Defendant*

247. Minnis, Terry, *Attorney for Plaintiffs-Appellees*

248. Mizner, Susan, *Attorney for Plaintiffs-Appellees*

249. Mocine-McQueen, Marcos, *Attorney for Plaintiffs-Appellees*

250. Momo, Shelley, *Attorney for Defendant*

251. Morrison, Tina, *Attorney for Plaintiffs-Appellees*

252. Mosbacher, Jennifer, *Defendant*

253. Motter, Susan, *Defendant*

254. Murchie, Laura, *Attorney for Plaintiffs-Appellees*

255. Murray, Karen, *Defendant*

256. NAACP Legal Defense and Education Fund, Inc., *Attorneys for Plaintiffs-Appellees*

257. *National Association for the Advancement of Colored People, Inc.*, Parent Corporation of Georgia State Conference of the NAACP

258. National Republican Congressional Committee, *Intervenor-Defendant-Appellant*

259. National Republican Senatorial Committee, *Intervenor-Defendant-Appellant*

260. Natt, Joel, *Defendant*

261. Nemeth, Miriam, *Attorney for Plaintiffs-Appellees*

262. Nercessian, Armen, *Attorney for Plaintiffs-Appellees*

263.    New Birth Missionary Baptist Church, Inc., *Plaintiff*

264.    Newland, James, *Defendant*

265.    Nguyen, Candice, *Attorney for Plaintiffs-Appellees*

266.    Nguyen, Phi, *Attorney for Plaintiffs-Appellees*

267.    Nkwonta, Uzoma, *Attorney for Plaintiffs-Appellees*

268.    Noa, Jack, *Defendant*

269.    Noland Law Firm, LLC, *Attorneys for Defendant*

270.    Noland, William, *Attorney for Defendant*

271.    Norris, Cameron, *Attorney for Intervenor-Defendants-Appellants*

272.    Norse, William, *Defendant*

273.    Nwachukwu, Jennifer, *Attorney for Plaintiffs-Appellees*

274.    O'Brien, James, *Defendant*

275.    O'Connor, Eileen, *Attorney for Plaintiffs-Appellees*

276.    O'Lenick, Alice, *Defendant*

277.    Olm, Rylee, *Attorney for Plaintiffs-Appellees*

278.    Oxford, Neil, *Attorney for Plaintiffs-Appellees*

279.    Paik, Steven, *Plaintiff-Appellee*

280.    Pant, Shontee, *Attorney for Plaintiffs-Appellees*

281.    Paradise, Loree, *Attorney for Defendants-Appellants*

282.    Parker, Warrington, *Attorney for Plaintiffs-Appellees*

283.    Pelletier, Susan, *Attorney for Plaintiffs-Appellees*

284.    Porter, Megan, *Attorney for Plaintiffs-Appellees*

285.    Powell, Laura, *Attorney for Plaintiffs-Appellees*

No. 23-13085, *In re: Georgia Senate Bill 202*

286.    Prince, Joshua, *Attorney for Defendants-Appellants*

287.    Pulgram, Laurence, *Attorney for Plaintiffs-Appellees*

288.    Pullar, Patricia, *Defendant*

289.    Qadir, Hunaid, *Defendant*

290.    Radzikinas, Carla, *Defendant*

291.    Raffensperger, Brad, *Defendant-Appellant*

292.    Raffle, Rocky, *Defendant*

293.    Ramahi, Zainab, *Attorney for Plaintiffs-Appellees*

294.    Rich, James, *Attorney for Plaintiffs-Appellees*

295.    Richardson, Jasmyn, *Attorney for Plaintiffs-Appellees*

296.    Richmond County Board of Elections, *Defendant*

297.    Ringer, Cheryl, *Attorney for Defendant*

298.    Rise, Inc., *Plaintiff-Appellee*

299.    Rodriguez, Anthony, *Defendant*

300.    Rosborough, Davin, *Attorney for Plaintiffs-Appellees*

301.    Rosenberg, Ezra, *Attorney for Plaintiffs-Appellees*

302.    Rosenberg, Steven, *Attorney for Defendant*

303.    Russ, John, *Attorney for Plaintiffs-Appellees*

304.    Ruth, Kathleen, *Defendant*

305.    Ryan, Elizabeth, *Attorney for Plaintiffs-Appellees*

306.    Sabzevari, Arash, *Attorney for Defendant*

307.    Sachdeva, Niharika, *Attorney for Plaintiffs-Appellees*

308.    Samuel Dewitt Proctor Conference, Inc., *Plaintiff*

No. 23-13085, *In re: Georgia Senate Bill 202*

309. Sankofa United Church of Christ Limited, *Plaintiff*

310. Schaerr | Jaffe LLP, *Attorneys for Defendants-Appellants*

311. Schaerr, Gene, *Attorney for Defendants-Appellants*

312. Scott, William, *Attorney for Defendant*

313. Seals, Veronica, *Defendant*

314. Segarra, Esperanza, *Attorney for Plaintiffs-Appellees*

315. Sells, Bryan, *Attorney for Plaintiffs-Appellees*

316. Shah, Niyati, *Attorney for Plaintiffs-Appellees*

317. Sheats, Gala, *Defendant*

318. Shelly, Jacob, *Attorney for Plaintiffs-Appellees*

319. Shirley, Adam, *Defendant*

320. Sieff, Adam, *Attorney for Plaintiffs-Appellees*

321. Silas, Tori, *Defendant*

322. Sixth District of the African Methodist Episcopal Church, *Plaintiff-Appellee*

323. Smith, Casey, *Attorney for Plaintiffs-Appellees*

324. Smith, Dele, *Defendant*

325. Smith, Mandi, *Defendant*

326. Solh, Chahira, *Attorney for Plaintiffs-Appellees*

327. Solomon, Elbert, *Plaintiff-Appellee*

328. Sosebee, Charlotte, *Defendant*

329. Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

330. Sowell, Gregory, *Attorney for Defendant*

331. Sparks, Adam, *Attorney for Plaintiffs-Appellees*

332.  Squiers, Cristina, *Attorney for Defendants-Appellants*

333.  Stewart Melvin & Frost, LLP, *Attorneys for Defendant*

334.  Sumner, Stuart, *Attorney for Intervenor-Defendants-Appellants*

335.  Sung, Connie, *Attorney for Plaintiffs-Appellees*

336.  Sung, Connie, *Attorney for Plaintiffs-Appellees*

337.  Swift, Karli, *Defendant*

338.  Szilagyi, Heather, *Attorney for Plaintiffs-Appellees*

339.  Tatum, Tobias, *Attorney for Defendants-Appellants*

340.  Taylor English Duma LLP, *Attorneys for Defendants-Appellants*

341.  Taylor, Wandy, *Defendant*

342.  Thatte, Anuja, *Attorney for Plaintiffs-Appellees*

343.  The ACLU Foundation Disability Rights Program, *Attorneys for Plaintiffs-Appellees*

344.  The Arc of the United States, *Plaintiff-Appellee*

345.  The Concerned Black Clergy of Metropolitan Atlanta, Inc., *Plaintiff-Appellee*

346.  The Georgia State Election Board, *Defendant*

347.  The Justice Initiative, Inc., *Plaintiff-Appellee*

348.  The Law Office of Bryan L. Sells, LLC, *Attorneys for Plaintiffs-Appellees*

349.  The New Georgia Project, *Plaintiff-Appellee*

350.  The Republican National Committee, *Intervenor-Defendant-Appellant*

351.  The State of Georgia, *Defendant-Appellant*

352.  The United States of America, *Plaintiff-Appellee*

353. The Urban League of Greater Atlanta, Inc., *Plaintiff-Appellee*

354. Thomas, Ethan, *Attorney for Plaintiffs-Appellees*

355. Thompson, Grace, *Attorney for Plaintiffs-Appellees*

356. Till, Ann, *Defendant*

357. Topaz, Jonathan, *Attorney for Plaintiffs-Appellees*

358. Trent, Edward, *Attorney for Defendants-Appellants*

359. Tucker, William, *Attorney for Plaintiffs-Appellees*

360. Tyson, Bryan, *Attorney for Defendants-Appellants*

361. Uddullah, Angelina, *Plaintiff-Appellee*

362. Unger, Jess, *Attorney for Plaintiffs-Appellees*

363. United States Department of Justice, *Attorneys for Plaintiffs-Appellees*

364. Van Stephens, Michael, *Attorney for Defendant*

365. Vander Els, Irene, *Attorney for Defendant*

366. Varghese, George, *Attorney for Plaintiffs-Appellees*

367. Varner, Johnny, *Defendant*

368. Vasquez, Jorge, *Attorney for Plaintiffs-Appellees*

369. Vaughan, Elizabeth, *Attorney for Defendants-Appellants*

370. Waite, Tristen, *Attorney for Defendant*

371. Wang, Emily, *Attorney for Plaintiffs-Appellees*

372. Ward-Packard, Samuel, *Attorney for Plaintiffs-Appellees*

373. Wardenski, Joseph, *Attorney for Plaintiffs-Appellees*

374. Weber, Gerald, *Attorney for Plaintiffs-Appellees*

375. Weigel, Daniel, *Attorney for Defendants-Appellants*

No. 23-13085, *In re: Georgia Senate Bill 202*

376. Wesley, Carol, *Defendant*

377. White, Daniel, *Attorney for Defendant*

378. White, William, *Attorney for Intervenor-Defendants-Appellants*

379. Wiggins, Larry, *Defendant*

380. Wilberforce, Nana, *Attorney for Plaintiffs-Appellees*

381. Wilborn, Eric, *Attorney for Defendant*

382. Williams, Gilda, *Attorney for Plaintiffs-Appellees*

383. Williams, Tuwanda, *Attorney for Defendant*

384. Wilmer Cutler Pickering Hale and Dorr LLP, *Attorneys for Plaintiffs-Appellees*

385. Wilson, Jacob, *Attorney for Defendant*

386. Wilson, Melanie, *Attorney for Defendant*

387. Wingate, Mark, *Defendant*

388. Winichakul, Pichaya, *Attorney for Plaintiffs-Appellees*

389. Women Watch Afrika, *Plaintiff-Appellee*

390. Woodfin, Conor, *Attorney for Intervenor-Defendants-Appellants*

391. Woolard, Cathy, *Defendant*

392. Wurtz, Lori, *Defendant*

393. Yoon, Meredyth, *Attorney for Plaintiffs-Appellees*

394. Young, Sean, *Attorney for Plaintiffs-Appellees*

395. Zatz, Clifford, *Attorney for Plaintiffs-Appellees*

No. 23-13085, *In re: Georgia Senate Bill 202*

The Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, and the Georgia Republican Party, Inc., have no parent corporation, and no corporation owns 10% or more of their stock. No publicly traded company or corporation has an interest in the outcome of this case or appeal. Per Circuit Rule 26.1-2(c), Appellants certify that the CIP contained in this motion is complete.

Dated: December 14, 2023                    */s/ Gilbert C. Dickey*
                                       Counsel for Intervenor-Appellants

No. 23-13085, *In re: Georgia Senate Bill 202*

## MOTION TO EXPEDITE CONSIDERATION OF MOTION TO CONSOLIDATE AND CARRY JURISDICTIONAL ISSUES WITH CASE

Intervenor-Appellants—the Republican National Committee, the National Republican Senatorial Committee, the National Republican Congressional Committee, and the Georgia Republican Party—move under Federal Rules of Appellate Procedure 2 and 27, as well as Eleventh Circuit Local Rules 2-1 and 27-1, to expedite the resolution of the previously filed motion to consolidate. *See* ECF No. 74. And the Republican Committees request that the Court carry any jurisdictional issues with the case. *See* Fed. R. App. P. 27(a)(1).

The Republican Committees filed a motion to consolidate to avoid this Court simultaneously addressing the same issue in different appeals. *See* Doc. 74. This appeal and the parallel appeal, No. 23-13095, concern challenges to Georgia's election-reform law, S.B. 202. In both cases, the same district court judge preliminarily enjoined several provisions of S.B. 202. The first injunction held that Georgia's law requiring absentee voters to print their birthdate on the outer envelope of an absentee ballot violates the Civil Rights Act of 1964. The second injunction held that Georgia's law prohibiting the distribution of gifts to voters waiting in line at polling places violates the First Amendment. The parties timely appealed both injunctions. The Republican Committees appealed those orders together, which created this appeal—No. 23-13085. The State Defendants appealed those orders separately. The State Defendants appeal of the order addressing the birthdate requirement was consolidated with this appeal, but their appeal of the order addressing the gift-giving ban was docketed as a separate appeal—No. 23-13095. As a result, appeals of the same orders raising the same issues

No. 23-13085, *In re: Georgia Senate Bill 202*

were only partially consolidated. The Republican Committees filed a motion to consolidate in both cases. *See* Doc. 74; No. 23-13095, Doc. 67. The motion asked the Court to consolidate the Republican Committees' appeal of the order on the gift-giving ban with the State Defendants' appeal of the same order, so that the issues presented in each appeal could be considered together. That unopposed motion has been pending since mid-October, and is ripe for ruling. *See* Doc. 74 (Oct. 13); No. 23-13095, Doc. 67 (Oct. 18).

Expedited resolution of the motion to consolidate would benefit the parties and the Court. The parties are briefing voluminous summary judgment issues, and this Court can provide appellate guidance to the parties, the district court, and courts across the country on several important election-law issues. Moreover, a motion to consolidate pauses briefing in the cases in which it is filed. *See* Local Rule 31-1(b). Notwithstanding that default rule, the State Defendants filed their opening brief last week in Appeal No. 23-13095 (Doc. 81). Unless the Court resolves the motion to consolidate quickly, the parties will file briefs on the same issues on different timeframes, complicating the cases and nullifying the efficiencies of consolidation.

Expedited resolution of the motion to consolidate would also benefit the public. Reducing the legal uncertainty of election laws during a presidential election year would promote efficient election administration and improve public confidence in the election. *Cf. Purcell v. Gonzalez*, 549 U.S. 1, 4-5 (2006). The sooner this Court can resolve these appeals, the better—for voters and election officials alike.

Finally, the jurisdictional issues in this case should not delay resolution of the motion to consolidate. The Plaintiff-Appellees moved to dismiss this appeal for lack of

No. 23-13085, *In re: Georgia Senate Bill 202*

jurisdiction, Doc. 70, and the Court ordered the parties to brief related jurisdictional issues, Doc. 76. The parties' responses to the jurisdictional question and Plaintiff-Appellees reply in support of their motion to dismiss were filed on October 30. Docs. 95, 96, 97, 98. These jurisdictional filings are not the cause of delay in briefing in this appeal. Ordinarily "[t]he issuance of a jurisdictional question does not stay the time for filing appellant's brief." Local Rule 31-1(d). Neither does a motion to dismiss. *See* Local Rule 31-1(b). But to the extent the Court has any lingering jurisdictional concerns, the Court should rule on the motion to consolidate, carry any jurisdictional issues with the case, and "direct[] the parties to address the jurisdictional question(s) in their briefs on the merits." *See* Local Rule 31-1(d); *see, e.g.*, *Tallahassee Mem'l Reg'l Med. Ctr. v. Bowen*, 815 F.2d 1435, 1446 & n.17 (11th Cir. 1987) (carrying a variety of motions with the case); *Contreras-Rodriguez v. U.S. Atty. Gen.*, 462 F.3d 1314, 1316 n.3 (11th Cir. 2006) (carrying "three jurisdictional questions" with the case); *Flanigan's Enters., Inc. of Ga. v. City of Sandy Springs*, 868 F.3d 1248, 1254 (11th Cir. 2017) (carrying "a motion to dismiss for mootness … with the case to oral argument" that the parties had already briefed). This Court often considers similar jurisdictional concerns alongside the merits. *See, e.g.*, *League of Women Voters of Fla. v. Fla. Secretary of State*, 66 F.4th 905, 945-46 (11th Cir. 2023) (addressing similar jurisdictional issue and merits in same opinion); *Lowman v. Federal Aviation Admin.*, 83 F.4th 1345, 1355-57 (11th Cir. 2023) (addressing standing and merits). Following that same approach here would allow for efficient resolution of this appeal, providing guidance for the parties, election officials, and the public.

The Republican Committees contacted the parties for their positions on this motion. The State consents to the motion. The NGP Plaintiffs do not oppose the

No. 23-13085, *In re: Georgia Senate Bill 202*

motion. The Georgia NAACP and the AME Plaintiffs consent to expediting consideration of the motion to consolidate, so long as the Court does not otherwise revise the schedule for the appeal.

For these reasons, the Republican Committees respectfully request that the Court expedite resolution of the motion to consolidate appeals 23-13085 and 23-13095, and carry any jurisdictional issues with the case.

Dated: December 14, 2023.                    Respectfully submitted,

                                             */s/ Gilbert C. Dickey*

William Bradley Carver, Sr.                  Patrick Strawbridge
HALL BOOTH SMITH, P.C.                       CONSOVOY MCCARTHY PLLC
191 Peachtree Street NE, Suite 2900          Ten Post Office Square
Atlanta, Georgia 30303                       8th Floor South PMB #706
(404) 954-5000                               Boston, MA 02109
BCarver@hallboothsmith.com                   (703) 243-9423
BDrennon@hallboothsmith.com                  patrick@consovoymccarthy.com

                                             Gilbert C. Dickey
                                             Conor D. Woodfin
                                             CONSOVOY MCCARTHY PLLC
                                             1600 Wilson Boulevard, Suite 700
                                             Arlington, VA 22209
                                             (703) 243-9423
                                             gilbert@consovoymccarthy.com
                                             conor@consovoymccarthy.com

*Counsel for RNC, NRSC, NRCC, and Georgia Republican Party*

4

No. 23-13085, *In re: Georgia Senate Bill 202*

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d)(2) because it contains 949 words, excluding the parts that can be excluded. This motion also complies with Rule 32(a)(5)-(6) because it has been prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: December 14, 2023                    */s/ Gilbert C. Dickey*

## CERTIFICATE OF SERVICE

I filed this motion with the Court via ECF, which will email everyone requiring notice.

Dated: December 14, 2023                    */s/ Gilbert C. Dickey*