# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13085

_____

In re:

GEORGIA SENATE BILL 202.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

_____

ORDER:

2                  Order of the Court                  23-13085

       The motion of Intervenors-Appellants Republican National Committee, the National Republican Senatorial Committee, the National Republican Congressional Committee, and the Georgia Republican Party to expedite a ruling on their motion to consolidate Case Numbers 23-13085 and 23-13095 and to carry the jurisdictional issues with the case is DENIED. The motion to consolidate stays briefing. 11th Cir. R. 31-1(b).


                                         /s/ Kevin C. Newsom
                                         UNITED STATES CIRCUIT JUDGE