# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13085

_____

In re:
GEORGIA SENATE BILL 202.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

_____

Before NEWSOM, BRANCH, and LAGOA, Circuit Judges.

BY THE COURT:

| | | |
|---|---|---|
| 2 | Order of the Court | 23-13085 |

This appeal is before the Court on Appellees-Cross Appellants' motion to dismiss the appeal for lack of appellate standing and the parties' responses to our jurisdictional question, which further inquired into certain parties' standing to appeal.

We agree with the parties that cross-appellant Southern Christian Leadership Conference, Inc. lacks standing because the district court granted its motion for voluntary dismissal. *See Wolff v. Cash 4 Titles*, 351 F.3d 1348, 1353 (11th Cir. 2003) (providing that only litigants who are aggrieved by an order may appeal). Accordingly, Southern Christian Leadership Conference, Inc. is DISMISSED from this appeal.

The motion to dismiss and the remaining standing issues are CARRIED WITH THE CASE. A final determination on the motion to dismiss and the standing issues will be made by the panel to whom this case is submitted after briefing on the merits is completed. In their merits briefs, the parties are not required to discuss standing in great detail, but they may do so as they deem necessary or appropriate.