# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

Nos. 23-13085, 23-13095

_____

In re:
GEORGIA SENATE BILL 202.

_____

Appeals from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

_____

ORDER:

2                         Order of the Court                         23-13085

Intervenors-Appellants' motion to consolidate is GRANTED. Case Number 23-13085 is consolidated with Case Number 23-13095 for briefing and merits disposition.

On its own motion, the Court STRIKES the opening brief filed in Case Number 23-13095 by Defendants-Appellants. Briefing in the consolidated appeals will proceed in accordance with Federal Rule of Appellate Procedure 28.1.

The consolidated initial briefs for Defendants-Appellants and for Intervenors-Appellants are due within 40 days after the date of this order.


/s/ Charles R. Wilson
UNITED STATES CIRCUIT JUDGE