# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

Nos. 23-13085, 23-13095

_____

In re:

GEORGIA SENATE BILL 202.

_____

Appeals from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

_____

ORDER:

| 2 | Order of the Court | 23-13085 |

Defendants-Appellants' motions to file separate briefs in consolidated Case Numbers 23-13085 and 23-13095 are DENIED. If required, Defendants-Appellants can move for leave to exceed the word limitation. *See* Fed. R. App. P. 32(a)(7); 11th Cir. R. 32-4.

The consolidated initial briefs for Defendants-Appellants and for Intervenors-Appellants are due on or before Monday, July 1, 2024.

/s/ Charles R. Wilson
UNITED STATES CIRCUIT JUDGE