Nos. 23-13085 and 23-13095

# In the United States Court of Appeals
# for the Eleventh Circuit

---

IN RE: GEORGIA SENATE BILL 202

---

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Master Case No. 1:21-mi-55555-JPB

---

## APPELLEES-CROSS-APPELLANTS' NOTICE OF WITHDRAWAL OF THEIR MOTION FOR LEAVE FOR EXCESS WORDS/PAGES ON CONSOLIDATED BRIEF

---

FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
(415) 875-2300

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Ste 900
Washington, D.C. 20005
(202) 662-8600

THE LAW OFFICE OF BRYAN SELLS, LLC
PO Box 5493
Atlanta, GA 31107
(404) 480-4212

LAW OFFICES OF GERRY WEBER, LLC
PO Box 5391
Atlanta, GA 31107
(404) 522-0507

*Attorneys for Plaintiffs-Appellees Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek Tribe*

NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.

| | |
|---|---|
| 40 Rector Street, 5th Floor | 700 14th Street NW, Ste |
| New York, NY 10006 | 600 |
| (212) 965-2200 | Washington, DC 20005 |
| | (202) 682-1300 |

ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
(678) 981-5295

ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836

SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Ste 340
Decatur, GA 30031
(404) 521-6700

*Attorneys for Plaintiffs-Appellees Sixth
District of the African Methodist Episcopal
Church, Delta Sigma Theta Sorority, Georgia
ADAPT, and Georgia Advocacy Office*

*Additional Counsel Information on Front
Pages*

*Attorneys for Plaintiffs-Appellees Georgia State Conference of the NAACP,
Georgia Coalition for the People's Agenda, Inc., League of Women Voters of
Georgia, Inc., GALEO Latino Community Development Fund, Inc.,
Common Cause, and the Lower Muskogee Creek Tribe:*

Laurence F. Pulgram
Armen Nercessian
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
(415) 875-2300

Catherine McCord
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
(212) 430-2690

Ezra D. Rosenberg
Julie M. Houk
Jennifer Nwachukwu
Heather Szilagyi
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
(202) 662-8600

Bryan L. Sells
THE LAW OFFICE OF BRYAN SELLS, LLC
PO Box 5493
Atlanta, GA 31107
(404) 480-4212

Gerald Weber
LAW OFFICES OF GERRY WEBER, LLC
PO Box 5391
Atlanta, GA 31107
(404) 522-0507

*Attorneys for Plaintiffs-Appellees Sixth District Of The African Methodist Episcopal Church, Delta Sigma Theta Sorority, Inc., Georgia Adapt, Georgia Advocacy Office, Georgia Muslim Voter Project, Latino Community Fund Of Georgia, The Arc Of The United States, and Women Watch Afrika:*

Leah C. Aden
Alaizah Koorji
John S. Cusick
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

Anuja Thatte
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
700 14th Street, NW
Washington, DC 20005
(202) 682-1300

Cory Isaacson
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
(678) 981-5295

Sophia Lin Lakin
Davin M. Rosborough
Jonathan Topaz
Dayton Campbell-Harris
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836

Bradley E. Heard
Pichaya Poy Winichakul
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30031
(404) 521-6700

### CERTIFICATE OF INTERESTED PERSONS AND
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3, Plaintiffs-Appellees Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, Lower Muskogee Creek Tribe, Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, and Georgia Advocacy Office certify that the following persons and entities have an interest in the outcome of this appeal:

1.  Abbott, Robert, *Defendant*

2.  Abudu, Nancy, *Former Attorney for Plaintiffs-Appellees*

3.  Adegbile, Debo, *Attorney for Plaintiffs-Appellees*

4.  Aden, Leah, *Attorney for Plaintiffs-Appellees*

5.  Advancement Project, *Attorneys for Plaintiffs-Appellees*

6.  Ameri, Mana, *Attorney for Plaintiffs-Appellees*

7.  American Civil Liberties Union Foundation of Georgia, Inc., *Attorneys for Plaintiffs-Appellees*

8.  American Civil Liberties Union Foundation, Inc., *Attorneys for Plaintiffs-Appellees*

9.  Andrews, Wanda, *Defendant*

10.     Aquino, Nora, *Plaintiff-Appellee*

11.     Asian Americans Advancing Justice-Asian Law Caucus, *Attorneys for Plaintiffs-Appellees*

12.     Asian Americans Advancing Justice-Atlanta, *Plaintiff-Appellee*

13.     Augusta Georgia Law Department, *Attorneys for Defendant*

14.     Ausburn, Deborah, *Attorney for Defendants-Appellants*

15.     Awuku, George, *Defendant*

16.     Banks, Marques, *Attorney for Plaintiffs-Appellees*

17.     Banter, James, *Attorney for Defendant*

18.     Barkdull, Annika Boone, *Attorney for Defendants-Appellants*

19.     Barnes, Sherry, *Defendant*

20.     Barron, Richard, *Defendant*

21.     Bartolomucci, Christopher, *Attorney for Defendants-Appellants*

22.     Beausoleil, William, *Attorney for Plaintiffs-Appellees*

23.     Beck Owen & Murray, *Attorneys for Defendant*

24.     Begakis, Steven, *Attorney for Intervenors-Appellants*

25.     Belichick, Joseph, *Attorney for Plaintiffs-Appellees*

26.     Bell, Jordan, *Attorney for Defendant*

27.     Bennette, Matletha, *Attorney for Plaintiffs-Appellees*

28.     Bibb County Board of Elections, *Defendant*

C-2

29.   Bibb County Board of Registrars, *Defendant*

30.   Black Voters Matter Fund, *Plaintiff-Appellee*

31.   Blender, Matthew, *Defendant*

32.   Bloodworth, Kristin, *Former Attorney for Defendant*

33.   Boulee, Honorable Jean-Paul ("J.P."), *United States District Court Judge*

34.   Bowman, Brad, *Attorney for Defendant*

35.   Boyle, Donald, *Attorney for Defendants-Appellants*

36.   Broder, Karl, *Attorney for Defendant*

37.   Brooks, Jessica, *Defendant*

38.   Brooks, Sofia, *Attorney for Plaintiffs-Appellees*

39.   Brown, Marcia, *Defendant*

40.   Bruning, Stephen, *Defendant*

41.   Bruning, Steven, *Defendant*

42.   Bryan, Bennett, *Attorney for Defendant*

43.   Burwell, Kaye, *Attorney for Defendant*

44.   Campbell-Harris, Dayton, *Attorney for Plaintiffs-Appellees*

45.   Carr, Christopher M., Attorney General of the State of Georgia, *Attorney for Defendants-Appellants*

46.   Carver, William, *Attorney for Intervenors-Appellants*

47.   Cathey, Thomas, *Former Attorney for Defendant*

48.  Chalmers, Adams, Backer & Kaufman, LLC, *Attorneys for Defendant*

49.  Chatham County Attorney, *Attorneys for Defendant*

50.  Chatham County Board of Elections, *Defendant*

51.  Chatham County Board of Registrars, *Defendant*

52.  Clarke County Board of Election and Voter Registration, *Defendant*

53.  Clayton County Board of Elections and Registration, *Defendant*

54.  Cobb County Board of Elections and Registration, *Defendant*

55.  Cochran, Ken, *Defendant*

56.  Columbia County Board of Elections, *Defendant*

57.  Columbia County Board of Registrars, *Defendant*

58.  Common Cause, *Plaintiff-Appellee*

59.  Consovoy McCarthy PLLC, *Attorney for Intervenors-Appellants*

60.  Cramer, Raisa, *Former Attorney for Plaintiffs-Appellees*

61.  Crawford, Teresa, *Defendant*

62.  Crowell & Moring, LLP, *Attorneys for Plaintiffs-Appellees*

63.  Cushman, Ann, *Defendant*

64.  Cusick, John, *Attorney for Plaintiffs-Appellees*

65.  Dasgupta, Riddhi, *Attorney for Defendants-Appellants*

66.  Dave, Charles, *Defendant*

67.  Davenport, Jennifer, *Attorney for Defendant*

68.  Davis Wright Tremaine LLP, *Attorneys for Plaintiffs-Appellees*

69.  Davis, Britton, *Former Attorney for Plaintiffs-Appellees*

70.  Day, Stephen, *Defendant*

71.  DeKalb County Board of Registrations and Elections, *Defendant*

72.  DeKalb County Law Department, *Attorneys for Defendant*

73.  Delta Sigma Theta Sorority, Inc., *Plaintiff-Appellee*

74.  Denmark, Emilie, *Attorney for Defendant*

75.  Dentons US LLP, *Attorney for Intervenors-Appellants*

76.  Deshazior, Zurich, *Defendant*

77.  DeThomas, Courtney, *Attorney for Plaintiffs-Appellees*

78.  Dianis, Judith, *Attorney for Plaintiffs-Appellees*

79.  Dickey, Gilbert, *Attorney for Intervenors-Appellants*

80.  Dicks, Terence, *Defendant*

81.  Dimmick, Brian, *Attorney for Plaintiffs-Appellees*

82.  DiStefano, Don, *Defendant*

83.  Doss, Travis, *Defendant*

84.  Dozier, Shauna, *Defendant*

85.  Drennon, Baxter, *Attorney for Intervenors-Appellants*

86.  Duffey, William, Jr., *Defendant-Appellant*;

87.  Duffie, Wanda, *Defendant*

88.  Durbin, Jauan, *Plaintiff-Appellee*

89.  Durso, Katherine, *Defendant*

90.  Edwards, Gregory, District Attorney for Dougherty County, *Defendant*

91.  Elias Law Group LLP, *Attorneys for Plaintiffs-Appellees*

92.  Ellington, Thomas, *Defendant*

93.  Enjeti-Sydow, Anjali, *Plaintiff-Appellee*

94.  Evans, James, *Attorney for Defendant*

95.  Evans, Rachel, *Attorney for Plaintiffs-Appellees*

96.  Evans-Daniel, Karen, *Defendant*

97.  Eveler, Janine, *Defendant*

98.  Exousia Lighthouse International C.M., Inc, *Former Plaintiff*

99.  Faith In Action Network, *Former Plaintiff*

100. Falk, Donald, *Attorney for Defendants-Appellants*

101. Fambrough, Willa, *Defendant*

102. Faransso, Tania, *Attorney for Plaintiffs-Appellees*

103. Farrell, Gregory, *Attorney for Plaintiffs-Appellees*

104. Feldsherov, Ilya, *Former Attorney for Plaintiffs-Appellees*

105. Fenwick & West, LLP, *Attorneys for Plaintiffs-Appellees*

106. Field, Brian, *Attorney for Defendants-Appellants*

107. First Congregational Church, United Church of Christ Incorporated, *Plaintiff-Appellee*

108. Fogelson, Matthew, *Attorney for Plaintiffs-Appellees*

109. Forsyth County Board of Voter Registrations and Elections, *Defendant*

110. Fortier, Lucas, *Former Attorney for Plaintiffs-Appellees*

111. Foster, Mikayla, *Attorney for Plaintiffs-Appellees*

112. Freeman Mathis & Gary, LLP, *Attorneys for Defendant*

113. Fulton County Attorney's Office, *Attorneys for Defendant*

114. Fulton County Registration and Elections Board, *Defendant*

115. Galeo Latino Community Development Fund, Inc., *Plaintiff-Appellee*

116. Gammage, Keith, *Defendant*

117. Gartland, Pat, *Defendant*

118. Gay, Nancy, *Defendant*

119. Geiger, Debra, *Defendant*

120. Georgia Adapt, *Plaintiff-Appellee*

121. Georgia Advocacy Office, *Plaintiff-Appellee*

122. Georgia Coalition for the People's Agenda, Inc., *Plaintiff-Appellee*

123. Georgia Department of Law, *Attorneys for Defendants-Appellants*

124. Georgia Latino Alliance for Human Rights, Inc., *Plaintiff-Appellee*

125. Georgia Muslim Voter Project, *Plaintiff-Appellee*

126. Georgia Republican Party, Inc., *Intervenor-Appellant*

127. Georgia State Conference of the NAACP, *Plaintiff-Appellee*

128. Georgia State Election Board, *Defendant*

129. Ghazal, Sara, *Defendant*

130. Gibbs, Fannie, *Plaintiff-Appellee*

131. Gillon, Thomas, *Defendant*

132. Givens, Diane, *Defendant*

133. Gossett, David, *Attorney for Plaintiffs-Appellees*

134. Greater Works Ministries Network, Inc., *Former Plaintiff*

135. Green, Tyler, *Attorney for Intervenors-Appellants*

136. Greenberg Traurig, LLP, *Attorneys for Defendant*

137. Groves, Angela, *Attorney for Plaintiffs-Appellees*

138. Gwinnett County Board of Registrations and Elections, *Defendant*

139. Gwinnett County Department of Law, *Attorneys for Defendant*

140. Hall Booth Smith, P.C., *Attorney for Intervenors-Appellants*

141. Hall County Board of Elections and Registration, *Defendant*

142. Hall County Government, *Attorneys for Defendant*

143. Hall, Dorothy, *Defendant*

144. Hall, John, *Attorney for Intervenors-Appellants*

145. Hamilton, Brittni, *Attorney for Plaintiffs-Appellees*

146. Hancock, Jack, *Attorney for Defendant*

147. Hart, Ralph, *Attorney for Defendant*

148. Hart, Twyla, *Defendant*

149. Hasselberg, Emily, *Attorney for Plaintiffs-Appellees*

150. Hayes, Vilia, *Attorney for Plaintiffs-Appellees*

151. Haynie, Litchfield & White, PC, *Attorneys for Defendant*

152. Hazard, Joel, *Defendant*

153. Heard, Bradley, *Attorney for Plaintiffs-Appellees*

154. Heimes, Marianne, *Defendant*

155. Henseler, James, *Attorney for Plaintiffs-Appellees*

156. Herren, Thomas, *Attorney for Plaintiffs-Appellees*

157. Hiatt, Alexandra, *Attorney for Plaintiffs-Appellees*

158. Ho, Dale, *Former Attorney for Plaintiffs-Appellees*

159. Hodge, Malinda, *Defendant*

160. Houk, Julie, *Attorney for Plaintiffs-Appellees*

161. Hoyos, Luis, *Attorney for Plaintiffs-Appellees*

162. Hughes Hubbard & Reed, *Attorneys for Plaintiffs-Appellees*

163. Hughes, Aileen, *Attorney for Plaintiffs-Appellees*

164. Hull Barrett, PC, *Attorneys for Defendant*

165. Ingram, Randy, *Defendant*

166. Isaacson, Cory, *Attorney for Plaintiffs-Appellees*

167. Jacoutot, Bryan, *Attorney for Defendants-Appellants*

168. Jaffe, Erik, *Attorney for Defendants-Appellants*

169. Jahangiri, Mahroh, *Former Attorney for Plaintiffs-Appellees*

170. Jaikumar, Arjun, *Former Attorney for Plaintiffs-Appellees*

171. James-Bates-Brannan-Groover-LLP, *Attorneys for Defendant*

172. Jarrard & Davis, LLP, *Attorneys for Defendant*

173. Jasrasaria, Jyoti, *Former Attorney for Plaintiffs-Appellees*

174. Jaugstetter, Patrick, *Attorney for Defendant*

175. Jedreski, Matthew, *Attorney for Plaintiffs-Appellees*

176. Jester, Alfred, *Defendant*

177. Jester, Nancy, *Defendant*

178. Jhaveri, Sejal, *Attorney for Plaintiffs-Appellees*

179. Johnson, Aaron, *Defendant*

180. Johnson, Ben, *Defendant*

181. Johnson, Darlene, *Defendant*

182. Johnson, Melinda, *Attorney for Plaintiffs-Appellees*

183. Johnston, Janice, *Defendant*

184. Joiner, Amelia, *Attorney for Defendant*

185. Kanu, Nkechi, *Attorney for Plaintiffs-Appellees*

186. Kaplan, Mike, *Defendant*

187. Kastorf Law, LLC, *Attorneys for Plaintiffs-Appellees*

188. Kastorf, Kurt, *Attorney for Plaintiffs-Appellees*

189. Kaufman, Alex, *Attorney for Intervenors-Appellants*

190. Keker Van Nest & Peters LLP, *Attorneys for Plaintiffs-Appellees*

191. Kemp, Brian, Governor of the State of Georgia, *Defendant-Appellant*

192. Kennedy, David, *Defendant*

193. Kennedy, Kate, *Attorney for Plaintiffs-Appellees*

194. Keogh, William, *Attorney for Defendant*

195. Khan, Sabrina, *Attorney for Plaintiffs-Appellees*

196. Kim, Danielle, *Attorney for Plaintiffs-Appellees*

197. Kingsolver, Justin, *Attorney for Plaintiffs-Appellees*

198. Klein, Spencer, *Attorney for Plaintiffs-Appellees*

199. Knapp, Halsey, *Attorney for Plaintiffs-Appellees*

200. Koorji, Alaizah, *Attorney for Plaintiffs-Appellees*

201. Krevolin & Horst, LLC, *Attorneys for Plaintiffs-Appellees*

202. Kucharz, Kevin, *Attorney for Defendant*

203. Lakin, Sophia, *Attorney for Plaintiffs-Appellees*

204. Lam, Leo, *Attorney for Plaintiffs-Appellees*

205. Lang, Antan, *Defendant*

206. LaRoss, Diane, *Attorney for Defendants-Appellants*

207. Latino Community Fund of Georgia, *Plaintiff-Appellee*

208. Lauridsen, Adam, *Attorney for Plaintiffs-Appellees*

209. Law Office of Gerald R Weber, LLC, *Attorneys for Plaintiffs-Appellees*

210. Lawyers' Committee for Civil Rights Under Law, *Attorneys for Plaintiffs-Appellees*

211. League of Women Voters of Georgia, Inc., *Plaintiff-Appellee*

212. Leung, Kimberly, *Attorney for Plaintiffs-Appellees*

213. Lewis, Anthony, *Defendant*

214. Lewis, Joyce, *Attorney for Plaintiffs-Appellees*

215. Lin, Stephanie, *Attorney for Plaintiffs-Appellees*

216. Lindsey, Edward, *Defendant*

217. Lower Muskogee Creek Tribe, *Plaintiff-Appellee*

218. Lowman, David, *Attorney for Defendant*

219. Ludwig, Jordan, *Attorney for Plaintiffs-Appellees*

220. Luth, Barbara, *Defendant*

221. Ma, Eileen, *Attorney for Plaintiffs-Appellees*

222. Mack, Rachel, *Attorney for Defendant*

223. Mahoney, Thomas, *Defendant*

224. Manifold, Zach, *Defendant*

225.  Martin, Grace Simms, *Attorney for Defendant*

226.  Mashburn, Matthew, *Defendant-Appellant*

227.  May, Caitlin, *Attorney for Plaintiffs-Appellees*

228.  McAdams, Issac, *Defendant*

229.  McCandless, Spencer, *Former Attorney for Plaintiffs-Appellees*

230.  McCarthy, Thomas, *Attorney for Intervenors-Appellants*

231.  McClain, Roy, *Defendant*

232.  McCord, Catherine, *Attorney for Plaintiffs-Appellees*

233.  McFalls, Tim, *Defendant*

234.  McFarland, Ernest, *Attorney for Plaintiffs-Appellees*

235.  McGowan, Charlene, *Former Attorney for Defendants-Appellants*

236.  Mcrae, Colin, *Defendant*

237.  Melcher, Molly, *Attorney for Plaintiffs-Appellees*

238.  Metropolitan Atlanta Baptist Ministers Union, Inc., *Plaintiff-Appellee*

239.  Mijente, Inc., *Former Plaintiff*

240.  Miller, Nicholas, *Attorney for Defendants-Appellants*

241.  Milord, Sandy, *Attorney for Defendant*

242.  Minnis, Terry, *Attorney for Plaintiffs-Appellees*

243.  Mizner, Susan, *Attorney for Plaintiffs-Appellees*

244.  Mocine-McQueen, Marcos, *Attorney for Plaintiffs-Appellees*

245. Momo, Shelley, *Attorney for Defendant*

246. Morrison, Tina, *Attorney for Plaintiffs-Appellees*

247. Mosbacher, Jennifer, *Defendant*

248. Motter, Susan, *Defendant*

249. Murchie, Laura, *Attorney for Plaintiffs-Appellees*

250. Murray, Karen, *Defendant*

251. NAACP Legal Defense and Education Fund, Inc., *Attorneys for Plaintiffs-Appellees*

252. National Association for the Advancement of Colored People, Inc., *Parent Corporation of Georgia State Conference of the NAACP*

253. National Republican Congressional Committee, *Intervenor-Appellant*

254. National Republican Senatorial Committee, *Intervenor-Appellant*

255. Natt, Joel, *Defendant*

256. Nemeth, Miriam, *Former Attorney for Plaintiffs-Appellees*

257. Nercessian, Armen, *Attorney for Plaintiffs-Appellees*

258. New Birth Missionary Baptist Church, Inc., *Plaintiff*

259. Newland, James, *Defendant*

260. Nguyen, Candice, *Attorney for Plaintiffs-Appellees*

261. Nguyen, Phi, *Former Attorney for Plaintiffs-Appellees*

262. Nkwonta, Uzoma, *Attorney for Plaintiffs-Appellees*

263.  Noa, Jack, *Defendant*

264.  Noland Law Firm, LLC, *Attorneys for Defendant*

265.  Noland, William, *Attorney for Defendant*

266.  Norris, Cameron, *Attorney for Intervenors-Appellants*

267.  Norse, William, *Defendant*

268.  Nwachukwu, Jennifer, *Attorney for Plaintiffs-Appellees*

269.  O'Brien, James, *Defendant*

270.  O'Connor, Eileen, *Attorney for Plaintiffs-Appellees*

271.  O'Lenick, Alice, *Defendant*

272.  Olm, Rylee, *Attorney for Plaintiffs-Appellees*

273.  Oxford, Neil, *Attorney for Plaintiffs-Appellees*

274.  Paik, Steven, *Plaintiff-Appellee*

275.  Pant, Shontee, *Attorney for Plaintiffs-Appellees*

276.  Paradise, Loree, *Former Attorney for Defendants-Appellants*

277.  Parker, Warrington, *Attorney for Plaintiffs-Appellees*

278.  Pelletier, Susan, *Former Attorney for Plaintiffs-Appellees*

279.  Petrany, Stephen, *Attorney for Defendants-Appellants*

280.  Porter, Megan, *Former Attorney for Plaintiffs-Appellees*

281.  Powell, Laura E., *Attorney for Plaintiffs-Appellees*

282.  Prince, Joshua, *Former Attorney for Defendants-Appellants*

283. Pulgram, Laurence, *Attorney for Plaintiffs-Appellees*

284. Pullar, Patricia, *Defendant*

285. Qadir, Hunaid, *Defendant*

286. Radzikinas, Carla, *Defendant*

287. Raffensperger, Brad, Secretary of State of Georgia, *Defendant-Appellant*

288. Raffle, Rocky, *Defendant*

289. Ramahi, Zainab, *Attorney for Plaintiffs-Appellees*

290. Rich, James, *Attorney for Plaintiffs-Appellees*

291. Richardson, Jasmyn, *Attorney for Plaintiffs-Appellees*

292. Richmond County Board of Elections, *Defendant*

293. Ringer, Cheryl, *Former Attorney for Defendant*

294. Rise, Inc., *Plaintiff-Appellee*

295. Rodriguez, Anthony, *Defendant*

296. Rosborough, Davin, *Attorney for Plaintiffs-Appellees*

297. Rosenberg, Ezra, *Attorney for Plaintiffs-Appellees*

298. Rosenberg, Steven, *Former Attorney for Defendant*

299. Rusciano, Megan, *Attorney for Plaintiffs-Appellees*

300. Russ, John, *Attorney for Plaintiffs-Appellees*

301. Ruth, Kathleen, *Defendant*

302. Ryan, Elizabeth, *Attorney for Plaintiffs-Appellees*

303. Sabzevari, Arash, *Attorney for Defendant*

304. Sachdeva, Niharika, *Attorney for Plaintiffs-Appellees*

305. Samuel Dewitt Proctor Conference, Inc., *Former Plaintiff*

306. Sankofa United Church of Christ Limited, *Former Plaintiff*

307. Schaerr | Jaffe LLP, *Attorneys for Defendants-Appellants*

308. Schaerr, Gene, *Attorney for Defendants-Appellants*

309. Scott, William, *Former Attorney for Defendant*

310. Seals, Veronica, *Defendant*

311. Segarra, Esperanza, *Former Attorney for Plaintiffs-Appellees*

312. Sells, Bryan, *Attorney for Plaintiffs-Appellees*

313. Shah, Niyati, *Attorney for Plaintiffs-Appellees*

314. Sheats, Gala, *Defendant*

315. Shelly, Jacob, *Attorney for Plaintiffs-Appellees*

316. Shirley, Adam, *Defendant*

317. Sieff, Adam, *Attorney for Plaintiffs-Appellees*

318. Silas, Tori, *Defendant*

319. Sixth District of the African Methodist Episcopal Church, *Plaintiff-Appellee*

320. Smith, Casey, *Attorney for Plaintiffs-Appellees*

321. Smith, Dele, *Defendant*

322. Smith, Mandi, *Defendant*

323. Solh, Chahira, *Attorney for Plaintiffs-Appellees*

324. Solomon, Elbert, *Plaintiff-Appellee*

325. Sosebee, Charlotte, *Defendant*

326. Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

327. Sowell, Gregory, *Attorney for Defendant*

328. Sparks, Adam, *Attorney for Plaintiffs-Appellees*

329. Squiers, Cristina, *Attorney for Defendants-Appellants*

330. Stewart Melvin & Frost, LLP, *Attorneys for Defendant*

331. Strawbridge, Patrick, *Attorney for Intervenors-Appellants*

332. Sumner, Stuart, *Attorney for Intervenors-Appellants*

333. Sung, Connie, *Attorney for Plaintiffs-Appellees*

334. Swift, Karli, *Defendant*

335. Szilagyi, Heather, *Attorney for Plaintiffs-Appellees*

336. Tatum, Tobias, *Attorney for Defendants-Appellants*

337. Taylor English Duma LLP, *Attorneys for Defendants-Appellants*

338. Taylor, Wandy, *Defendant*

339. Thatte, Anuja, *Attorney for Plaintiffs-Appellees*

340. The ACLU Foundation Disability Rights Program, *Attorneys for Plaintiffs-Appellees*

341. The Arc of the United States, *Plaintiff-Appellee*

342. The Concerned Black Clergy of Metropolitan Atlanta, Inc., *Plaintiff-Appellee*

343. The Georgia State Election Board, *Defendant*

344. The Justice Initiative, Inc., *Plaintiff-Appellee*

345. The Law Office of Bryan L. Sells, LLC, *Attorneys for Plaintiffs-Appellees*

346. The New Georgia Project, *Plaintiff-Appellee*

347. The Republican National Committee, *Intervenor-Appellant*

348. The State of Georgia, *Defendant-Appellant*

349. The United States of America, *Plaintiff-Appellee*

350. The Urban League of Greater Atlanta, Inc., *Former Plaintiff-Appellee*

351. Thomas, Ethan, *Attorney for Plaintiffs-Appellees*

352. Thompson, Grace, *Attorney for Plaintiffs-Appellees*

353. Till, Ann, *Defendant*

354. Topaz, Jonathan, *Attorney for Plaintiffs-Appellees*

355. Trent, Edward, *Attorney for Defendants-Appellants*

356. Tucker, William, *Attorney for Plaintiffs-Appellees*

357. Tyson, Bryan, *Attorney for Defendants-Appellants*

358. Uddullah, Angelina, *Plaintiff-Appellee*

359. Unger, Jess, *Attorney for Plaintiffs-Appellees*

360. United States Department of Justice, *Attorneys for Plaintiffs-Appellees*

361.  Van Stephens, Michael, *Attorney for Defendant*

362.  Vander Els, Irene, *Former Attorney for Defendant*

363.  Varghese, George, *Attorney for Plaintiffs-Appellees*

364.  Varner, Johnny, *Defendant*

365.  Vasquez, Jorge, *Former Attorney for Plaintiffs-Appellees*

366.  Vaughan, Elizabeth, *Former Attorney for Defendants-Appellants*

367.  Waite, Tristen, *Attorney for Defendant*

368.  Wakschlag, Shira, *Attorney for Plaintiffs-Appellees*

369.  Wang, Emily, *Attorney for Plaintiffs-Appellees*

370.  Wardenski, Joseph, *Former Attorney for Plaintiffs-Appellees*

371.  Ward-Packard, Samuel, *Attorney for Plaintiffs-Appellees*

372.  Webb, Brian K., *Attorney for Defendants-Appellants*

373.  Weber, Gerald, *Attorney for Plaintiffs-Appellees*

374.  Weigel, Daniel, *Attorney for Defendants-Appellants*

375.  Wesley, Carol, *Defendant*

376.  White, Daniel, *Attorney for Defendant*

377.  White, William, *Attorney for Intervenors-Appellants*

378.  Wiggins, Larry, *Defendant*

379.  Wilberforce, Nana, *Attorney for Plaintiffs-Appellees*

380.  Wilborn, Eric, *Attorney for Defendant*

381. Willard, Russell D., *Attorney for Defendants-Appellants*

382. Williams, Gilda, *Former Attorney for Plaintiffs-Appellees*

383. Williams, Tuwanda, *Former Attorney for Defendant*

384. Wilmer Cutler Pickering Hale and Dorr LLP, *Attorneys for Plaintiffs-Appellees*

385. Wilson, Jacob, *Attorney for Defendant*

386. Wilson, Melanie, *Attorney for Defendant*

387. Wingate, Mark, *Defendant*

388. Winichakul, Pichaya, *Attorney for Plaintiffs-Appellees*

389. Women Watch Afrika, *Plaintiff-Appellee*

390. Woodfin, Conor, *Attorney for Intervenors-Appellants*

391. Woolard, Cathy, *Defendant*

392. Wurtz, Lori, *Defendant*

393. Yoon, Meredyth, *Attorney for Plaintiffs-Appellees*

394. Young, Sean, *Former Attorney for Plaintiffs-Appellees*

395. Zatz, Clifford, *Attorney for Plaintiffs-Appellees*

Members of the above-named Plaintiff-Appellee groups and residents of the State of Georgia also have an interest in the outcome of this appeal.

Except Plaintiff-Appellee Georgia State Conference of the National Association for the Advancement of Colored People (whose parent corporation is

National Association for the Advancement of Colored People, Inc.), none of the above parties has a parent corporation, and no corporation owns 10% or more of any party's stock. No publicly traded company or corporation has an interest in the outcome of this case or appeal.

Per Eleventh Circuit Rule 26.1-2(c), Appellees certify that the certificate of interested persons contained in this motion is complete.

| | |
|---|---|
| Dated: August 20, 2024 | Respectfully Submitted |
| Laurence F. Pulgram<br>Armen Nercessian<br>FENWICK & WEST LLP<br>555 California Street<br>San Francisco, CA  94104<br>(415) 875-2300<br><br>Joseph S. Belichick<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041-2008<br>(650) 988-8500<br><br>Catherine McCord<br>FENWICK & WEST LLP<br>902 Broadway, Suite 14<br>New York, NY 10010<br>(212) 430-2690<br><br>Vilia Hayes<br>Neil Oxford<br>Gregory Farrell<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza | Ezra D. Rosenberg<br>Julie M. Houk<br>Jennifer Nwachukwu<br>Heather Szilagyi<br>LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>(202) 662-8600<br><br>Bryan L. Sells<br>THE LAW OFFICE OF<br>BRYAN SELLS, LLC<br>PO Box 5493<br>Atlanta, GA 31107<br>(404) 480-4212<br>Gerald Weber<br>LAW OFFICES OF<br>GERRY WEBER, LLC<br>PO Box 5391<br>Atlanta, GA 31107<br>(404) 522-0507 |

New York, NY 10004-1482
(212) 837-6000

*Attorneys for Plaintiffs-Appellees
Georgia State Conference of the
NAACP, Georgia Coalition for the
People's Agenda, Inc., League of
Women Voters of Georgia, Inc.,
GALEO Latino Community
Development Fund, Inc., Common
Cause, and the Lower Muskogee Creek
Tribe*

Sophia Lin Lakin
Davin M. Rosborough
Jonathan Topaz
Dayton Campbell-Harris
Casey Smith
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836

Susan P. Mizner
ACLU FOUNDATION
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Brian Dimmick
ACLU FOUNDATION
915 15th Street NW
Washington, D.C. 20005
(202) 731-2395

Caitlin May
Cory Isaacson
ACLU FOUNDATION OF
GEORGIA, INC.
P.O. Box 77208

Anuja Thatte
NAACP LEGAL DEFENSE AND
EDUCATION FUND, INC.
700 14th Street, NW
Washington, DC 20005
(202) 682-1300

P. Adegbile
Alexandra Hiatt
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

George P. Varghese
Stephanie Lin
Lucas Fortier
Sofia Brooks
Mikayla Foster
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

| | |
|---|---|
| Atlanta, GA 30357<br>(678) 981-5295<br><br>Leah C. Aden<br>John S. Cusick<br>Alaizah Koorj<br>NAACP LEGAL DEFENSE AND<br>EDUCATIONAL FUND, INC.<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>(212) 965-2200<br><br>*Attorneys for Plaintiffs-Appellees Sixth District Of The African Methodist Episcopal Church, Delta Sigma Theta Sorority, Inc., Georgia Adapt, Georgia Advocacy Office, Georgia Muslim Voter Project, Latino Community Fund Of Georgia, The Arc Of The United States, and Women Watch Afrika* | Tania Faranasso<br>Laura E. Powell<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>1875 Pennsylvania Ave. NW<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br><br>Nana Wilberforce<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>350 South Grand Ave., Ste. 2400<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300 |

Appellees-Cross-Appellants[1] in the consolidated appeals of Case Numbers 23-13085 and 23-13095 hereby withdraw their previously filed motion for leave, pursuant to 11th Circuit Rule 32-4, to file a consolidated response and principal cross-appeal brief that exceeds the word limit prescribed by Federal Rule of Appellate Procedure 28.1(e)(2).  Dkt. 139 (23-13085); Dkt. 117 (23-13095).  Given this withdrawal, the Court need not take any further action on Appellees-Cross-Appellants' request for additional words.

| Dated: August 20, 2024 | Respectfully Submitted |
|---|---|
| Laurence F. Pulgram<br>Armen Nercessian<br>FENWICK & WEST LLP<br>555 California Street<br>San Francisco, CA  94104<br>(415) 875-2300<br><br>Joseph S. Belichick<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041-2008 | Ezra D. Rosenberg<br>Julie M. Houk<br>Jennifer Nwachukwu<br>Heather Szilagyi<br>LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>(202) 662-8600 |

---

[1] Appellees-Cross-Appellants consist of two plaintiffs groups: Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek Tribe (the "Georgia NAACP Plaintiffs") and Plaintiffs Sixth District Of The African Methodist Episcopal Church, Delta Sigma Theta Sorority, Inc., Georgia Adapt, Georgia Advocacy Office, Georgia Muslim Voter Project, Latino Community Fund Of Georgia, The Arc Of The United States, and Women Watch Afrika (the "AME Plaintiffs").

(650) 988-8500

Catherine McCord
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
(212) 430-2690

Vilia Hayes
Neil Oxford
Gregory Farrell
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Plaintiffs-Appellees
Georgia State Conference of the
NAACP, Georgia Coalition for the
People's Agenda, Inc., League of
Women Voters of Georgia, Inc.,
GALEO Latino Community
Development Fund, Inc., Common
Cause, and the Lower Muskogee Creek
Tribe*

Sophia Lin Lakin
Davin M. Rosborough
Jonathan Topaz
Dayton Campbell-Harris
Casey Smith
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836

Susan P. Mizner
ACLU FOUNDATION
39 Drumm Street

Bryan L. Sells
THE LAW OFFICE OF
BRYAN SELLS, LLC
PO Box 5493
Atlanta, GA 31107
(404) 480-4212

Gerald Weber
LAW OFFICES OF
GERRY WEBER, LLC
PO Box 5391
Atlanta, GA 31107
(404) 522-0507

Anuja Thatte
NAACP LEGAL DEFENSE AND
EDUCATION FUND, INC.
700 14th Street, NW
Washington, DC 20005
(202) 682-1300

P. Adegbile
Alexandra Hiatt
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007

San Francisco, CA 94111
(415) 343-0781
Brian Dimmick
ACLU FOUNDATION
915 15th Street NW
Washington, D.C. 20005
(202) 731-2395

Caitlin May
Cory Isaacson
ACLU FOUNDATION OF
GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
(678) 981-5295

Leah C. Aden
John S. Cusick
Alaizah Koorj
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

*Attorneys for Plaintiffs-Appellees Sixth
District Of The African Methodist
Episcopal Church, Delta Sigma Theta
Sorority, Inc., Georgia Adapt, Georgia
Advocacy Office, Georgia Muslim
Voter Project, Latino Community Fund
Of Georgia, The Arc Of The United
States, and Women Watch Afrika*

Telephone: (212) 230-8800

George P. Varghese
Stephanie Lin
Lucas Fortier
Sofia Brooks
Mikayla Foster
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

Tania Faranasso
Laura E. Powell
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000

Nana Wilberforce
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Ave., Ste. 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300