# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

Nos. 23-13085, 23-13095

_____

In re:

GEORGIA SENATE BILL 202.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

_____

ORDER:

2                  Order of the Court                  23-13085

       The motions of Honest Elections Project and Elections Confidence Incorporated for leave to file amicus briefs in support of reversal are GRANTED.


/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE