# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

Nos. 23-13085, 23-13095

_____

In re:

GEORGIA SENATE BILL 202.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

_____

ORDER:

| 2 | Order of the Court | 23-13085 |

The motions of Constitutional Accountability Center and New Disabled South for leave to file amicus briefs in support of affirmance are GRANTED.

/s/ Charles R. Wilson
UNITED STATES CIRCUIT JUDGE