Nos. 23-13085 and 23-13095

In the United States Court of Appeals
for the Eleventh Circuit

I<small>N RE</small>: G<small>EORGIA</small> S<small>ENATE</small> B<small>ILL</small> 202

O<small>N</small> A<small>PPEAL FROM THE</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>
<small>FOR THE</small> N<small>ORTHERN</small> D<small>ISTRICT OF</small> G<small>EORGIA</small>

Master Case No. 1:21-mi-55555-JPB

## CONSOLIDATED SECOND SUPPLEMENTAL APPENDIX OF APPELLEES-CROSS-APPELLANTS

F<small>ENWICK</small> & W<small>EST</small> LLP
555 California Street
San Francisco, CA 94104
(415) 875-2300

L<small>AWYERS</small>' C<small>OMMITTEE</small> F<small>OR</small>
C<small>IVIL</small> R<small>IGHTS</small> U<small>NDER</small> L<small>AW</small>
1500 K Street NW, Ste 900
Washington, D.C. 20005
(202) 662-8600

T<small>HE</small> L<small>AW</small> O<small>FFICE</small> O<small>F</small> B<small>RYAN</small> S<small>ELLS</small>, LLC
PO Box 5493
Atlanta, GA 31107
(404) 480-4212

L<small>AW</small> O<small>FFICES</small> O<small>F</small> G<small>ERRY</small> W<small>EBER</small>, LLC
PO Box 5391
Atlanta, GA 31107
(404) 522-0507

*Attorneys for Plaintiffs-Appellees-Cross-Appellants Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek Tribe*

*Additional Counsel Information on Front Pages*

*Attorneys for Plaintiffs-Appellees-Cross-Appellants Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek Tribe:*

Laurence F. Pulgram
Armen Nercessian
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
(415) 875-2300

Catherine McCord
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
(212) 430-2690

Julie M. Houk
Jennifer Nwachukwu
Heather Szilagyi
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
(202) 662-8600

Bryan L. Sells
THE LAW OFFICE OF BRYAN SELLS, LLC
PO Box 5493
Atlanta, GA 31107
(404) 480-4212

Gerald Weber
LAW OFFICES OF GERRY WEBER, LLC
PO Box 5391
Atlanta, GA 31107
(404) 522-0507

*Attorneys for Plaintiffs-Appellees-Cross-Appellants Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, Georgia Muslim Voter Project, Latino Community Fund of Georgia, The Arc of the United States, and Women Watch Afrika:*

Sophia Lin Lakin
Davin M. Rosborough
Jonathan Topaz
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836

Leah C. Aden
Alaizah Koorji
John S. Cusick
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

Anuja Thatte
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
700 14th Street, NW
Washington, DC 20005
(202) 682-1300

Bradley E. Heard
Pichaya Poy Winichakul
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30031
(404) 521-6700

Cory Isaacson
Caitlin May
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357

(678) 981-5295

Debo P. Adegbile
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Tania Faranasso
Laura E. Powell
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
(202) 663-6000

George P. Varghese
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

# Index of Second Supplemental Appendix

| Docket Entry | Description | Page |
|---|---|---|
| 582-3 | Absentee Ballot Envelope (Exhibit B to State Defendants' Response in Opposition to Motion for a Preliminary Injunction) | 975 |

# DE 582-03

# EXHIBIT B

FACE: SCREEN 40%

**OFFICIAL ABSENTEE BALLOT**
**BOARD OF REGISTRARS**

PROOF

OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service

First class postage required. Place correct postage here.

**Official absentee ballot**

**Return envelope**

From

| For official use only | Date/time received | | Certified and approved by | |
|---|---|---|---|---|

### If someone helped you vote your ballot

**Oath of person assisting voter**
I, the undersigned, do swear (or affirm) that I assisted the voter named on this envelope in marking their absentee ballot as they personally communicated their preferences to me; and that the voter is entitled to receive assistance in voting under provisions of subsection (b) of Code Section 21-2-385. I acknowledge that assisting a voter who is not eligible for assistance in completing this application violates Georgia law and is punishable by a fine up to $100,000, imprisonment for up to 10 years, or both.

**Reason for assistance**
☐ Unable to read the English language
☐ Requires assistance due to physical disability

**Signature of person assisting the voter**     **Date (MM/DD/YYYY)**
X _____     _____

**Printed name of person assisting the voter**
_____

### Return your ballot promptly
Your ballot must be **received** at the County Elections Office by 7:00 PM on Election Day.

**You can**
- Mail it (be sure you have enough postage).
- Drop it at an authorized drop box in your county.
- Deliver it yourself to your county elections office.

### Check carefully! Did you...
☐ Read and sign the voter oath?
☐ Enter your date of birth?
☐ Check that your identification information is entered accurately and written clearly?
☐ Put your ballot in the privacy envelope and place it inside this envelope?

Oath Envelope.2021

This proof is submitted for your review and approval. It is supplied for content, layout, and version review and does not reflect paper or ink match. Please review your proof carefully.

CONFIDENTIAL

976

CDR01322537

## Voter Oath

I, the undersigned, do swear (or affirm) that
- I am a citizen of the United States and of the State of Georgia.
- I am not currently serving a sentence for conviction of a felony.
- I reside at the address where I am registered to vote.
- I am eligible to vote by absentee ballot.
- I have not marked or mailed any other absentee ballot, nor shall I vote in person.
- I have marked and sealed this ballot in private and have not allowed any unauthorized person to observe me voting or how the ballot was voted.
- I will not give this ballot to any person not authorized by law to deliver or return ballots.

I understand the instructions and that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.

**You must personally sign this oath.** Signing this oath on behalf of another voter and/or providing false information on this envelope violates Georgia law and is punishable by a fine up to $100,000, imprisonment for up to 10 years, or both.

**Voter, sign here**

X

**Printed name of the voter**

## Voter Identification

Print carefully. This information will be used to verify your identity before counting your ballot.

My date of birth *(MM/DD/YYYY)* _____

Number of my Georgia driver's license or state identification card issued by the Department of Driver Services

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**OR** ☐ I do not have a Georgia driver's license or ID. The last 4 digits of my Social Security No. are ☐ ☐ ☐ ☐

**OR** ☐ I do not have a Georgia driver's license or ID or a Social Security Number **AND** I have placed in this envelope a copy of one of the forms of identification listed in the absentee ballot instructions.

BACK; HEAD TO HEAD

B-1A   81101681179

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I served this appendix by electronically filing it with this Court's ECF system, which constitutes service on all attorneys who have appeared in this case and are registered to use the ECF system.

 /s/ Laurence Pulgram
Laurence Pulgram
