# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| IN RE : GEORGIA SENATE BILL 202 | **Case No. 23-13085** <br> (Related Case 23-13095) |

## MOTION TO WITHDRAW AS COUNSEL

Julie Houk, counsel for Plaintiffs-Appellees Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe, (hereinafter "Plaintiffs-Appellees"), hereby requests that this Court enter an order permitting the withdrawal of Ezra D. Rosenberg as counsel for Plaintiffs-Appellees as he has left the employment of the Lawyers' Committee for Civil Rights Under Law. Plaintiffs-Appellees will continue to be represented by counsel at Lawyers' Committee for Civil Rights Under Law, Fenwick & West, LLP, Hughes Hubbard & Reed, LLP, Law Office of Bryan Sells, LLC, and Law Offices of Gerry Weber, LLC.

WHEREFORE, Julie Houk respectfully requests that this Court enter an order granting this motion and permitting Ezra D. Rosenberg to withdraw from this action as counsel of record for Plaintiffs-Appellees.

Respectfully submitted this 3rd day of February, 2025,

/s/ *Julie Houk*
Julie Houk
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8345
jhouk@lawyerscommittee.org

*Counsel for Plaintiffs-Appellees*

## CERTIFICATION OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1 and 26.1-2, I hereby state that the Certificates of Interested Parties and Corporate Disclosure Statement previously filed are complete and correct with respect to Plaintiffs-Appellees.

*/s/ Julie Houk*
Julie Houk

## CERTIFICATION OF COMPLIANCE

This motion complies with Fed. R. App. P. 27(d) because it contains 142 words, excluding the parts that may be excluded. This response also complies with Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface, 14-point Times New Roman font.

*/s/ Julie Houk*
Julie Houk

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically serves all counsel of record.

*/s/ Julie Houk*
Julie Houk