United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                In Replying Give Number
Clerk                                                                                Of Case and Names of Parties

April 4, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **AUGUST 11, 2025, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).  An amicus curiae may participate in oral argument only with the Court's permission.  See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.  PLEASE REFER TO CALENDAR #21.***

| Case No. | Case Name |
|---|---|
| 24-11099 | Elnoria Howell v. Baldwin County Board of Education, et al. (REVISED ARGUMENT DATE) |
| 24-10875 | Florida Agency for Health Care Administration, et al. v. Administrator for the Centers of Medicare & Medicaid Services, et al. |
| 24-10041 | United States v. Krystal Pinkins |
| 24-11091 | Samantha Markle v. Meghan Markle |
| 24-11398 | Allied Property & Casualty Insurance Company, et al. v. Bloodworth Wholesale Drugs Inc. |
| 24-10223 | Dish Network L.L.C. v. Gaby Fraifer, et al. |
| 24-10131 & 24-11499 | United States v. Jason Starr, et al. |
| 24-10938 | United States v. Hassan Jones |
| 24-11192 | Eboni Williams, et al. v. Gerald Shapiro, et al. |
| 24-11548 | Clara Aranda, et al. v. Commissioner of Social Security |
| 24-12482 | Great Bowery Inc. v. Consequence Sound LLC, et al. |
| 24-13131 | Pamela Smothers v. Walker County |
| 23-13085 & 23-13095 | In re:  Georgia Senate Bill 202 |
| 24-12148 | Jon Hoak, et al. v. NCR, et al. |
| 23-13642 | United States v. Anthony Blair |
| 24-11487 | Luis Rodriguez, et al. v. Imperial Brands, PLC, et al. |