# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing | HEARING LOCATION<br><br>Courtroom 339<br>Elbert P. Tuttle United States Court of Appeals Building<br>56 Forsyth Street, N.W.<br>ATLANTA, GEORGIA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |
| Clerk's Office<br>56 Forsyth Street, N.W.<br>Atlanta, Georgia  30303<br>(404) 335-6131 | | |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:


### MONDAY, AUGUST 11, 2025
### (COURT WILL CONVENE AT 2:00 P.M. FOR MONDAY ONLY\*\*)

| | |
|---|---|
| 23-12360 | United States v. Bernard Louis-Jean, Appellant |
| 24-10875 | Florida Agency for Health Care Administration, et al., Appellants v. Administrator for the Centers for Medicare & Medicaid Services, et al. |
| 24-10827 | Tallahassee Bail Fund v. Clerk of the Circuit Court and Comptroller for Leon County, et al., Appellants (Consolidated with 24-10992, Tallahassee Bail Fund, Appellant v. Clerk of the Circuit Court and Comptroller for Leon County, et al.) |
| 24-12482 | Great Bowery Inc., Appellant v. Consequence Sound LLC, et al. |


### TUESDAY, AUGUST 12, 2025

| | |
|---|---|
| 24-10131 & 24-11499 | United States v. Jason Starr, et al., Appellants |
| 24-11487 | Luis Rodriguez, et al., Appellants v. Imperial Brands, PLC, et al. |
| 24-12148 | Jon Hoak, et al. v. NCR Corporation, et al., Appellants |
| 24-11192 | Eboni Williams v. Gerald Shapiro, et al., Appellants |


### WEDNESDAY, AUGUST 13, 2025

| | |
|---|---|
| 24-10938 | United States v. Hassan Jones, Appellant |
| 23-13085 & 23-13095 | In re:  Georgia Senate Bill 202 |
| 24-11442 | Chidi Ahanotu, Appellant v. The Retirement Board of Bert Bell/Pete Rozelle NFL, et al. |
| 24-11347 | Edible IP, LLC, et al., Appellants v. 1-800-Flowers.com, Inc., et al. |


### THURSDAY, AUGUST 14, 2025

| | |
|---|---|
| 24-10041 | United States v. Krystal Pinkins, Appellant |
| 24-11548 | Clara Aranda, et al., Appellants v. Commissioner of Social Security |
| 23-13029 | Ramon Bivins v. Gail Hambrick, Appellant |
| 24-12787 | Keith Edwards v. Officer J. Grubbs, Appellant (Consolidated with 24-12925, Keith Edwards, Appellant v. Officer J. Grubbs, et al.) |


\*\*Counsel appearing on Monday, August 11, 2025 should check in with the courtroom deputy no later than 1:30 p.m.

COUNSEL MUST REPORT TO THE COURTROOM DEPUTY PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
06/04/25 - #21