# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13085

_____

In re:

GEORGIA SENATE BILL 202.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

_____

_____

No. 23-13095

———————————————

IN RE:

GEORGIA SENATE BILL 202.

———————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

———————————————

ORDER:

      Appellees' motion for leave for attorney Caitlin Felt May to withdraw as co-counsel is  GRANTED.


/s/ Adalberto Jordan
UNITED STATES CIRCUIT JUDGE