In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 23-13085

————————————

In re:

GEORGIA SENATE BILL 202.

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

————————————

ORDER:

The motion for extension of time, to and including April
20, 2026, for the parties to file their supplemental briefs is
GRANTED.

2                           Order of the Court                    23-13085

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION